# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Steel City Pops Holding, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Steel City Pops BHAM, LLC<br>DBA  Steel City Pops DTX, LLC<br>DBA  Steel City Pops FWTX, LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-5517080 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2821 Central Avenue, Ste. 109<br>Birmingham, AL 35209 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Jefferson<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Steel City Pops Holding, LLC**
Name

Case number (*if known*) _____

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  __3115__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | **Steel City Pops Holding, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [x] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/13/2019
             MM / DD / YYYY

X _____        James Allen Watkins
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

X _____        Date  11/14/2019
Signature of attorney for debtor                   MM / DD / YYYY

Samuel C. Stephens ASB-0400-X11T
Printed name

Benton & Centeno, LLP
Firm name

2019 Third Avenue North
Birmingham, AL 35203
Number, Street, City, State & ZIP Code

Contact phone  205-278-8000    Email address  _____

ASB-0400-X11T AL
Bar number and State

# United States Bankruptcy Court
## Northern District of Alabama

In re: **Steel City Pops Holding, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James Allen Watkins<br>2821 Central Avenue, Ste. 109<br>Birmingham, AL 35209 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __11/13/2019__   Signature _/s/ James Allen Watkins_

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Noble Bank
c/o Eric Pruitt, Esq.
420 20th Street North, Ste. 1400
Birmingham, AL 35203

Clark Law Firm
2100 First Avenue North, Ste. 600
Birmingham, AL 35203

Ko Capital, LLC
126 Mount Vista Ave
Greenville, SC 29605

Redmont Bank
c/o Jesse Vogtle
P.O. Box 306
Birmingham, AL 35201

Clearfork Construction, Inc.
6630 Corporation Parkway, 220
Fort Worth, TX 76126

Magic City Printing
112 Walter Davis Drive, Ste. D
Birmingham, AL 35209

ServisFirst Bank
c/o Brian Walding, Esq.
2227 1st Avenue South, #100
Birmingham, AL 35233

Cook's Pest Control
P.O. Box 59214
Birmingham, AL 35259-9214

Maynard, Cooper & Gale, P.C.
1901 Six Avenue North
240 Regions/Harbert Plaza
Birmingham, AL 35203-2602

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Coyote
P.O. Box 742636
Atlanta, GA 30374

NeoPost
P.O. Box 6813
Carol Stream, IL 60197-6813

State Of Alabama
Department Of Revenue/Legal Division
P.O. Box 320001
Montgomery, AL 36132-0001

Desired Temp Service Contractors, Inc.
P.O. Box 268
Bessemer, AL 35021

Noblebank & Trust
P.O. Box 998
Anniston, AL 36202

Alabama Power
P.O. Box 242
Birmingham, AL 35292

Jefferson County Dept. of Health
1400 6th Avenue South
Birmingham, AL 35233

Paula Preston
15 The Falls Drive
Birmingham, AL 35216

American Express
NEED ADDRESS

Johnathan I Veazey
NEED ADDRESS

Petra RMS
2140 11th Avenue South, Ste. 400
Birmingham, AL 35205

Andan
7107 Gadsden Hwy, Unit 101A
Trussville, AL 35173

Kemco
P.O. Box 130609
Birmingham, AL 35213

Redmont Advisory Group, LLC
820 Shades Creek Parkway, Ste. 1
Birmingham, AL 35209

Bluegrace Logistics
P.O. Box 4964, Dept. 108
Houston, TX 77210-4964

Kenneth A. Williams
15670 Highway 42
Shelby, AL 35143-7124

Redmont Private Debt Fund III
820 Shades Creek Parkway, Ste. 1
Birmingham, AL 35209

Schaum Shieh Architecture Corporation
4916 Kelvin Drive, Ste. 12
Houston, TX 77005


Selective Insurance
P.O. Box 782747
Philadelphia, PA 19178-2747


Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205


Stone Avant & Daniels, P.C.
1801 Oxmoor Road, Ste. 200
Birmingham, AL 35209


Sysco
1000 Sysco Drive
Calera, AL 35040


The Bancorp Bank
Lease Payment Center
P.O. Box 140733
Orlando, FL 32814-0733


Travelers
P.O. Box 660317
Dallas, TX 75266-0317


Uline
ATTN: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741


Warren Averett, LLC
2500 Acton Road
Birmingham, AL 35243