| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Steel City Pops Holding, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alabama Power P.O. Box 242 Birmingham, AL 35292 | | Business Debt | | | | $2,352.64 |
| American Express NEED ADDRESS | | | | | | $122,992.71 |
| Clark Law Firm 2100 First Avenue North, Ste. 600 Birmingham, AL 35203 | | Business Debt | | | | $1,930.00 |
| Coyote P.O. Box 742636 Atlanta, GA 30374 | | Business Debt | | | | $5,170.24 |
| Johnathan I Veazey NEED ADDRESS | | Business Debt | | | | $1,354.58 |
| Kenneth A. Williams 15670 Highway 42 Shelby, AL 35143-7124 | | Business Lease | | | | $2,400.00 |
| Ko Capital, LLC 126 Mount Vista Ave Greenville, SC 29605 | | Business Debt | | | | $15,894.26 |
| Maynard, Cooper & Gale, P.C. 1901 Six Avenue North 240 Regions/Harbert Plaza Birmingham, AL 35203-2602 | | Business Debt | | | | $3,717.00 |
| Noblebank & Trust P.O. Box 998 Anniston, AL 36202 | | Business Debt - Commercial Loan | | | | $111,666.73 |
| Paula Preston 15 The Falls Drive Birmingham, AL 35216 | | Business Lease | | | | $1,870.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

| Debtor | Steel City Pops Holding, LLC | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Petra RMS**<br>2140 11th Avenue South, Ste. 400<br>Birmingham, AL 35205 | | **Business Debt** | | | | $51,311.00 |
| **Redmont Advisory Group, LLC**<br>820 Shades Creek Parkway, Ste. 1200<br>Birmingham, AL 35209 | | **Business Debt** | | | | $14,553.70 |
| **Redmont Private Debt Fund III**<br>820 Shades Creek Parkway, Ste. 1200<br>Birmingham, AL 35209 | | **Business Debt** | | | | $29,574.00 |
| **Schaum Shieh Architecture Corporation**<br>4916 Kelvin Drive, Ste. 12<br>Houston, TX 77005 | | **Business Debt** | | | | $30,376.58 |
| **Selective Insurance**<br>P.O. Box 782747<br>Philadelphia, PA 19178-2747 | | **Business Debt** | | | | $1,479.00 |
| **ServisFirst Bank**<br>c/o Brian Walding, Esq.<br>2227 1st Avenue South, #100<br>Birmingham, AL 35233 | | | | $175,254.61 | $0.00 | $175,254.61 |
| **Sirote & Permutt, P.C.**<br>2311 Highland Avenue South<br>Birmingham, AL 35205 | | **Business Debt** | | | | $56,515.68 |
| **Stone Avant & Daniels, P.C.**<br>1801 Oxmoor Road, Ste. 200<br>Birmingham, AL 35209 | | **Business Debt** | | | | $12,946.28 |
| **Travelers**<br>P.O. Box 660317<br>Dallas, TX 75266-0317 | | **Business Debt** | | | | $19,077.40 |

| Debtor | Steel City Pops Holding, LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Warren Averett, LLC<br>2500 Acton Road<br>Birmingham, AL 35243** | | **Business Debt** | | | | $26,241.09 |

Official form 204 — Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims — page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy