# United States Bankruptcy Court
## Northern District of Alabama

In re __Steel City Pops Holding, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Steel City Pops Holding, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

James Allen Watkins
2821 Central Avenue, Ste. 109
Birmingham, AL 35209

☐ None [*Check if applicable*]

11/14/2019
Date

_____
Samuel C. Stephens ASB-0400-X11T
Signature of Attorney or Litigant
Counsel for __Steel City Pops Holding, LLC__
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203
205-278-8000