IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | ) | **Chapter 11** |
| | ) | |
| **STEEL CITY POPS HOLDING, LLC,** | ) | **Case No. 19-04687-DSC11** |
| *et al,[1]* | ) | |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF SECTION 362 (a)

COMES NOW your petitioner, The Bancorp Bank ("Bancorp"), a secured creditor in the above-styled case, and request this Honorable Court for an order terminating the automatic stay as it pertains to twenty-nine (29) motor vehicles lease through Bancorp and currently in possession of the Steel City Pops B'ham, LLC ("Steel City Pops"). As grounds for this motion, Bancorp would state as follows:

1. Bancorp and the Debtor, Steel City Pops are parties to a Master Lease Agreement, Open-End Lease ("Master Lease") through which Bancorp leased to Steel City Pops certain motor vehicles. A copy of the Master Lease is attached hereto as Exhibit "A" and incorporated herein by reference.

2. Under the terms of the Master Lease, the Debtor, Steel City Pops was required to make monthly lease payments to Bancorp on the tenth day of each month during the term of the Master Lease. A listing of each of the motor vehicles covered under the Master Lease, the maturity date of the lease for each particular motor vehicle and the required monthly lease payment for each

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209.

motor vehicle are shown on the Customer Portfolio Report which is attached hereto as Exhibit "B" and incorporated herein by reference.

3. The Debtor, Steel City Pops, has failed and/or refused to make the required monthly lease payments due to Bancorp as required by the Master Lease. Through November, the total default by Steel City Pops is $33,147.00 as shown on the spreadsheet that is attached as Exhibit "C" and incorporated herein by reference. Further, the next monthly installment under the terms of the Master Lease will be due on December 10, 2019 in the amount of $15,829.79. Accordingly, the Debtor, Steel City Pops is substantially in default under the terms of the Master Lease constituting sufficient cause to terminate the automatic stay.

4. The Debtor, Steel City Pops, has also failed to assume the Master Lease with Bancorp and has otherwise failed to provide adequate assurance that it would promptly cure the defaulted Master Lease payments.

5. The Debtor, Steel City Pops continues to use the twenty-nine (29) motor vehicles covered by the Master Lease without payment to Bancorp and while the motor vehicles continue to depreciate in value. Therefore, the interest of Bancorp is not adequately protected at this time.

6. The Debtor, Steel City Pops has no equity in the motor vehicles subject to the Master Lease and none of the twenty-nine (29) vehicles are necessary for the successful reorganization of the Debtor.

7. Bancorp has been required to retain counsel to represent its interest before this Honorable Court and is therefore incurring legal expenses and attorneys' fees for which it is entitled to reimbursement under the terms of the Master Lease.

8. This motion is supported by the Affidavit of Doug Magee a duly authorized representative of The Bancorp Bank.

WHEREFORE, PREMISES CONSIDERED, Bancorp prays this Honorable Court for an Order terminating or modifying the automatic stay as it relates to The Bancorp Bank, thereby allowing Bancorp to enforce its state law rights and remedies in the motor vehicles made the subject of the a Master Lease Agreement, Open-End Lease with the Debtor, Steel City Pops B'ham, LLC. If complete termination of the automatic stay is not awarded by this Honorable Court, then Bancorp request such further and other relief as this Court deems proper.

Paul J. Spina, III
Attorney for The Bancorp Bank
SPINA & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing motion upon the following by placing the same in the U.S. Mail, postage pre-paid, and via ECF e-mail on this the **2nd** day of **December, 2019**.

/s/ _____
OF COUNSEL

Lee R. Benton
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203

Samuel Stephens
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203

Bayer Development Company, L.L.C.
c/o Heather Jamison, Esq.
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203

Regan Loper
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203

Steel City Pops B'ham, LLC
2821 Central Avenue, Suite 109
Birmingham, AL 35209

**SEE LIST OF 20 LARGEST UNSECURED CREDITORS ATTACHED**

Fill in this information to identify the case:

Debtor name: Steel City Pops B'ham, LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alabama Power P.O. Box 242 Birmingham, AL 35292 | | Business Debt | | | | $2,758.88 |
| Bayer Retail Company, LLC 2222 Arlington Avenue Birmingham, AL 35205 | | Business Lease | | | | $4,220.96 |
| BRESCO 2428 Sixth Avenue South Birmingham, AL 35233 | | Business Debt | | | | $1,623.43 |
| Chance 22 AL Retail LLC c/o Chance Partners, LLC 5256 Peachtree Road, Ste. 135 Atlanta, GA 30341 | | Business Lease | | | | $1,547.00 |
| Desired Temp Service Contractors, Inc. P.O. Box 268 Bessemer, AL 35021 | | Business Debt | | | | $2,211.75 |
| Distoro, Inc. 513 Industrial Drive Woodstock, GA 30189 | | Business Debt | | | | $1,260.00 |
| IMI Huntsville LLC c/o Miller Capital Advisory, Inc. 5750 Old Orchard Rd Ste 400 Skokie, IL 60077 | | Business Lease | | | | $5,499.10 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 19-04689-DSC11  Doc 2  Filed 11/14/19  Entered 11/14/19 14:45:42  Desc Main
Document  Page 1 of 3
Case 19-04687-DSC11  Doc 36  Filed 12/02/19  Entered 12/02/19 12:15:10  Desc Main
Document  Page 5 of 7

Debtor  **Steel City Pops B'ham, LLC**                                Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lewis A. Pick, III c/o Northcutt Realty, LLC as agent 248 S. Gay Street Auburn, AL 36830 | | Business Lease | | | | $2,015.00 |
| Marx Brothers, Inc. 3100 Second Avenue South Birmingham, AL 35233 | | Business Debt | | | | $2,418.96 |
| Oak Tree Corner P.O. Box 1407 Auburn, AL 36831 | | Business Debt | | | | $2,100.00 |
| Pacific Bag 15300 Woodinville-Redmond Rd. Woodinville, WA 98072 | | Business Debt | | | | $1,720.00 |
| Peachtree Commodities 3295 River Exchange Dr. Ste. 110 Norcross, GA 30092 | | Business Debt | | | | $3,598.52 |
| Piedmont National Corporation P.O. Box 890938 Charlotte, NC 28289-0938 | | Business Debt | | | | $1,557.20 |
| Polar Tech Industries, Inc. Payment Processing P.O. Box 5930 Bloomington, IL 61702-5930 | | Business Debt | | | | $8,446.94 |
| Research Solutions P.O. Box 1667 Pelham, AL 35124 | | Business Debt | | | | $3,114.45 |
| Sysco 1000 Sysco Drive Calera, AL 35040 | | Business Debt | | | | $12,132.26 |
| Taco Partners, LLC 3755 Corporate Woods Drive Birmingham, AL 35242 | | Business Debt | | | | $9,060.47 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 19-04689-DSC11    Doc 2    Filed 11/14/19    Entered 11/14/19 14:45:42    Desc Main
                Document    Page 2 of 3
Case 19-04687-DSC11    Doc 36    Filed 12/02/19    Entered 12/02/19 12:15:10    Desc Main
                Document    Page 6 of 7

Debtor **Steel City Pops B'ham, LLC**     Case number (if known)
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Uline Shipping Supply Specialists<br>ATTN: Accts. Payable<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | | Business Debt | | | | $2,063.86 |
| Van Wagner Sports & Entertainment, LLC<br>ATTN: Collections<br>800 Third Avenue - 28th Floor<br>New York, NY 10022 | | Business Debt | | | | $1,750.00 |
| Vapor Thrift Store, LLC<br>338 Talladega Springs Road<br>Sylacauga, AL 35151 | | Business Lease | | | | $1,400.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-04689-DSC11    Doc 2    Filed 11/14/19    Entered 11/14/19 14:45:42    Desc Main
Case 19-04687-DSC11    Doc 36    Filed 12/02/19    Entered 12/02/19 12:15:10    Desc Main
Document      Page 3 of 3
Document      Page 7 of 7