# Customer Portfolio Report

**Steel City Pops B'ham, LLC**

| Contract # | Asset / Equipment Description | VIN / Serial Number | Plate Number | State | Expiration Date | Renewal Responsibility | 1st Pymt Date | Maturity Date | Paid Through | Term | Pymts Remaining | Delivered Cost | Residual | Payment | Frequency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5594 | 2018 GMC Yukon XL 1500 Denali 4D Utility 2WD | 1GKS1HKJ7JR238049 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $67,720.50 | $31,500.00 | $922.63 | Monthly |
| 5595 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN8J1200278 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5596 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN8J1202662 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5597 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN9J1200435 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5598 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN9J1204436 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5599 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN7J1204712 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5600 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN7J1204368 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5602 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN7J1202913 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5603 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN7J1201194 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5604 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN6J1201378 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5605 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN6J1200330 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5606 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN5J1204367 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5607 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN5J1202554 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5608 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BENXJ1202775 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5609 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN1J1202504 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5610 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN0J1200646 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5611 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN0J1200047 | | AL | 11/30/18 | Lessee | 03/10/18 | 02/01/23 | 11/09/18 | 60 | 52 | $32,277.98 | $9,500.00 | $494.81 | Monthly |
| 5889 | 2018 Ram ProMaster | ZFBERFAB7J6K42459 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $37,297.50 | $9,000.00 | $609.27 | Monthly |
| 5890 | 2018 Ram ProMaster | ZFBERFAB0J6K57451 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $37,297.50 | $9,000.00 | $609.27 | Monthly |
| 5891 | 2018 Ram ProMaster | ZFBERFAB6J6K37379 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $37,297.50 | $9,000.00 | $609.27 | Monthly |
| 6892 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN5J1261801 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $32,684.98 | $9,500.00 | $511.52 | Monthly |
| 6893 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN2J1263666 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $32,684.98 | $9,500.00 | $511.52 | Monthly |
| 6894 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN6J1262312 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $32,684.98 | $9,500.00 | $511.52 | Monthly |
| 6895 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN1J1263612 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $32,684.98 | $9,500.00 | $511.52 | Monthly |
| 6896 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN4J1264513 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $32,684.98 | $9,500.00 | $511.52 | Monthly |
| 6897 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN4J1262924 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $32,684.98 | $9,500.00 | $511.52 | Monthly |
| 6898 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN3J1264146 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $32,684.98 | $9,500.00 | $511.52 | Monthly |
| 6899 | 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN7J1265557 | | AL | 11/30/18 | Lessee | 06/10/18 | 05/01/23 | 11/09/18 | 60 | 55 | $32,684.98 | $9,500.00 | $511.52 | Monthly |
| 7319 | 2018 Ram ProMaster | ZFBERFAB4J6K77332 | | AL | | | 07/10/18 | 06/01/23 | 11/09/18 | 60 | 56 | $37,297.50 | $9,000.00 | $609.27 | Monthly |
| Totals 29 | | | | | | | | | | | | $994,838.02 | $295,500.00 | $15,368.83 | |

EXHIBIT B