**Van−014** [Notice of Final Hearing] (Rev. 07/15)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**  
Steel City Pops Holding, LLC  
                  **EIN:** 46−5517080

**Case No.** 19−04687−DSC11  
**Chapter** 11

**Debtor(s)**

## NOTICE OF FINAL HEARING

Notice is hereby given that **Paul Spina, Attorney for The Bancorp Bank** filed a **Motion for Relief from Automatic Stay** in the above−styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date:** Wednesday, December 18, 2019     **Time:** 09:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 1, Birmingham, AL 35203

Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: December 2, 2019         By:

                                                           Joseph E. Bulgarella, Clerk  
                                                           United States Bankruptcy Court

klt