

United States Bankruptcy Administrator
Northern District of Alabama
SOUTHERN DIVISION
ROBERT S. VANCE FEDERAL BUILDING
1800 FIFTH AVENUE, NORTH
SUITE 326
BIRMINGHAM, ALABAMA 35203

J. THOMAS CORBETT
U.S. BANKRUPTCY ADMINISTRATOR

JON A. DUDECK
ASST. U.S. BANKRUPTCY ADMINISTRATOR

DIRECT DIAL NUMBER (205) 714-3840

E-MAIL ADDRESS:

JON_DUDECK@ALNBA.USCOURTS.GOV

December 8, 2019

United States Bankruptcy Court
1800 Fifth Avenue North
Birmingham, Alabama 35203

Attention: Chapter 11 Clerk

Re: Steel City Pops Holding, LLC, et al 19-04687-DSC-11 (Jointly Administered)

Dear Chapter 11 Clerk:

    After soliciting the List of Creditors Who Have the 20 Largest Unsecured Claims in each case, please be advised that it is not feasible to form a committee of unsecured creditors in:

1. Steel City Pops Holding, LLC, 19-04687-DSC-11
2. Steel City Pops B'ham, LLC, 19-04689-DSC-11
3. Steel City Pops DTX, LLC, 19-04692-DSC-11
4. Steel City Pops FWTX, LLC, 19-04695-DSC-11
5. Steel City Pops LKY, LLC, 19-04697-DSC-11

in view of the fact that an insufficient number of unsecured creditors were willing to serve.

    Very truly yours,

    /s/Jon A. Dudeck
    Jon A. Dudeck