# Exhibit A

# Budget

# Steel City Pops - Holding
## Cash Projections
### From November 2019 to September 2020

| | | Week Ending 11/9/2019 | Week Ending 11/16/2019 | Week Ending 11/23/2019 | Week Ending 11/30/2019 | Week Ending 12/7/2019 | Week Ending 12/14/2019 | Week Ending 12/21/2019 | Week Ending 12/28/2019 | Week Ending 1/4/2020 | Week Ending 1/11/2020 | Week Ending 1/18/2020 | Week Ending 1/25/2020 | Week Ending 2/1/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Expenses Spend** | | | | | | | | | | | | | | |
| Amex | | - | - | - | 4,300 | - | - | - | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 |
| Bresco - St. Matthew's Lease | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Car Leases | | 16,573 | - | - | 7,915 | - | - | - | 7,915 | - | - | - | - | 7,915 |
| Corporate Payroll | | - | 12,000 | - | 12,000 | - | 12,000 | - | 12,000 | - | - | 12,000 | - | 12,000 |
| Dues and Subscriptions | | 6,219 | 346 | - | 6,387 | 2,463 | 346 | - | 6,387 | 2,463 | 346 | - | - | 6,387 |
| Reduction of Dues and Subscriptions | 33% | (2,052) | (114) | - | (2,108) | (813) | (114) | - | (2,108) | (813) | (114) | - | - | (2,108) |
| Event Support Staff | | - | - | - | 1,450 | - | - | - | 1,450 | - | - | - | 1,450 | - |
| General and Administrative | | 1,000 | 1,000 | 1,000 | 1,000 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| Insurance - Health/Dental | | 6,611 | - | - | - | 6,611 | - | - | - | 6,611 | - | - | - | - |
| Insurance - Liability/WC/Vehicle | | 2,863 | - | - | 10,800 | - | - | - | 10,800 | - | - | - | - | 7,000 |
| Legal Fees | | - | - | 8,585 | - | - | - | - | 10,000 | - | - | - | 10,000 | - |
| Marketing | | - | - | - | 675 | - | - | - | 7,700 | - | - | - | - | 2,000 |
| Meals and Entertainment | | 350 | 350 | 250 | 250 | 350 | 350 | 250 | - | - | 250 | 250 | 250 | 250 |
| Misc Travel | | 250 | 250 | 250 | 100 | 400 | 400 | 400 | - | - | 400 | 400 | 400 | 400 |
| Professional Fees | | - | - | - | 8,333 | - | - | - | 8,333 | - | - | - | - | 8,333 |
| Property Taxes | | - | - | - | - | - | - | - | 11,041 | - | - | - | - | - |
| Rent | | 2,400 | - | - | - | 2,400 | - | - | - | 2,400 | - | - | - | - |
| Utilities | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Withholding Tax | | - | 1,400 | - | - | - | 1,400 | - | - | - | - | - | 2,400 | - |
| Interest Expense | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - Redmont Debt Fund II | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - ServisFirst Bank | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - NobleBank | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | | 34,214 | 15,232 | 10,085 | 51,102 | 12,211 | 15,182 | 1,450 | 78,618 | 15,761 | 5,982 | 17,750 | 19,600 | 47,277 |
| **Income (loss) from Operations** | | (34,214) | (15,232) | (10,085) | (51,102) | (12,211) | (15,182) | (1,450) | (78,618) | (15,761) | (5,982) | (17,750) | (19,600) | (47,277) |
| | | | | | | | | | | | | | | |
| **TOTAL Income (loss) for all entities** | | (69,734) | (49,295) | 1,196 | (86,638) | (49,318) | (23,842) | 3,584 | (93,832) | (63,164) | 1,040 | (27,998) | (17,107) | (89,718) |

| TOTAL INCOME (LOSS) |
|---|
| (564,824) |

**Steel City Pops - BHAM**
**Cash Projections**
From November 2019 to September 2020

| | | Week Ending 11/9/2019 | Week Ending 11/16/2019 | Week Ending 11/23/2019 | Week Ending 11/30/2019 | | Week Ending 12/7/2019 | Week Ending 12/14/2019 | Week Ending 12/21/2019 | Week Ending 12/28/2019 | | Week Ending 1/4/2020 | Week Ending 1/11/2020 | Week Ending 1/18/2020 | Week Ending 1/25/2020 | | Week Ending 2/1/2020 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 46,966 | | | | 45,409 | | | | | | 42,599 | |
| | | | | | | 15,000 | | | | 3,000 | | | | | | 2,483 | |
| **Sales (Less Sales Tax)** | | 11,742 | 11,742 | 11,742 | 11,742 | | 11,352 | 11,352 | 11,352 | 11,352 | | 8,520 | 8,520 | 8,520 | 8,520 | | 8,520 | |
| Vending Sales (Less Sales Tax) | | 3,750 | 3,750 | 3,750 | 3,750 | | 750 | 750 | 750 | 750 | | 497 | 497 | 497 | 497 | | 497 | |
| Vending Inititive (Less Sales Tax) | | | | | | | | | | | | | | | | | | |
| Taco Mama Sales (Less Sales Tax) | | | | | | | | | | | | | | | | | 3,333 | |
| Store Inititive (Less Sales Tax) | | | | | | | | | | | | | | | | | 26,187 | |
| Wholesale Inititive (Less Sales Tax) | 67% | | | | | | | | | | | | | | | | | |
| **Total Sales** | | 10,379 | 10,379 | 10,379 | 10,379 | | 8,108 | 8,108 | 8,108 | 8,108 | | 6,041 | 6,041 | 6,041 | 6,041 | | 25,820 | |
| **Cost of Goods Sold Spend** | | | | | | | | | | | | | | | | | | |
| Materials | | 2,076 | 2,076 | 2,076 | 2,076 | | 1,622 | 1,622 | 1,622 | 1,622 | | 1,208 | 1,208 | 1,208 | 1,208 | | 5,164 | |
| Vending Inititive Expense | | | | | | | | | | | | | | | | | | |
| Taco Mama Expense | | | | | | | | | | | | | | | | 2,333 | 2,333 | |
| Wholesale Inititive Expense | | | | | | | | | | | | | | | | | | |
| Store Inititive Expense | | | | | | | | | | | | | | | | | 17,545 | |
| Square Fees | | 218 | 218 | 218 | 218 | | 170 | 170 | 170 | 170 | | 127 | 127 | 127 | 127 | | 542 | |
| Management Pay | | - | 2,708 | - | 2,708 | | - | 2,708 | - | 2,708 | | - | - | 2,708 | - | | 2,708 | |
| Front Labor Pay | | - | - | - | - | | - | - | - | - | | - | - | - | - | | - | |
| Production Labor | | - | - | - | - | | - | - | - | - | | - | - | - | - | | - | |
| Event Labor | | - | 867 | - | 867 | | - | 161 | - | 161 | | - | - | 102 | - | | 102 | |
| Other Labor | | - | 1,499 | - | 1,499 | | - | 1,179 | - | 1,179 | | - | - | 1,396 | - | | 1,396 | |
| Commissions | | - | 5,500 | - | 5,500 | | - | - | - | - | | - | - | - | - | | - | |
| **Total Cost of Goods Sold Spend** | | 2,294 | 12,868 | 2,294 | 12,868 | | 1,792 | 5,840 | 1,792 | 5,840 | | 1,335 | 1,335 | 5,541 | 3,668 | | 29,791 | |
| **Operating Expenses Spend** | | | | | | | | | | | | | | | | | | |
| Dues and Subscriptions | | 77 | | 336 | 549 | | 77 | | 336 | 549 | | 77 | | 336 | 549 | | - | |
| General and Administrative | | 500 | 500 | 500 | 500 | | 500 | 500 | 500 | 500 | | 500 | 500 | 500 | 500 | | 500 | |
| Meals and Entertainment | | 50 | 50 | 50 | 50 | | 50 | 50 | 50 | 50 | | 50 | 50 | 50 | 50 | | 50 | |
| Misc Charges (COD, etc) | | | | | | | | | | | | | | | | | | |
| Property Taxes | | - | - | - | - | | - | - | - | 5,788 | | - | - | - | - | | - | |
| Rent | | 10,711 | - | - | - | | 8,841 | - | - | - | | 16,561 | - | - | - | | - | |
| Unemploymet | | - | - | - | - | | - | - | - | - | | - | - | - | - | | - | |
| Sales Tax | | - | - | - | - | | - | - | 150 | - | | - | - | - | - | | - | |
| Occupational Tax | | - | - | 40 | - | | - | - | 1,300 | - | | - | - | - | 40 | | - | |
| Withholding Tax | | - | - | 1,300 | - | | - | - | - | - | | - | - | - | 1,200 | | - | |
| Repairs and Maintenance | | 500 | 500 | 500 | 500 | | 500 | 500 | 500 | 500 | | 400 | 400 | 400 | 400 | | 400 | |
| Territory Travel | | 237 | 237 | 237 | 237 | | 237 | 237 | 237 | 237 | | 237 | 237 | 237 | 237 | | 237 | |
| Utilities | | 737 | 1,140 | - | - | | 1,473 | 1,140 | - | 4,598 | | 1,473 | 1,140 | - | 4,598 | | 7,211 | |
| | 50% | (368) | (570) | | | | (737) | (570) | | (2,299) | | (737) | (570) | | (2,299) | | (3,606) | |
| Vending Fees | | 407 | 407 | 407 | 407 | | 107 | 107 | 107 | 107 | | 45 | 45 | 45 | 45 | | 45 | |
| Wholesale Costs | | - | - | - | 500 | | - | - | 500 | - | | - | - | - | - | | - | |
| Wholesale Travel | | | | | | | | | | | | | | | | | | |
| **Total Operating Expenses Spend** | | 12,850 | 2,264 | 3,370 | 5,042 | | 11,049 | 1,964 | 3,680 | 10,030 | | 18,607 | 1,802 | 1,568 | 5,320 | | 4,838 | |
| Total Expense | | 15,144 | 15,132 | 5,664 | 17,910 | | 12,840 | 7,804 | 5,472 | 15,870 | | 19,942 | 3,137 | 7,109 | 8,988 | | 34,628 | 164788.74 |
| | | | | | | | | | | | | | | | | | | 164788.74 |
| **Total Cash Available** | | (4,765) | (4,752) | 4,716 | (7,530) | | (4,732) | 304 | 2,636 | (7,762) | | (13,901) | 2,904 | (1,068) | (2,947) | | (8,809) | |

**Steel City Pops - DTX**
**Cash Projections**
From November 2019 to September 2020

| | | Week Ending 11/9/2019 | Week Ending 11/16/2019 | Week Ending 11/23/2019 | Week Ending 11/30/2019 | Week Ending 12/7/2019 | Week Ending 12/14/2019 | Week Ending 12/21/2019 | Week Ending 12/28/2019 | Week Ending 1/4/2020 | Week Ending 1/11/2020 | Week Ending 1/18/2020 | Week Ending 1/25/2020 | Week Ending 2/1/2020 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 22,393 | | | | 21,437 | | | | | | 25,328 |
| | | | | | 15,000 | | | | 12,000 | | | | | | 4,886 |
| Sales (less Sales Tax) | | 5,598 | 5,598 | 5,598 | 5,598 | 5,359 | 5,359 | 5,359 | 5,359 | 5,066 | 5,066 | 5,066 | 5,066 | |
| Vending Sales (Less Sales Tax) | | 3,750 | 3,750 | 3,750 | 3,750 | 3,000 | 3,000 | 3,000 | 3,000 | 977 | 977 | 977 | 977 | 977 | |
| Wholesale Sales (Less Sales Tax) | | - | - | 525 | - | - | - | - | - | - | - | - | - | - | |
| Wholesale Rental Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | 67% | | | | | | | | | | | | | | |
| **Total Sales** | | 6,263 | 6,263 | 6,615 | 6,263 | 5,601 | 5,601 | 5,601 | 5,601 | 4,049 | 4,049 | 4,049 | 4,049 | 4,049 | |
| **Cost of Goods Sold Spend** | | | | | | | | | | | | | | | |
| Materials | | 1,253 | 1,253 | 1,323 | 1,253 | 1,120 | 1,120 | 1,120 | 1,120 | 810 | 810 | 810 | 810 | 810 | |
| Square Fees | | 132 | 132 | 139 | 132 | 118 | 118 | 118 | 118 | 85 | 85 | 85 | 85 | 85 | |
| Management Pay | | - | 4,684 | - | 4,684 | - | 4,884 | - | 4,684 | - | - | 4,684 | - | 4,684 | |
| Front Labor Pay | | - | | | | | | | | | | | | | |
| Production Labor | | - | | | | | | | | | | | | | |
| Event Labor | | - | 631 | - | 631 | - | 380 | - | 380 | - | - | 506 | - | 506 | |
| Other Labor | | - | 1,189 | - | 1,189 | - | 929 | - | 929 | - | - | 983 | - | 983 | |
| Commissions | | - | 10,000 | - | 10,000 | - | - | - | - | - | - | - | - | - | |
| **Total Cost of Goods Sold Spend** | | 1,384 | 17,888 | 1,462 | 17,888 | 1,238 | 7,431 | 1,238 | 7,231 | 895 | 895 | 7,068 | 895 | 7,068 | |
| **Operating Expenses Spend** | | | | | | | | | | | | | | | |
| Dues and Subscriptions | | 125 | 389 | 226 | - | 125 | 389 | 226 | - | 125 | 389 | 226 | - | - | |
| General and Administrative | | 524 | 524 | 524 | 524 | 524 | 524 | 524 | 524 | 400 | 400 | 400 | 400 | 400 | |
| Meals and Entertainment | | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | |
| Misc Charges (COD, etc) | | | | | | | | | | | | | | | |
| Unemployment | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Property Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Rent | | 14,779 | - | - | - | 14,779 | - | - | - | 14,779 | - | - | - | 7,484 | |
| Repairs and Maintenance | | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 500 | 500 | 500 | 500 | 500 | |
| Sales Tax | | | | | | | | | | | | | | | |
| Territory Travel | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | |
| Utilities | | 1,910 | 321 | 1,996 | 317 | 1,910 | 321 | 1,996 | 317 | 1,910 | 321 | 1,996 | 37 | 280 | |
| | 50% | (955) | (161) | (998) | (159) | (955) | (161) | (998) | (159) | (955) | (161) | (998) | (19) | (140) | |
| Vending Fees | | 202 | 202 | 202 | 202 | 202 | 202 | 202 | 202 | 202 | 202 | 202 | 202 | 202 | |
| Wholesale Costs | | - | - | - | 500 | - | - | 500 | - | - | - | - | - | 500 | |
| Wholesale Travel | | - | 500 | - | - | - | 500 | - | - | - | 500 | - | 500 | - | |
| **Total Operating Expenses** | | 17,535 | 2,726 | 3,400 | 2,335 | 17,535 | 2,726 | 3,900 | 1,835 | 17,311 | 2,502 | 2,676 | 1,971 | 9,576 | |
| Total Expenses | | 18,919 | 20,614 | 4,862 | 20,223 | 18,773 | 10,156 | 5,138 | 9,065 | 18,206 | 3,396 | 9,744 | 2,865 | 16,644 | 158,604 |
| **Total Cash Available** | | (12,656) | (14,350) | 1,753 | (13,959) | (13,172) | (4,555) | 463 | (3,464) | (14,157) | 652 | (5,695) | 1,183 | (12,595) | |

# Steel City Pops - FWTX
## Cash Projections
### From November 2019 to September 2020

| | | Week Ending 11/9/2019 | Week Ending 11/16/2019 | Week Ending 11/23/2019 | Week Ending 11/30/2019 | Week Ending 12/7/2019 | Week Ending 12/14/2019 | Week Ending 12/21/2019 | Week Ending 12/28/2019 | Week Ending 1/4/2020 | Week Ending 1/11/2020 | Week Ending 1/18/2020 | Week Ending 1/25/2020 | Week Ending 2/1/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 37,722.26 | | | | 34,383.39 | | | | | 38,627.85 |
| | | | | | 10,000.00 | | | | 3,000.00 | | | | | 11,737.26 |
| Sales (less Sales Tax) | | 9,431 | 9,431 | 9,431 | 9,431 | 8,596 | 8,596 | 8,596 | 8,596 | 7,726 | 7,726 | 7,726 | 7,726 | 7,726 |
| Vending Sales (Less Sales Tax) | | 2,500 | 2,500 | 2,500 | 2,500 | 750 | 750 | 750 | 750 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 |
| | 67% | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Sales** | | 7,993 | 7,993 | 7,993 | 7,993 | 6,262 | 6,262 | 6,262 | 6,262 | 6,749 | 6,749 | 6,749 | 6,749 | 6,749 |
| **Cost of Goods Sold Spend** | | | | | | | | | | | | | | |
| Materials | | 1,599 | 1,599 | 1,599 | 1,599 | 1,252 | 1,252 | 1,252 | 1,252 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 |
| Square Fees | | 168 | 168 | 168 | 168 | 131 | 131 | 131 | 131 | 142 | 142 | 142 | 142 | 142 |
| Management Pay | | - | 3,600 | - | 3,600 | - | 3,600 | - | 3,600 | - | - | 3,600 | - | 3,600 |
| Front Labor Pay | | - | | | | | | | | | | | | |
| Production Labor | | - | | | | | | | | | | | | |
| Event Labor | | - | 631 | - | 631 | - | 380 | - | 380 | - | - | 506 | - | 506 |
| Other Labor | | - | 1,189 | - | 1,189 | - | 929 | - | 929 | - | - | 983 | - | 983 |
| Commissions | | - | 5,000 | - | 5,000 | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods Sold Spend** | | 1,767 | 12,187 | 1,767 | 12,187 | 1,384 | 6,293 | 1,384 | 6,293 | 1,492 | 1,492 | 6,581 | 1,492 | 6,581 |
| **Operating Expenses Spend** | | | | | | | | | | | | | | |
| Dues and Subscriptions | | - | - | 204 | 461 | - | - | 204 | 461 | - | - | - | 204 | 461 |
| General and Administrative | | 340 | 340 | 340 | 340 | 340 | 340 | 340 | 340 | 272 | 272 | 272 | 272 | 272 |
| Meals and Entertainment | | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Unemployment | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Misc Charges (COD, etc) | | | | | | | | | | | | | | |
| Property Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales Tax | | 13,094 | | | | 13,094 | | | | 13,094 | | | | 13,094 |
| Rent | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 200 | 200 | 200 | 200 | 200 |
| Repairs and Maintenance | | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 |
| Territory Travel | | 617 | 552 | 2,455 | 560 | 617 | 552 | 2,455 | 560 | 617 | 552 | 2,455 | - | 560 |
| Utilities | 50% | (309) | (276) | (1,228) | (280) | (309) | (276) | (1,228) | (280) | (309) | (276) | (1,228) | - | (280) |
| Vending Fees | | 236 | 236 | 236 | 236 | 104 | 104 | 104 | 104 | 100 | 100 | 100 | 100 | 100 |
| **Total Operating Expenses** | | 14,602 | 1,475 | 2,631 | 1,940 | 14,470 | 1,343 | 2,499 | 1,808 | 14,298 | 1,171 | 2,123 | 1,099 | 14,730 |
| Total Expenses | | 16,368 | 13,662 | 4,397 | 14,127 | 15,853 | 7,636 | 3,882 | 8,101 | 15,789 | 2,663 | 8,703 | 2,591 | 21,311 |
| **Total Cash Available** | | (8,375) | (5,668) | 3,596 | (6,133) | (9,592) | (1,374) | 2,379 | (1,839) | (9,040) | 4,086 | (1,954) | 4,158 | (14,562) |

# Steel City Pops - LKY
## Cash Projections
### From November 2019 to September 2020

| | | Week Ending 11/9/2019 | Week Ending 11/16/2019 | Week Ending 11/23/2019 | | Week Ending 11/30/2019 | Week Ending 12/7/2019 | Week Ending 12/14/2019 | Week Ending 12/21/2019 | | Week Ending 12/28/2019 | Week Ending 1/4/2020 | Week Ending 1/11/2020 | Week Ending 1/18/2020 | Week Ending 1/25/2020 | Week Ending 2/1/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 22,929 | | | | | 24,608 | | | | | 21,635 |
| | | | | | | 2,000 | | | | | 1,500 | | | | | 3,231 |
| Sales (less Sales Tax) | | 5,732 | 5,732 | 5,732 | | 5,732 | 6,152 | 6,152 | 6,152 | | 6,152 | 4,327 | 4,327 | 4,327 | 4,327 | 4,327 |
| Vending Sales (Less Sales Tax) | | 500 | 500 | 500 | | 500 | 375 | 375 | 375 | | 375 | 646 | 646 | 646 | 646 | 646 |
| | 67% | | | | | | | | | | | | | | | |
| **Total Sales** | | 4,176 | 4,176 | 4,176 | | 4,176 | 4,373 | 4,373 | 4,373 | | 4,373 | 3,332 | 3,332 | 3,332 | 3,332 | 3,332 |
| | | | | | | | | | | | | | | | | |
| **Cost of Goods Sold Spend** | | | | | | | | | | | | | | | | |
| Materials | | 835 | 835 | 835 | | 835 | 875 | 875 | 875 | | 875 | 666 | 666 | 666 | 666 | 666 |
| Square Fees | | 88 | 88 | 88 | | 88 | 92 | 92 | 92 | | 92 | 70 | 70 | 70 | 70 | 70 |
| Management Pay | | - | 2,750 | - | | 2,750 | - | 2,750 | - | | 2,750 | - | - | 2,750 | - | 2,750 |
| Front Labor Pay | | - | | | | | | | | | | | | | | |
| Production Labor | | - | | | | | | | | | | | | | | |
| Event Labor | | - | 100 | - | | 100 | - | 66 | - | | 66 | - | - | 63 | - | 63 |
| Other Labor | | - | 302 | - | | 302 | - | 292 | - | | 292 | - | - | 334 | - | 334 |
| Commissions | | - | 6,100 | - | | 6,100 | - | - | - | | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | |
| **Total Cost of Goods Sold Spend** | | 923 | 10,175 | 923 | | 10,175 | 966 | 4,074 | 966 | | 4,074 | 736 | 736 | 3,883 | 736 | 3,883 |
| | | | | | | | | | | | | | | | | |
| **Operating Expenses Spend** | | | | | | | | | | | | | | | | |
| Dues and Subscriptions | | 221 | 90 | - | | 320 | 221 | 90 | - | | 320 | 221 | 90 | - | - | 320 |
| General and Administrative | | 267 | 267 | 267 | | 267 | 267 | 267 | 267 | | 267 | 250 | 250 | 250 | 250 | 250 |
| Meals and Entertainment | | 50 | 50 | 50 | | 50 | 50 | 50 | 50 | | 50 | 50 | 50 | 50 | 50 | 50 |
| Misc Charges (COD, etc) | | | | | | | | | | | | | | | | |
| Property Taxes | | - | - | - | | - | - | - | - | | 493 | - | - | - | - | 4,694 |
| Unemployment | | - | - | - | | - | - | - | - | | - | - | - | - | - | - |
| Occupational Tax | | - | - | 126 | | - | - | - | 1,900 | | - | - | - | - | 100 | - |
| Withholding Tax | | - | - | 855 | | - | - | - | 855 | | - | - | - | - | 955 | - |
| Sales Tax | | | | | | | | | | | | | | | | |
| Rent | | 11,454 | - | - | | - | 11,454 | - | - | | - | 11,454 | - | - | - | - |
| Repairs and Maintenance | | 450 | 450 | 450 | | 450 | 450 | 450 | 450 | | 450 | 350 | 350 | 350 | 350 | 350 |
| Travel | | 135 | 135 | 135 | | 135 | 135 | 135 | 135 | | 135 | 135 | 135 | 135 | 135 | 135 |
| Utilities | | 781 | 4,583 | 288 | | 1,364 | 781 | 4,583 | 288 | | 1,364 | 781 | 4,583 | 288 | 1,214 | 150 |
| | 50% | (391) | (2,292) | (144) | | (682) | (391) | (2,292) | (144) | | (682) | (391) | (2,292) | (144) | (607) | (75) |
| Vending Fees | | 10 | 10 | 10 | | 10 | 50 | 50 | 50 | | 50 | 50 | 50 | 50 | 50 | 50 |
| **Total Operating Expenses** | | 12,978 | 3,293 | 2,037 | | 1,914 | 13,018 | 3,333 | 3,851 | | 2,447 | 12,901 | 3,216 | 979 | 2,497 | 5,924 |
| Total Expenses | | 13,900 | 13,468 | 2,960 | | 12,089 | 13,984 | 7,408 | 4,817 | | 6,521 | 13,637 | 3,953 | 4,862 | 3,233 | 9,807 |
| | | | | | | | | | | | | | | | | |
| **Total Cash Available** | | (9,725) | (9,293) | 1,216 | | (7,913) | (9,611) | (3,035) | (444) | | (2,148) | (10,305) | (621) | (1,530) | 99 | (6,475) |