UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STEEL CITY POPS HOLDING, LLC, *et al.*,[1] | Case No. 19-04687-11 |
| Debtors. | (Jointly Administered) |

## APPLICATION FOR EMPLOYMENT
## OF PROFESSIONAL PERSON(S) *NUNC PRO TUNC*
## (Benton & Centeno, LLP)

COME NOW undersigned counsel and respectfully submit this *nunc pro tunc* application for employment of professional persons pursuant to 11 U.S.C. § 327 and Rule 2014 of the *Federal Rules of Bankruptcy Procedure* and in support of said application states as follows:

The Debtors in Possession desire to retain Lee R. Benton, Samuel Stephens and the law firm of Benton & Centeno, LLP (collectively "Applicants" or "Attorneys"), for the purpose of representation of said debtor in possession with regard to the above styled Chapter 11 Bankruptcy case, effective as of the petition date of November 14, 2019.

Attorneys Benton and Stephens and all attorneys with Applicant Firm are duly licensed to practice law in the State of Alabama.

Applicants have been employed by the Debtors in Possession to represent , Steel City Pops Holding, LLC and its Debtor affiliates Steel City Pops B'ham, LLC; Steel City Pops DTX, LLC; Steel City Pops FWTX, LLC; and Steel City Pops, LKY, LLC ("Debtors in Possession" or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209. The Debtors have filed a motion for joint administration with the Court.

"Debtors") and are familiar with the facts and legal issues involved in the case. It is the desire of the Debtors in Possession to retain said Applicants and said Law Firm.

The Attorneys and the Law Firm do not represent or hold any interest adverse to the Debtors in Possession or to their estates with respect to the matter on which they are to be employed, other than those disclosed herein. The Applicants represent ServisFirst Bank, who is a creditor in this case, from time to time in various unrelated matters. However, none of Applicants' work on behalf of ServisFirst Bank is related to the Debtors, and Applicants have not learned anything during such representations which would present a conflict to the representation proposed herein. The services of the Attorneys are engaged by the Debtor in Possession under the following circumstances:

A. A deposit of $60,000 was received by Applicants pre-petition, and all amounts owed to Applicants before the filing of the Petition for then-current services ($17,812.80) were paid by the Debtor, the filing fees of $ 8,585 were also paid, leaving a deposit of $ 33,602.20.

B. Attorneys have agreed to bill for their services at an hourly rate of:

Lee R. Benton -- $450 per hour

Samuel C. Stephens - $275 per hour

Paralegal - $80 per hour

Neither attorney Lee R. Benton, Samuel Stephens, nor the law firm of Benton & Centeno, LLP, have connections with the Debtors in Possession, creditors (others than as set forth above), any party in interest or the Bankruptcy Administrator other than the immediate prior representation of the Debtor to prepare the Petition and Schedules and, upon granting this application, current representation of the Debtor in Possession and the estate, other than that described herein.

The Debtors in Possession have an agreement with Applicants for representation in the above styled Chapter 11 bankruptcy case. In addition to terms as described above, said agreement includes reimbursement of expenses. It is understood that application must be made for any and all requested post-petition fees and expenses and must be approved by this Court.

WHEREFORE, premises considered, Debtor in Possession, Applicants and Law Firm respectfully move this Honorable Court to authorize said employment *nunc pro tunc* as of the Petition Date.

Respectfully submitted this the __10__ day of December, 2019.

---
Steel City Pops Holding, LLC
By: __Jim Watkins__
Its __Manager__

---
Steel City Pops B'Ham, LLC
By: __Jim Watkins__
Its __Manager__

---
Steel City Pops DTX, LLC
By: __Jim Watkins__
Its __Manger__

---
Steel City Pops FWTX, LLC
By: __Jim Waktins__
Its __Manager__

---
Steel City Pops LKY, LLC
By: __Jim Watkins__
Its __Manager__

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 278-8000
Facsimile: (205) 278-8005
Email: lbenton@bcattys.com
sstephens@bcattys.com

## VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

I have read the above and foregoing Application. As required by Bankruptcy Rule 2014(a), and in accordance with Bankruptcy 9011(b) and 28 U.S.C. § 1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

This the 10 day of Dec, 2019.

_____
LEE R. BENTON (ASB 8421-E63L)

Sworn to and subscribed before me on this 10 day of December, 2019.

_____
Notary Public

My Commission Expires:

_____
SAMUEL C. STEPHENS (ASB 0400-X11T)

Sworn to and subscribed before me on this 10 day of December, 2019.

_____
Notary Public

My Commission Expires:

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been electronically filed with the Court via the Court's ECF system on this 10th day of December, 2019. Additionally, copies of the foregoing have been served on the Master Service List in accordance with the ORDER (I) AUTHORIZING THE DEBTORS TO FILE A CONSOLIDATED LIST OF UNSECURED CREDITORS FOR GIVING NOTICE IN LIEU OF SUBMITTING A SEPARATE LISTS FOR EACH DEBTOR, (II) AUTHORIZING THE DEBTORS TO IMPLEMENT CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES, AND (III) GRANTING RELATED RELIEF [Doc. 29].

                                                            /s/Samuel C. Stephens
                                                            Of Counsel