☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12 -12 - 2019    X _____
                                    Signature of individual signing on behalf of debtor

                                    **James Allen Watkins**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name     **Steel City Pops Holding, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ALABAMA

Case number (if known)     **19-04687-DSC-11**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $     266,515.42

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................. $     477,221.24

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................ $     743,736.66

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     6,093,784.70

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     516,572.32

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b

   $     6,610,357.02

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

|  |  | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | $69,043.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **ServisFirst Bank** | **Business Checking Account** | 4075 | $13,707.92 |
| 3.2. | **ServisFirst Bank (Trust Account)** | **Business Checking Account** | | $120.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| $82,870.92 |

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposits** | $1,530.00 |

Case 19-04687-DSC11    Doc 65    Filed 12/13/19    Entered 12/13/19 16:57:06    Desc Main Document      Page 3 of 29

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                          | $1,530.00 |
    Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
□ Yes Fill in the information below.

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

□ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Popsicle Inventory Not Yet Allocated** | | $0.00 | | $12,031.62 |
| **Cookie Kitchen Inventory** | | $0.00 | | $11,657.15 |

23. **Total of Part 5.**                                                          | $23,688.77 |
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    □ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    □ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    □ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **Office Furniture and Fixtures (Book Value without deducting accumulated depreciation) See Attached Schedule** | $0.00 | | $39,718.96 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Computers and Related Equpment (Book Value without deducting accumulated depreciation) (See Attached Schedule)** | $0.00 | | $26,195.88 |
| | **Apps and Website (See Attached Schedule)** | $0.00 | | $37,750.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | | |
|---|---|---|---|
| 43. | **Total of Part 7.** <br> Add lines 39 through 42.  Copy the total to line 86. | | $103,664.84 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| | General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. | **The Balance Sheet reflects an Auto Capital Lease of $637,996.54 after depreciation.  The actual value of these leases is unknown.** | $0.00 | **Unknown** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Equipment (Book Value without deducting accumulated depreciation)**
**See Attached Schedule**                                    $0.00                    $99,754.00

51.    **Total of Part 8.**

| | |
|---|---|
| Add lines 47 through 50.  Copy the total to line 87. | $99,754.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Corporate Office Buildout** | | $0.00 | | $185,213.40 |
| 55.2.  **Rental House Improvements** | | $0.00 | | $27,168.44 |
| 55.3.  **Construction in Progress at Lincoln Heights location** | | $0.00 | | $14,791.00 |

| | | | |
|---|---|---|---|
| 55.4. | **Construction in Progress at Montrose location** | $0.00 | $15,092.58 |
| 55.5. | **Construction in Progress at Wade Park location** | $0.00 | $9,150.00 |
| 55.6. | **Construction in Progress at Madison Yards location** | $0.00 | $15,100.00 |

**56.** **Total of Part 9.**                                                         $266,515.42
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** <br> **Logo Trademark - Steel City Pops** | $0.00 | | **Unknown** |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** <br> **Intangible Assets** | $0.00 | | $37,750.00 |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**                                                        $37,750.00
    Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ■ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)
**The Balance Sheet reflects an amount due from associated entity Steel City Pops Bham of $303,531.65. The actual collectible value is unknown.**

| 0.00 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**Unknown**

**The Balance Sheet reflects an amount due from associated entity Steel City Pops DTX of $486,251.59. The actual collectible value is unknown.**

| 0.00 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**Unknown**

**The Balance Sheet reflects an amount due from associated entity Steel City Pops FWTX of $657,999.63. The actual collectible value is unknown.**

| 0.00 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**Unknown**

**The Balance Sheet reflects an amount due from associated entity Steel City Pops LKY of $489,341.70. The actual collectible value is unknown.**

| 0.00 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**Unknown**

**The Balance Sheet reflects an amount due from associated entity Steel City Pops HTX of $135,475.51. The actual collectible value is unknown.**

| 0.00 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**Unknown**

**The Balance Sheet reflects an amount due from associated entity Steel City Pops ATX of $764,511.71. The actual collectible value is unknown.**

| 0.00 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| The Balance Sheet reflects an amount due from associated entity Steel City Pops ATL of $825,788.54. The actual collectible value is unknown. | 0.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | **Unknown** |
| The Balance Sheet reflects an amount due from associated entity Steel City Pops SATX of $117,837.97. The actual collectible value is unknown. | 0.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | **Unknown** |
| The Balance Sheet reflects an amount due from Sons Donuts of $533.60. | 533.60<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | **$533.60** |
| The Balance Sheet reflects an amount due from Dairyette of $553.60. | 553.60<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | **$553.60** |
| The Balance Sheet reflects a "Loan to Owner" in the amount of $1,040,955.45. However, this number appears to be a cummulative figure of amounts over the course of several years and should have been treated as distributions. | 0.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | **Unknown** |
| Prepaid Expenses | 126,875.51<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | **$126,875.51** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | |
    |---|
    | **$127,962.71** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | Steel City Pops Holding, LLC | Case number *(If known)* | 19-04687-DSC-11 |
|---|---|---|---|
| | Name | | |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $82,870.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,530.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $23,688.77 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $103,664.84 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $99,754.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................> | | $266,515.42 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $37,750.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $127,962.71 | |
| 91. **Total.** Add lines 80 through 90 for each column | $477,221.24 | + 91b. $266,515.42 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $743,736.66 |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **Noble Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$1,697,445.27** | **$0.00** |

**2.1**   **Noble Bank**
      Creditor's Name

**c/o Eric Pruitt, Esq.**
**420 20th Street North, Ste.**
**1400**
**Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**   **Redmont Bank**
      Creditor's Name

**c/o Jesse Vogtle**
**P.O. Box 306**
**Birmingham, AL 35201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien    $1,250,000.00    $0.00

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **ServisFirst Bank** | Describe debtor's property that is subject to a lien | **$3,146,339.43** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Brian Walding, Esq.
2227 1st Avenue South,
#100
Birmingham, AL 35233**

Creditor's mailing address

**Describe the lien**

**Business Debt - Commercial Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$6,093,784.70**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Steel City Pops Holding, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **19-04687-DSC-11**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**James A. Watkins**
**5010 Cahaba Valley Trace**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business - Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Johnathan I Veazey**
**2008 Crestmont Drive**
**Birmingham, AL 35226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business - Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Paula McQueen**
**4216 Heritage Oaks Circle**
**Birmingham, AL 35242**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business - Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**State Of Alabama**
**Department Of Revenue/Legal**
**Division**
**P.O. Box 320001**
**Montgomery, AL 36132-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,352.64 |
|---|---|---|---|

**Alabama Power**
**P.O. Box 242**
**Birmingham, AL 35292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number **NEED ACCT NO.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,992.71 |
|---|---|---|---|

**American Express**
**NEED ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number **NEED ACCT NUMBER**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

**Andan**
7107 Gadsden Hwy, Unit 101A
Trussville, AL 35173

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.87 |
|---|---|---|---|

**Bluegrace Logistics**
P.O. Box 4964, Dept. 108
Houston, TX 77210-4964

Date(s) debt was incurred _

Last 4 digits of account number  **NEED ACCT NO.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BRESCO**
2428 Sixth Avenue South
Birmingham, AL 35233

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,930.00 |
|---|---|---|---|

**Clark Law Firm**
2100 First Avenue North, Ste. 600
Birmingham, AL 35203

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Clearfork Construction, Inc.**
6630 Corporation Parkway, 220
Fort Worth, TX 76126

Date(s) debt was incurred _

Last 4 digits of account number  **NEED ACCT NO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.00 |
|---|---|---|---|

**Cook's Pest Control**
P.O. Box 59214
Birmingham, AL 35259-9214

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,170.24 |
|---|---|---|---|

**Coyote**
P.O. Box 742636
Atlanta, GA 30374

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Credibly**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Desired Temp Service Contractors, Inc.**
P.O. Box 268
Bessemer, AL 35021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**GE Capital**
P.O. Box 740423
Atlanta, GA 30374-0423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hitachi**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$550.00** |
|---|---|---|---|

**Jefferson County Dept. of Health**
1400 6th Avenue South
Birmingham, AL 35233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,354.58** |
|---|---|---|---|

**Johnathan I Veazey**
**NEED ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$581.17** |
|---|---|---|---|

**Kemco**
P.O. Box 130609
Birmingham, AL 35213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Kenneth A. Williams**
15670 Highway 42
Shelby, AL 35143-7124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,894.26 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Ko Capital, LLC**
126 Mount Vista Ave
Greenville, SC 29605

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,314.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Magic City Printing**
112 Walter Davis Drive, Ste. D
Birmingham, AL 35209

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,717.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Maynard, Cooper & Gale, P.C.**
1901 Six Avenue North
240 Regions/Harbert Plaza
Birmingham, AL 35203-2602

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.60 |
|------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**NeoPost**
P.O. Box 6813
Carol Stream, IL 60197-6813

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,666.73 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Noblebank & Trust**
P.O. Box 998
Anniston, AL 36202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Commercial Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,870.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Paula Preston**
15 The Falls Drive
Birmingham, AL 35216

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,311.00 |
|---|---|---|---|

**Petra RMS**
2140 11th Avenue South, Ste. 400
Birmingham, AL 35205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,553.70 |
|---|---|---|---|

**Redmont Advisory Group, LLC**
820 Shades Creek Parkway, Ste. 1200
Birmingham, AL 35209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,574.00 |
|---|---|---|---|

**Redmont Private Debt Fund III**
820 Shades Creek Parkway, Ste. 1200
Birmingham, AL 35209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,376.58 |
|---|---|---|---|

**Schaum Shieh Architecture Corporation**
4916 Kelvin Drive, Ste. 12
Houston, TX 77005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,479.00 |
|---|---|---|---|

**Selective Insurance**
P.O. Box 782747
Philadelphia, PA 19178-2747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,515.68 |
|---|---|---|---|

**Sirote & Permutt, P.C.**
2311 Highland Avenue South
Birmingham, AL 35205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,946.28 |
|---|---|---|---|

**Stone Avant & Daniels, P.C.**
1801 Oxmoor Road, Ste. 200
Birmingham, AL 35209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.09 |
|---|---|---|---|

**Sysco**
1000 Sysco Drive
Calera, AL 35040

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Bancorp Bank**
Lease Payment Center
P.O. Box 140733
Orlando, FL 32814-0733

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,077.40 |
|---|---|---|---|

**Travelers**
P.O. Box 660317
Dallas, TX 75266-0317

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $788.70 |
|---|---|---|---|

**Uline**
ATTN: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,241.09 |
|---|---|---|---|

**Warren Averett, LLC**
2500 Acton Road
Birmingham, AL 35243

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 516,572.32 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 516,572.32 |

Case 19-04687-DSC11   Doc 65   Filed 12/13/19   Entered 12/13/19 16:57:06   Desc Main
Document     Page 19 of 29

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Office**<br>**2823 Central Avenue,**<br>**Ste. 101, homewood AL**<br>**35209** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kenneth A. Williams**<br>**15670 Highway 42**<br>**Shelby, AL 35143-7124** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Cookie Kitchen**<br>**2900 Crescent Avenue,**<br>**Birmingham AL 35209**<br>**(Closing Store/Reject**<br>**Lease)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Paula Preston**<br>**15 The Falls Drive**<br>**Birmingham, AL 35216** |

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | James Allen Watkins | 2821 Central Avenue, Ste. 109 Birmingham, AL 35209 | Noble Bank | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | James Allen Watkins | 2821 Central Avenue, Ste. 109 Birmingham, AL 35209 | Redmont Bank | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | James Allen Watkins | 2821 Central Avenue, Ste. 109 Birmingham, AL 35209 | ServisFirst Bank | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $2,359,125.00 |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $2,367,389.00 |
   | **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $1,750,000.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 3.1. **See Attached Bank Statements** | | $0.00 | Check all that apply |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other___

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached Exhibit** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Benton & Centeno, LLP**<br>**2019 Third Avenue North**<br>**Birmingham, AL 35203** | **Attorney Fees** | | **$60,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **U. S. Bankruptcy Fee**<br>**Birmingham, AL 35203** | | | **$1,717.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Stone, Avant & Daniels, P.C.**<br>**1801 Oxmoor Road, Suite 200**<br>**Birmingham, AL 35209** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
   within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
   statement within 2 years before filing this case.

   ■ None

   **Name and address**

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **James Allen Watkins** | **2821 Central Avenue, Ste. 109**<br>**Birmingham, AL 35209** | **Manager** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in
control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  **See Attached Schedule** | | | |

Relationship to debtor

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Name of the parent corporation                     Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Name of the pension fund                     Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12-12-2019

Signature of individual signing on behalf of the debtor          **James Allen Watkins**
                                                                   Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Steel City Pops Holding, LLC** _____   Case No.   __19-04687-DSC-11__

Debtor(s)   Chapter   __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept _____   $   _____

Prior to the filing of this statement I have received _____   $   _____

Balance Due _____   $   _____

■   **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____   $   __60,000.00__

The undersigned shall bill against the retainer at an hourly rate of _____   $   __450.00__
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

■   Debtor   ☐   Other (specify):

3.   The source of compensation to be paid to me is:

■   Debtor   ☐   Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of Debtor in any post petition contested matter shall be separately negotiated and billed on an hourly basis for such representation**

| CERTIFICATION |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/13/2019   /s/Samuel C. Stephens
_____

_Date_   **Samuel C. Stephens ASB-0400-X11T**
_Signature of Attorney_
**Benton & Centeno, LLP**
**2019 Third Avenue North**
**Birmingham, AL 35203**
**205-278-8000**
_Name of law firm_