# United States Bankruptcy Court
## Northern District of Alabama

In re  **Steel City Pops Holding, LLC**  
                                                    Debtor(s)

Case No.  **19-04687-DSC-11**  
Chapter   **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:
1. Gross Income For 12 Months Prior to Filing:     $     0.00

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:
2. Gross Monthly Income     $     0.00

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:
3. Net Employee Payroll (Other Than Debtor)     $     0.00
4. Payroll Taxes     0.00
5. Unemployment Taxes     0.00
6. Worker's Compensation     0.00
7. Other Taxes     0.00
8. Inventory Purchases (Including raw materials)     0.00
9. Purchase of Feed/Fertilizer/Seed/Spray     0.00
10. Rent (Other than debtor's principal residence)     0.00
11. Utilities     0.00
12. Office Expenses and Supplies     0.00
13. Repairs and Maintenance     0.00
14. Vehicle Expenses     0.00
15. Travel and Entertainment     0.00
16. Equipment Rental and Leases     0.00
17. Legal/Accounting/Other Professional Fees     0.00
18. Insurance     0.00
19. Employee Benefits (e.g., pension, medical, etc.)     0.00
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

22. Total Monthly Expenses (Add items 3-21)     $     0.00

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:
23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $     0.00

# (SEE ATTACHED)

## Steel City Pops Holding LLC
## Profit and Loss
### October 2018 - October 2019

| | Oct 2018 | Nov 2018 | Dec 2018 | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| 4001 Cookie Transfers | 25,148.00 | 2,815.00 | 10,953.00 | 12,012.00 | 30,314.00 | 18,123.00 | 56,333.00 | 65,957.00 | 53,529.00 | 44,184.00 | 10,101.00 | | | 329,469.00 |
| 4020 Online Store Sales | 825.25 | 2,466.10 | 2,348.17 | 469.62 | 2,444.22 | 518.51 | 1,947.73 | 1,278.92 | 1,802.12 | 836.62 | 819.48 | 741.72 | 375.65 | 16,874.11 |
| **Total Income** | $ 25,973.25 | $ 5,281.10 | $ 13,301.17 | $ 12,481.62 | $ 32,758.22 | $ 18,641.51 | $ 58,280.73 | $ 67,235.92 | $ 55,331.12 | $ 45,020.62 | $ 10,920.48 | $ 741.72 | $ 375.65 | 346,343.11 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | |
| 5001 Cost of Cookie Kitchen Ingredients | 4,347.29 | 1,043.29 | 572.91 | 3,148.22 | 1,764.93 | 2,842.05 | 9,629.83 | 14,801.10 | 5,169.38 | 6,367.79 | 875.73 | | | 50,562.52 |
| 5002 Cost of Cookie Kitchen Labor | 3,327.84 | 1,269.28 | 363.00 | 720.00 | 853.30 | 973.40 | 2,612.20 | 3,951.50 | 2,887.70 | 3,599.40 | 1,685.50 | 318.60 | 1,074.80 | 23,636.52 |
| 5003 Cost of Cookie Kitchen Rent | 1,870.00 | 1,870.00 | 7,525.00 | 1,870.00 | 1,870.00 | 1,870.00 | 1,870.00 | 1,870.00 | 1,870.00 | 1,870.00 | 1,870.00 | 1,870.00 | 1,870.00 | 29,965.00 |
| 5004 Cost of Cookie Kitchen Small Equipment and Kitchen Supplies | 57.89 | | | | | | | | 511.21 | 10.45 | 35.95 | | | 615.50 |
| 5005 Cost of Cookie Kitchen Shipping | 3,236.86 | | 396.85 | 308.31 | 1,282.79 | 428.20 | 608.30 | 2,185.26 | 1,320.44 | 2,619.84 | 100.27 | 863.26 | | 13,350.38 |
| 5006 Cost of Cookie Kitchen Utilities | 996.78 | 672.74 | 583.06 | 796.11 | 843.50 | 899.53 | 1,613.52 | 1,370.32 | 1,559.84 | 3,479.41 | 2,352.64 | 1,466.44 | 1,032.38 | 17,666.27 |
| 5007 Cost of Cookie Kitchen R&M | 175.00 | 160.00 | | 80.00 | 91.22 | 579.00 | 542.15 | | | 255.55 | | -499.00 | | 1,383.92 |
| 5008 Cost of Cookie Kitchen Miscellaneous | 162.40 | | | | | | | | | | | | | 162.40 |
| 5009 Inventory Adjustment | 4,484.10 | -8,434.44 | 828.64 | -7,347.72 | 2,767.55 | -1,303.39 | | -8,788.42 | 8,931.02 | -5,708.78 | 12,265.03 | -5,976.32 | | -8,282.73 |
| **Total Cost of Goods Sold** | $ 18,658.16 | -$ 3,419.13 | $ 10,269.46 | -$ 425.08 | $ 9,473.29 | $ 6,288.79 | $ 16,876.00 | $ 15,900.97 | $ 22,004.38 | $ 12,263.61 | $ 18,650.17 | -$ 1,458.02 | $ 3,977.18 | 129,059.78 |
| **Gross Profit** | $ 7,315.09 | $ 8,700.23 | $ 3,031.71 | $ 12,906.70 | $ 23,284.93 | $ 12,352.72 | $ 41,404.73 | $ 51,334.95 | $ 33,326.74 | $ 32,757.01 | -$ 7,729.69 | $ 2,199.74 | -$ 3,601.53 | 217,283.33 |
| **Expenses** | | | | | | | | | | | | | | |
| 6000 Advertising | 4,791.47 | 3,095.81 | 3,962.14 | 1,598.26 | 3,368.85 | 5,709.82 | 2,309.29 | 4,152.63 | 1,375.00 | 878.59 | 550.00 | 2,173.88 | 550.00 | 34,515.74 |
| 6010 Bank Charges | 95.00 | 278.20 | 100.00 | 60.00 | 140.00 | 142.99 | 5,835.59 | 602.35 | 8,182.89 | 712.86 | 2,199.67 | 1,884.97 | | 20,234.52 |
| 6020 Dues and Subscriptions | 6,132.31 | 4,292.06 | 5,938.12 | 6,492.35 | 5,236.08 | 5,389.68 | 6,349.75 | 7,649.64 | 5,767.19 | 5,908.31 | 14,458.99 | 5,317.62 | 5,577.76 | 84,509.86 |
| 6030 Insurance | 35,899.83 | 34,370.37 | 31,806.83 | 31,779.14 | 31,513.28 | 31,545.50 | 29,228.45 | 15,570.79 | 15,209.47 | 26,898.72 | 16,572.29 | 8,527.65 | 14,215.19 | 323,137.51 |
| 6040 Legal & Professional Fees | | 1,218.00 | | 1,200.00 | 5,265.05 | 688.80 | 26,199.42 | 24,328.33 | 30,719.33 | 44,132.33 | 59,694.20 | 30,138.48 | 8,531.33 | 232,115.27 |
| 6050 Meals and Entertainment | 329.86 | 379.84 | 62.25 | 955.69 | 81.79 | 147.37 | 381.54 | 84.89 | 317.46 | 294.77 | 259.45 | 523.99 | | 3,818.90 |
| 6055 Miscellaneous | 51.52 | 16.45 | 235.14 | 3.85 | 45.36 | | 4.38 | 66.55 | 24.15 | 1.65 | | -66.21 | | 382.84 |
| 6060 Office Expenses | 645.49 | 138.39 | | 501.73 | 58.67 | 40.14 | 3,263.24 | 3,849.64 | 3,551.06 | 2,922.19 | 2,425.27 | 2,381.40 | 2,858.25 | 22,635.47 |
| 6070 Rent Expense | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 13,000.00 |
| 6075 Payroll Expenses | | 1,118.01 | | | | | | | | | | | | 1,118.01 |
| Taxes | 5,572.40 | 5,391.16 | 5,288.24 | 5,897.92 | 4,677.79 | 3,759.97 | 3,566.31 | 3,035.02 | 3,035.01 | 3,035.02 | 2,652.53 | 3,327.24 | 1,847.66 | 51,086.27 |
| Wages | 72,452.52 | 69,248.72 | 69,773.92 | 68,524.80 | 61,166.08 | 51,022.60 | 47,326.72 | 40,216.66 | 40,216.66 | 40,216.66 | 40,216.66 | 44,036.54 | 24,433.34 | 668,851.88 |
| **Total 6075 Payroll Expenses** | $ 78,024.92 | $ 75,757.89 | $ 75,062.16 | $ 74,422.72 | $ 65,843.87 | $ 54,782.57 | $ 50,893.03 | $ 43,251.68 | $ 43,251.67 | $ 43,251.68 | $ 42,869.19 | $ 47,363.78 | $ 26,281.00 | 721,056.16 |
| 6080 Repair & Maintenance | 1,035.00 | 300.00 | 1,785.00 | 595.29 | 645.00 | 2,223.06 | 645.00 | 1,382.29 | 10,557.48 | 1,637.62 | 1,365.00 | 720.00 | 930.00 | 23,820.74 |
| 6085 Shipping and delivery Expense | 1,494.85 | 83.52 | 756.81 | 587.76 | 546.66 | 1,419.69 | 500.00 | 1,729.08 | 119.59 | 1,027.54 | 17.79 | 290.16 | 88.00 | 8,661.45 |
| 6090 Stationery & Printing | 2,308.07 | | | | | | | | | | | | | 2,308.07 |
| 6095 Supplies | | | 196.00 | -448.64 | | 2,119.46 | | | | | | | | 1,866.82 |
| 6100 Taxes & Licenses | | 933.69 | 6,319.31 | 933.71 | 311.31 | 970.71 | 2,073.71 | 933.71 | -1,928.08 | 933.71 | 1,477.56 | 933.71 | -748.49 | 13,144.56 |
| 6110 Travel | 1,454.15 | 912.33 | 1,248.30 | 1,950.54 | 1,317.18 | 409.91 | 1,944.20 | 1,813.40 | 1,782.43 | 1,316.40 | 785.91 | 2,334.73 | | 17,269.48 |
| 6120 Utilities | 395.29 | 421.01 | 419.54 | 386.61 | 390.47 | 460.20 | 399.20 | 1,507.23 | 347.29 | 350.23 | 521.04 | 1,500.19 | 64.89 | 7,163.19 |
| 7118 Chick Fil A Meals | | | | | | | | | 90.72 | | | | | 90.72 |
| Auto Lease Expense | 0.00 | -509.65 | 509.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15,829.79 | 19,579.79 | 0.00 | -15,829.79 | -12,079.79 |
| Reimbursements | 2,458.06 | 1,420.40 | 1,323.33 | 1,231.96 | 10,579.69 | 667.01 | -4,413.33 | 5,862.90 | 500.00 | 2,694.81 | -1,905.87 | 808.40 | 200.00 | 21,427.36 |
| **Total Expenses** | $ 136,115.82 | $ 124,108.31 | $ 130,724.58 | $ 123,250.97 | $ 126,343.26 | $ 107,716.91 | $ 126,613.47 | $ 113,875.83 | $ 120,776.93 | $ 118,131.62 | $ 161,870.28 | $ 105,832.75 | $ 43,718.14 | 1,539,078.87 |
| **Net Operating Income** | -$ 128,800.73 | -$ 115,408.08 | -$ 127,692.87 | -$ 110,344.27 | -$ 103,058.33 | -$ 95,364.19 | -$ 85,208.74 | -$ 62,540.88 | -$ 87,450.19 | -$ 85,374.61 | -$ 169,599.97 | -$ 103,633.01 | -$ 47,319.67 | -1,321,795.54 |
| **Other Income** | | | | | | | | | | | | | | |

| Account | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | C13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4500 Management Income | | | 1,969,000.00 | | | | | | | | | | | 1,969,000.00 |
| 7010 Interest Earned | | | | | | | | | | | | | -273.84 | | -273.84 |
| 7055 Insurance Claim | | | | | 25,000.00 | | | 10,137.48 | | | | | | 35,137.48 |
| **Total Other Income** | $ 0.00 $ | 0.00 $ | 1,969,000.00 $ | 0.00 $ | 25,000.00 $ | 0.00 $ | 0.00 $ | 10,137.48 $ | 0.00 $ | 0.00 $ | 0.00 -$ | 273.84 $ | 0.00 $ | 2,003,863.64 |
| **Other Expenses** | | | | | | | | | | | | | | |
| 6016 Charitable Contributions | | | | 1,410.00 | | | | | | | | | | 1,410.00 |
| 6018 Depreciation | | | 23,067.87 | | | | | 10,623.61 | 20,302.30 | 20,302.30 | 20,302.30 | 20,302.30 | 20,302.30 | 135,202.98 |
| 7000 Interest Expense | 20,203.25 | 37,504.80 | 52,635.22 | -35,935.66 | 48,422.03 | 49,924.21 | 86,378.44 | 46,539.69 | 104,310.90 | 63,110.35 | 258,902.39 | 68,719.78 | 64,277.06 | 864,992.46 |
| 7100 Gain Loss on Sale of Equipment | | | | | -1,243.00 | 6,000.00 | | | | | | | | 4,757.00 |
| 7117 Chick Fil-A Costs | | | | | | 1,755.97 | 1,515.54 | 4,687.01 | 749.51 | 72.29 | | | | 8,780.32 |
| 7500 New Store Opening Expenses | | | | 925.00 | | 840.00 | | 1,290.00 | 60.00 | 240.00 | | | | 3,355.00 |
| 7555 Refinance Costs | | 18,598.68 | 93,588.82 | | 300.00 | | | | -300.00 | | | | | 112,187.50 |
| 7777 Transaction Costs | 51,234.24 | 18,364.75 | 247.57 | 1,957.42 | 500.00 | 500.00 | | | | | | | | 72,803.98 |
| Reconciliation Discrepancies | | | -500.00 | -64.17 | -2.00 | | -0.03 | -0.01 | | | | 66.21 | | -500.00 |
| **Total Other Expenses** | $ 71,437.49 $ | 74,468.23 $ | 169,039.48 -$ | 31,707.41 $ | 47,977.03 $ | 59,020.18 $ | 87,893.95 $ | 63,140.30 $ | 125,122.71 $ | 83,724.94 $ | 279,204.69 $ | 89,088.29 $ | 84,579.36 $ | 1,202,989.24 |
| **Net Other Income** | -$ 71,437.49 -$ | 74,468.23 $ | 1,799,960.52 $ | 31,707.41 -$ | 22,977.03 -$ | 59,020.18 -$ | 87,893.95 -$ | 53,002.82 -$ | 125,122.71 -$ | 83,724.94 -$ | 279,204.69 -$ | 89,362.13 -$ | 84,579.36 $ | 800,874.40 |
| **Net Income** | -$ 200,238.22 -$ | 189,876.31 $ | 1,672,267.65 -$ | 78,636.86 -$ | 126,035.36 -$ | 154,384.37 -$ | 173,102.69 -$ | 115,543.70 -$ | 212,572.90 -$ | 169,099.55 -$ | 448,804.66 -$ | 192,995.14 -$ | 131,899.03 -$ | 520,921.14 |

# SCHEDULE A/B: ASSETS – REAL AND PERSONAL PROPERTY

## OFFICE FURNITURE AND EQUIPMENT

8814  Steel City Pops Holding, LLC  
46-5517080  
FYE: 12/31/2019  Mth: 10/31/2019

**Book Asset Detail   10/01/19 - 10/31/19**

12/11/2019  1:46 PM  
Page 1

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location: 120 Ridge Road** | | | | | | | | | | | | |
| | | **Type: Furniture & fixtures** | | | | | | | | | | |
| 66 | | Rental House Furniture | 9/27/17 | 6,138.96 | 0.00 | 0.00 | 1,227.79 | 51.16 | 1,278.95 | 4,860.01 | S/L | 10.00 |
| 70 | | Storage Shed | 6/26/18 | 600.00 | 0.00 | 0.00 | 107.14 | 7.14 | 114.28 | 485.72 | S/L | 7.00 |
| | | **Furniture & fixtures** | | 6,738.96 | 0.00c | 0.00 | 1,334.93 | 58.30 | 1,393.23 | 5,345.73 | | |
| | | **Type: Leasehold Improvements** | | | | | | | | | | |
| 65 | | Rental House Improvements | 9/27/17 | 27,168.44 | 0.00 | 0.00 | 3,622.46 | 150.94 | 3,773.40 | 23,395.04 | S/L | 15.00 |
| | | **Leasehold Improvements** | | 27,168.44 | 0.00c | 0.00 | 3,622.46 | 150.94 | 3,773.40 | 23,395.04 | | |
| | | | **120 Ridge Road** | 33,907.40 | 0.00c | 0.00 | 4,957.39 | 209.24 | 5,166.63 | 28,740.77 | | |
| **Location: 2823 Central** | | | | | | | | | | | | |
| | | **Type: Computer equipment** | | | | | | | | | | |
| 1 | | Macbook Pro (Michael) | 2/26/15 | 2,352.40 | 0.00 | 0.00 | 2,156.37 | 39.21 | 2,195.58 | 156.82 | S/L | 5.00 |
| 2 | | Macbook Air (Neal) | 6/24/15 | 1,385.50 | 0.00 | 0.00 | 1,177.68 | 23.09 | 1,200.77 | 184.73 | S/L | 5.00 |
| 3 | | Macbook (Jamie) | 10/30/15 | 1,566.30 | 0.00 | 0.00 | 613.46 | 13.06 | 626.52 | 939.78 | S/L | 10.00 |
| 5 | | Macbook (Jim) | 11/19/15 | 2,578.80 | 0.00 | 0.00 | 988.54 | 21.49 | 1,010.03 | 1,568.77 | S/L | 10.00 |
| 10 | | Angelia's Macbook | 6/01/16 | 2,321.00 | 0.00 | 0.00 | 773.66 | 19.35 | 793.01 | 1,527.99 | S/L | 10.00 |
| 12 | | Rob's Computer | 10/27/16 | 1,247.30 | 0.00 | 0.00 | 363.80 | 10.39 | 374.19 | 873.11 | S/L | 10.00 |
| 15 | | Andrea's Computer | 9/30/16 | 1,846.95 | 0.00 | 0.00 | 554.09 | 15.40 | 569.49 | 1,277.46 | S/L | 10.00 |
| 17 | | Customer Service MacBook Air | 4/12/17 | 1,082.35 | 0.00 | 0.00 | 541.17 | 18.04 | 559.21 | 523.14 | S/L | 5.00 |
| 18 | | Customer Service MacBook Air | 5/30/17 | 1,083.35 | 0.00 | 0.00 | 505.56 | 18.06 | 523.62 | 559.73 | S/L | 5.00 |
| 19 | | Customer Support iPad | 5/30/17 | 500.00 | 0.00 | 0.00 | 233.33 | 8.33 | 241.66 | 258.34 | S/L | 5.00 |
| 20 | | Customer Support iPad | 5/30/17 | 500.00 | 0.00 | 0.00 | 233.33 | 8.33 | 241.66 | 258.34 | S/L | 5.00 |
| 21 | | Accounting MacBook AIr | 5/30/17 | 1,083.35 | 0.00 | 0.00 | 505.56 | 18.06 | 523.62 | 559.73 | S/L | 5.00 |
| 60 | | Wesley's Computer | 9/30/17 | 1,727.60 | 0.00 | 0.00 | 691.04 | 28.79 | 719.83 | 1,007.77 | S/L | 5.00 |
| 61 | | 2 computers | 9/30/17 | 2,558.60 | 0.00 | 0.00 | 1,023.44 | 42.64 | 1,066.08 | 1,492.52 | S/L | 5.00 |
| | | **Computer equipment** | | 21,833.50 | 0.00c | 0.00 | 10,361.03 | 284.24 | 10,645.27 | 11,188.23 | | |
| | | **Type: Furniture & fixtures** | | | | | | | | | | |
| 6 | | Furniture | 12/11/15 | 16,930.00 | 0.00 | 0.00 | 6,489.83 | 141.08 | 6,630.91 | 10,299.09 | S/L | 10.00 |
| 62 | | Customer Service Furniture | 7/05/17 | 1,925.00 | 0.00 | 0.00 | 433.13 | 16.04 | 449.17 | 1,475.83 | S/L | 10.00 |
| | | **Furniture & fixtures** | | 18,855.00 | 0.00c | 0.00 | 6,922.96 | 157.12 | 7,080.08 | 11,774.92 | | |
| | | **Type: Intangibles** | | | | | | | | | | |
| 64 | | 12 Pops Printer App | 4/20/17 | 5,000.00 | 0.00 | 0.00 | 4,166.67 | 138.89 | 4,305.56 | 694.44 | Amort | 3.00 |
| 72 | | New Wesbsite | 4/01/18 | 32,750.00 | 0.00 | 0.00 | 3,275.00 | 181.94 | 3,456.94 | 29,293.06 | Amort | 15.00 |
| | | **Intangibles** | | 37,750.00 | 0.00c | 0.00 | 7,441.67 | 320.83 | 7,762.50 | 29,987.50 | | |
| | | **Type: Leasehold Improvements** | | | | | | | | | | |
| 9 | | Corporate Office Buildout (CIP) | 10/01/15 | 185,213.40 | 0.00 | 0.00 | 50,933.69 | 1,028.96 | 51,962.65 | 133,250.75 | S/L | 15.00 |
| | | **Leasehold Improvements** | | 185,213.40 | 0.00c | 0.00 | 50,933.69 | 1,028.96 | 51,962.65 | 133,250.75 | | |

8814  Steel City Pops Holding, LLC  
46-5517080  
FYE: 12/31/2019  Mth: 10/31/2019

**Book Asset Detail   10/01/19 - 10/31/19**

12/11/2019  1:46 PM  
Page 2

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location: 2823 Central (continued)** | | | | | | | | | | | | |
| **Type: Machinery & equipment** | | | | | | | | | | | | |
| 59 | | Robo Pops | 3/31/17 | 28,643.50 | 0.00 | 0.00 | 7,160.87 | 238.70 | 7,399.57 | 21,243.93 | S/L | 10.00 |
| 63 | | Mini Pop Molds | 7/14/17 | 12,553.80 | 0.00 | 0.00 | 2,824.61 | 104.61 | 2,929.22 | 9,624.58 | S/L | 10.00 |
| 71 | | Office Fridge | 9/10/18 | 327.80 | 0.00 | 0.00 | 50.73 | 3.91 | 54.64 | 273.16 | S/L | 7.00 |
| | | Machinery & equipment | | 41,525.10 | 0.00c | 0.00 | 10,036.21 | 347.22 | 10,383.43 | 31,141.67 | | |
| **Type: Office equipment** | | | | | | | | | | | | |
| 11 | | Projector Setup | 7/01/16 | 4,362.38 | 0.00 | 0.00 | 1,417.78 | 36.35 | 1,454.13 | 2,908.25 | S/L | 10.00 |
| | | Office equipment | | 4,362.38 | 0.00c | 0.00 | 1,417.78 | 36.35 | 1,454.13 | 2,908.25 | | |
| | | 2823 Central | | 309,539.38 | 0.00c | 0.00 | 87,113.34 | 2,174.72 | 89,288.06 | 220,251.32 | | |
| **Location: 2900 Crescent** | | | | | | | | | | | | |
| **Type: Furniture & fixtures** | | | | | | | | | | | | |
| 31 | | 30*36 work table | 1/01/17 | 375.00 | 0.00 | 0.00 | 103.13 | 3.12 | 106.25 | 268.75 | S/L | 10.00 |
| 32 | | 30*60 work table | 1/01/17 | 600.00 | 0.00 | 0.00 | 165.00 | 5.00 | 170.00 | 430.00 | S/L | 10.00 |
| 33 | | 30*48 work table | 1/01/17 | 450.00 | 0.00 | 0.00 | 123.75 | 3.75 | 127.50 | 322.50 | S/L | 10.00 |
| 34 | | 30*84 work table | 1/01/17 | 750.00 | 0.00 | 0.00 | 206.25 | 6.25 | 212.50 | 537.50 | S/L | 10.00 |
| 35 | | 24*48 work table | 1/01/17 | 375.00 | 0.00 | 0.00 | 103.13 | 3.12 | 106.25 | 268.75 | S/L | 10.00 |
| 36 | | 30*72 work table | 1/01/17 | 750.00 | 0.00 | 0.00 | 206.25 | 6.25 | 212.50 | 537.50 | S/L | 10.00 |
| 37 | | 30*60 work table | 1/01/17 | 600.00 | 0.00 | 0.00 | 165.00 | 5.00 | 170.00 | 430.00 | S/L | 10.00 |
| 38 | | 30*60 work table with sink | 1/01/17 | 750.00 | 0.00 | 0.00 | 206.25 | 6.25 | 212.50 | 537.50 | S/L | 10.00 |
| 42 | | Wall Shelves | 1/01/17 | 1,125.00 | 0.00 | 0.00 | 309.38 | 9.37 | 318.75 | 806.25 | S/L | 10.00 |
| 43 | | 72 in wall shelf | 1/01/17 | 900.00 | 0.00 | 0.00 | 247.50 | 7.50 | 255.00 | 645.00 | S/L | 10.00 |
| 44 | | Pot Rack Shelf | 1/01/17 | 700.00 | 0.00 | 0.00 | 192.50 | 5.83 | 198.33 | 501.67 | S/L | 10.00 |
| 47 | | Mobile Pot and Pan Shelving Unit | 1/01/17 | 750.00 | 0.00 | 0.00 | 206.25 | 6.25 | 212.50 | 537.50 | S/L | 10.00 |
| 51 | | Front Counter | 1/01/17 | 2,250.00 | 0.00 | 0.00 | 618.75 | 18.75 | 637.50 | 1,612.50 | S/L | 10.00 |
| 52 | | Dry Storage Racking | 1/01/17 | 2,250.00 | 0.00 | 0.00 | 618.75 | 18.75 | 637.50 | 1,612.50 | S/L | 10.00 |
| 53 | | Pantry Shelving | 1/01/17 | 1,500.00 | 0.00 | 0.00 | 412.50 | 12.50 | 425.00 | 1,075.00 | S/L | 10.00 |
| | | Furniture & fixtures | | 14,125.00 | 0.00c | 0.00 | 3,884.39 | 117.69 | 4,002.08 | 10,122.92 | | |
| **Type: Machinery & equipment** | | | | | | | | | | | | |
| 16 | | Fly Fan | 1/01/17 | 1,500.00 | 0.00 | 0.00 | 589.30 | 17.85 | 607.15 | 892.85 | S/L | 7.00 |
| 22 | | Floor Mixer | 1/01/17 | 2,500.00 | 0.00 | 0.00 | 982.14 | 29.76 | 1,011.90 | 1,488.10 | S/L | 7.00 |
| 23 | | Standup Freezer | 1/01/17 | 1,500.00 | 0.00 | 0.00 | 589.30 | 17.85 | 607.15 | 892.85 | S/L | 7.00 |
| 24 | | Chest Freezer | 1/01/17 | 2,000.00 | 0.00 | 0.00 | 785.70 | 23.81 | 809.51 | 1,190.49 | S/L | 7.00 |
| 25 | | Two Door Freezer | 1/01/17 | 7,500.00 | 0.00 | 0.00 | 2,946.43 | 89.29 | 3,035.72 | 4,464.28 | S/L | 7.00 |
| 26 | | Two Door Fridge | 1/01/17 | 6,000.00 | 0.00 | 0.00 | 2,357.13 | 71.43 | 2,428.56 | 3,571.44 | S/L | 7.00 |
| 27 | | One Door Fridge | 1/01/17 | 2,500.00 | 0.00 | 0.00 | 982.14 | 29.76 | 1,011.90 | 1,488.10 | S/L | 7.00 |
| 28 | | Display Fridge | 1/01/17 | 3,750.00 | 0.00 | 0.00 | 1,473.20 | 44.65 | 1,517.85 | 2,232.15 | S/L | 7.00 |
| 29 | | Slide Top Freezer | 1/01/17 | 1,500.00 | 0.00 | 0.00 | 589.30 | 17.85 | 607.15 | 892.85 | S/L | 7.00 |
| 30 | | Refrigerated Prep Unit | 1/01/17 | 2,250.00 | 0.00 | 0.00 | 883.93 | 26.79 | 910.72 | 1,339.28 | S/L | 7.00 |
| 39 | | Range Hood | 1/01/17 | 2,000.00 | 0.00 | 0.00 | 785.70 | 23.81 | 809.51 | 1,190.49 | S/L | 7.00 |
| 40 | | Double Stack Combo Oven | 1/01/17 | 2,250.00 | 0.00 | 0.00 | 883.93 | 26.79 | 910.72 | 1,339.28 | S/L | 7.00 |
| 41 | | Six Burner Range with Oven | 1/01/17 | 2,250.00 | 0.00 | 0.00 | 883.93 | 26.79 | 910.72 | 1,339.28 | S/L | 7.00 |
| 45 | | Twenty Quart Mixer | 1/01/17 | 2,000.00 | 0.00 | 0.00 | 785.70 | 23.81 | 809.51 | 1,190.49 | S/L | 7.00 |

8814 Steel City Pops Holding, LLC  
46-5517080  
FYE: 12/31/2019  Mth: 10/31/2019

**Book Asset Detail   10/01/19 - 10/31/19**

12/11/2019  1:46 PM  
Page 3

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Location: 2900 Crescent | Type: Machinery & equipment (continued)** |||||||||||||
| 46 | | Six Quart Mixer | 1/01/17 | 1,000.00 | 0.00 | 0.00 | 392.87 | 11.90 | 404.77 | 595.23 | S/L | 7.00 |
| 48 | | Pot and Pan Sink | 1/01/17 | 1,500.00 | 0.00 | 0.00 | 589.30 | 17.85 | 607.15 | 892.85 | S/L | 7.00 |
| 49 | | Mop Sink with Components | 1/01/17 | 1,000.00 | 0.00 | 0.00 | 392.87 | 11.90 | 404.77 | 595.23 | S/L | 7.00 |
| 50 | | Hand Sinks (2) | 1/01/17 | 1,000.00 | 0.00 | 0.00 | 392.87 | 11.90 | 404.77 | 595.23 | S/L | 7.00 |
| 54 | | Washer/Dryer | 1/01/17 | 2,250.00 | 0.00 | 0.00 | 883.93 | 26.79 | 910.72 | 1,339.28 | S/L | 7.00 |
| 55 | | Small Kitchen and Cooking Supplie | 1/01/17 | 7,125.00 | 0.00 | 0.00 | 3,918.75 | 118.75 | 4,037.50 | 3,087.50 | S/L | 5.00 |
| 67 | | Lawn Mower | 6/18/18 | 438.90 | 0.00 | 0.00 | 109.73 | 7.31 | 117.04 | 321.86 | S/L | 5.00 |
| 68 | | Cookie Cutters | 3/31/18 | 495.00 | 0.00 | 0.00 | 148.50 | 8.25 | 156.75 | 338.25 | S/L | 5.00 |
| 69 | | Glass Door Freezera | 4/18/18 | 3,920.00 | 0.00 | 0.00 | 793.33 | 46.67 | 840.00 | 3,080.00 | S/L | 7.00 |
| | | **Machinery & equipment** | | 58,228.90 | 0.00c | 0.00 | 23,139.98 | 731.56 | 23,871.54 | 34,357.36 | | |
| | | **2900 Crescent** | | 72,353.90 | 0.00c | 0.00 | 27,024.37 | 849.25 | 27,873.62 | 44,480.28 | | |
| | | **Grand Total** | | 415,800.68 | 0.00c | 0.00 | 119,095.10 | 3,233.21 | 122,328.31 | 293,472.37 | | |

# STATEMENT OF FINANCIAL AFFAIRS

# ITEM 3

# PAYMENTS TO CREDITORS WITHIN 90 DAYS BEFORE FILING



Servis1st Bank®

P.O. Box 1508
Birmingham, AL 35209

Date 8/30/19 Page 1
Primary Acct. XXXXXXXXXXXX4075
Enclosures 36

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

## CHECKING ACCOUNTS

| BUSINESS CHECKING | | Number of Enclosures | 36 |
|---|---:|---|---:|
| Account Number | XXXXXXXXXXXX4075 | Statement Dates 8/01/19 thru | 9/02/19 |
| Previous Balance | 8,574.87 | Days in the Statement Period | 33 |
| 38 Deposits/Credits | 257,867.13 | Average Ledger | 25,032.65 |
| 90 Checks/Debits | 230,277.72 | Average Collected | 25,028.32 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 36,164.28 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---:|
| 8/01 | 0801 STORESquare Inc   PPD<br>9424300002     021000028894983 | 8.44 |
| 8/02 | Wire Transfer Credit<br>STEEL CITY POPS FWTX, LLC<br>908 CURRIE ST<br>FORT WORTH, TX 761072912 US<br>20190802B1QGC04C011318<br>20190802MMQFMPBY000289<br>08021556FT03 | 22,000.00 |
| 8/02 | From DDA 1110181268,To DDA 111<br>0234075 | 8,000.00 |
| 8/05 | Wire Transfer Credit<br>STEEL CITY POPS LKY, LLC<br>1021 BARDSTOWN RD<br>LOUISVILLE, KY 402041317 US<br>20190805B1QGC08C009291<br>20190805MMQFMPBY000118<br>08051156FT03 | 20,000.00 |
| 8/05 | Wire Transfer Credit<br>STEEL CITY POPS FWTX, LLC<br>908 CURRIE ST<br>FORT WORTH, TX 761072912 US<br>20190805B1QGC05C005217<br>20190805MMQFMPBY000116 | 12,000.00 |

MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION        EQUAL HOUSING LENDER

Case 19-04687-DSC11   Doc 65-1   Filed 12/13/19   Entered 12/13/19 16:57:06   Desc Exhibit Exh 1   Page 9 of 12



STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING            XXXXXXXXXXXX4075   (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---:|
| 8/05 | 0805 STORESquare Inc    PPD 9424300002    021000021839049 08051154FT03 | 19.12 |
| 8/06 | From DDA 1110181268,To DDA 1110234075 | 10,000.00 |
| 8/06 | 0806 STORESquare Inc    PPD 9424300002    021000024964930 | 96.20 |
| 8/09 | 0809 STORESquare Inc    PPD 9424300002    021000022691295 | 59.12 |
| 8/09 | DEPOSIT | 47.65 |
| 8/12 | 0812 STORESquare Inc    PPD 9424300002    021000027746116 | 23.97 |
| 8/12 | 0812 STORESquare Inc    PPD 9424300002    021000027746115 | 9.41 |
| 8/13 | 0813 STORESquare Inc    PPD 9424300002    021000025517407 | 23.97 |
| 8/14 | 0814 STORESquare Inc    PPD 9424300002    021000026985871 | 18.59 |
| 8/15 | 0815 STORESquare Inc    PPD 9424300002    021000025315506 | 16.57 |
| 8/16 | From DDA 1110181268,To DDA 1110234075 | 15,000.00 |
| 8/16 | 0816 STORESquare Inc    PPD 9424300002    021000022531010 | 33.38 |
| 8/19 | Wire Transfer Credit STEEL CITY POPS FWTX, LLC 908 CURRIE ST FORT WORTH, TX 761072912 US 20190819B1QGC01C002102 20190819MMQFMPBY000023 08190801FT03 | 30,000.00 |
| 8/19 | 0819 STORESquare Inc    PPD 9424300002    021000022167760 | 98.26 |
| 8/20 | 0820 STORESquare Inc    PPD 9424300002    021000025883862 | 25.43 |
| 8/21 | 0821 STORESquare Inc    PPD 9424300002    021000027645595 | 38.24 |

# Servis1st Bank®

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING            XXXXXXXXXXXX4075   (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|-------:|
| 8/22 | From DDA 1110181268,To DDA 1110234075 | 10,000.00 |
| 8/22 | Wire Transfer Credit<br>STEEL CITY POPS ATX LLC<br>3001 GUADALUPE ST<br>AUSTIN, TX 787052817 US<br>20190822B1QGC08C005488<br>20190822MMQFMPBY000075<br>08221023FT03 | 10,000.00 |
| 8/23 | Wire Transfer Credit<br>STEEL CITY POPS LKY, LLC<br>1021 BARDSTOWN RD<br>LOUISVILLE, KY 402041317 US<br>20190823B1QGC02C003379<br>20190823MMQFMPBY000039<br>08230824FT03 | 40,000.00 |
| 8/26 | 0826 STORESquare Inc    PPD<br>9424300002    021000027132596 | 57.35 |
| 8/26 | 0826 STORESquare Inc    PPD<br>9424300002    021000027132597 | 61.06 |
| 8/27 | 0827 STORESquare Inc    PPD<br>9424300002    021000021638323 | 38.77 |
| 8/28 | 0828 STORESquare Inc    PPD<br>9424300002    021000021025419 | 9.41 |
| 8/29 | From DDA 1110181268,To DDA 1110234075 | 10,000.00 |
| 8/29 | Wire Transfer Credit<br>STEEL CITY POPS FWTX, LLC<br>908 CURRIE ST<br>FORT WORTH, TX 761072912 US<br>20190829B1QGC04C010225<br>20190829MMQFMPBY000298<br>08291400FT03 | 10,000.00 |
| 8/29 | Wire Transfer Credit<br>STEEL CITY POPS HTX, LLC<br>2821 CENTRAL AVE STE 109<br>HOMEWOOD, AL 35209 US | 10,000.00 |


Servis1st Bank®

Date 8/30/19  Page 4
Primary Acct. XXXXXXXXXXXX4075
Enclosures 36

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING                XXXXXXXXXXXX4075  (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | 20190829B1QGC04C010288 20190829MMQFMPBY000301 08291401FT03 | |
| 8/29 | Wire Transfer Credit STEEL CITY POPS LKY, LLC 1021 BARDSTOWN RD LOUISVILLE, KY 402041317 US 20190829B1QGC04C010374 20190829MMQFMPBY000302 08291402FT03 | 10,000.00 |
| 8/29 | 0829 STORESquare Inc    PPD 9424300002    021000027765359 | 12.62 |
| 8/30 | Wire Transfer Credit STEEL CITY POPS DTX, LLC 2012 GREENVILLE AVE DALLAS, TX 752067124 US 20190830B1QGC01C014739 20190830MMQFMPBY000205 08301113FT03 | 10,000.00 |
| 8/30 | Wire Transfer Credit STEEL CITY POPS FWTX, LLC 908 CURRIE ST FORT WORTH, TX 761072912 US 20190830B1QGC05C012664 20190830MMQFMPBY000206 08301114FT03 | 10,000.00 |
| 8/30 | Wire Transfer Credit STEEL CITY POPS ATX LLC 3001 GUADALUPE ST AUSTIN, TX 787052817 US 20190830B1QGC05C020099 20190830MMQFMPBY000385 08301429FT03 | 10,000.00 |
| 8/30 | Wire Transfer Credit STEEL CITY POPS HTX, LLC 2821 CENTRAL AVE STE 109 HOMEWOOD, AL 35209 US | 10,000.00 |