
Servis 1st Bank®

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | 20190830B1QGC04C027871 | |
| | 20190830MMQFMPBY000386 | |
| | 08301430FT03 | |
| 8/30 | 0830 STORESquare Inc          PPD | 169.57 |
| | 9424300002        021000028999216 | |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/01 | POS DEB 0914 08/01/19 48031600 | 15.70- |
| | PIGGLY WIG | |
| | 3000 MONTGOMERY HW | |
| | BIRMINGHAM     AL C#5416 | |
| 8/01 | PAYMENT    STEARNS LEASING CCD | 4,200.14- |
| | 001-2121168-001091910451035090 | |
| 8/01 | AUTH PAYMEUniFi Equipment CCD | 818.12- |
| | 187323-0001    072413730000417 | |
| 8/02 | DBT CRD 2232 08/01/19 22077200 | 24.99- |
| | Experian* Credit R | |
| | 479-3436237   CA | |
| | Card # 1236 | |
| 8/02 | USATAXPYMTIRS            CCD | 4,537.44- |
| | 270961425021833061036010011062 | |
| 8/02 | BMOACHPMT BMO HARRIS BANK CCD | 1,010.90- |
| | 00000000464598607100028518O545 | |
| 8/02 | HealthEquiHEALTHEQUITY INCPPD | 250.00- |
| | 1522383166        091000016516100 | |
| 8/05 | DBT CRD 0402 08/02/19 20010551 | 334.44- |
| | 8X8, INC. 888-898- | |
| | 888-8988733   CA | |
| | Card # 0613 | |
| 8/05 | DBT CRD 0250 08/02/19 24900012 | 99.00- |
| | FORMSTACK, LLC | |
| | 800-8456697   IN | |
| | Card # 0613 | |
| 8/05 | PAYMENT    SERVISFIRST BANKPPD | 837.00- |
| | QRTSVF7841      061100602895000 | |

**MEMBER FDIC**


Servis1st Bank®

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/06 | DBT CRD 1032 08/06/19 28500629<br>TST* LITTLE DONKEY<br>BIRMINGHAM    AL<br>Card # 1236 | 60.61- |
| 8/06 | DBT CRD 0804 08/06/19 09537832<br>BP 1695030JACK RAB<br>HOMEWOOD      AL<br>Card # 5416 | 59.06- |
| 8/06 | DBT CRD 0202 08/05/19 23837000<br>THE FRESH MARKET 1<br>HOMEWOOD      AL<br>Card # 8628 | 15.55- |
| 8/06 | PAYMENT    SERVISFIRST BANKPPD<br>QRTSVF7841    061100603709047 | 1,665.00- |
| 8/07 | DBT CRD 0434 08/06/19 29837000<br>THE FRESH MARKET 1<br>HOMEWOOD      AL<br>Card # 8628 | 15.88- |
| 8/07 | APPS_COMMEGOOGLE        WEB<br>F770493581    091000013771123 | 438.00- |
| 8/07 | CHECK CHGSMAIN STREET CHKSPPD<br>1631201384    062006500000771 | 104.99- |
| 8/08 | DBT CRD 1746 08/07/19 20100396<br>GOOGLE *ADS9932047<br>cc google.com CA<br>Card # 6370 | 500.00- |
| 8/09 | DBT CRD 0727 08/09/19 21611145<br>362 Schedugram Ske<br>dSocialSouth<br>Card # 6370 | 216.00- |
| 8/09 | DBT CRD 2322 08/08/19 21894645<br>COMMERCIAL LINK<br>8443333695    MI<br>Card # 3802 | 11.00- |
| 8/12 | DBT CRD 1135 08/11/19 29026797<br>ADOBE *CREATIVE CL | 345.56- |

Servis 1st Bank®

Date 8/30/19        Page      7
Primary Acct.   XXXXXXXXXXXX4075
Enclosures                      36

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 800-443-8158  CA | |
|      | Card # 6370 | |
| 8/13 | POS DEB 1427 08/13/19 19745841 | 127.42- |
|      | WHOLEFDS MBK 102 3 | |
|      | MOUNTAIN BRK  AL | |
|      | Card # 0613 | |
| 8/13 | DBT CRD 1405 08/13/19 00071397 | 120.89- |
|      | SAMS CLUB | |
|      | SAM S Club | |
|      | HOMEWOOD     AL C#0613 | |
| 8/15 | DBT CRD 0443 08/14/19 20637516 | 12.95- |
|      | CANVA* PRO MONTHLY | |
|      | HTTPSCANVA.CO CA | |
|      | Card # 6370 | |
| 8/16 | DBT CRD 0146 08/15/19 24077958 | 85.00- |
|      | ORC*Cooks Pest Web | |
|      | 800-2399898   AL | |
|      | Card # 5416 | |
| 8/16 | DIRECT DBT  AL-DEPT OF REVCCD | 1,563.46- |
|      | 13250400000620011830 55205 | |
| 8/16 | INVOICE # HITACHI CREDIT APPD | 908.44- |
|      | 1330380629    028000084414352 | |
| 8/16 | BILL-PMNTSBIRMINGHAMWTRBD WEB | 77.35- |
|      | 0000000160    021000025557659 | |
| 8/19 | DBT CRD 2331 08/16/19 24719644 | 550.00- |
|      | SPROUT SOCIAL, INC | |
|      | 773-304-4195  IL | |
|      | Card # 6370 | |
| 8/19 | DBT CRD 2014 08/17/19 24040444 | 500.00- |
|      | GOOGLE*ADS99320470 | |
|      | INTERNET    CA | |
|      | Card # 6370 | |
| 8/19 | DBT CRD 1503 08/16/19 958OGDJ2 | 27.49- |
|      | AMAZON.COM | |
|      | AMAZON.COM | |
|      | SEATTLE    WA C#0613 | |
| 8/19 | DBT CRD 1325 08/17/19 01510995 | 9.99- |
|      | GOOGLE *Go | |



Servis 1st Bank®

Date  8/30/19        Page     8
Primary Acct.    XXXXXXXXXXXX4075
Enclosures                    36

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| | GOOGLE *Google Sto Mountain View CA C#0613 | |
| 8/20 | DBT CRD 1028 08/19/19 28500497 SWAP A LEASE 800-682-2289  OH Card # 3802 | 375.00- |
| 8/20 | DBT CRD 1028 08/19/19 26500497 SWAP A LEASE 800-682-2289  OH Card # 3802 | 375.00- |
| 8/20 | DBT CRD 1028 08/19/19 22500497 SWAP A LEASE 800-682-2289  OH Card # 8628 | 375.00- |
| 8/20 | DBT CRD 1028 08/19/19 25500497 SWAP A LEASE 800-682-2289  OH Card # 8628 | 375.00- |
| 8/20 | DBT CRD 1028 08/19/19 28500497 SWAP A LEASE 800-682-2289  OH Card # 8628 | 187.50- |
| 8/20 | DBT CRD 1028 08/19/19 21500497 SWAP A LEASE 800-682-2289  OH Card # 3802 | 187.50- |
| 8/20 | HealthEquiHEALTHEQUITY INCPPD 1522383166      091000010413503 | 225.00- |
| 8/21 | DBT CRD 1112 08/20/19 21500516 SWAP A LEASE 800-682-2289  OH Card # 3802 | 375.00- |
| 8/21 | DBT CRD 1112 08/20/19 28500516 SWAP A LEASE 800-682-2289  OH Card # 3802 | 375.00- |
| 8/21 | DBT CRD 1112 08/20/19 21500516 SWAP A LEASE | 375.00- |

**Servis** 1st Bank®

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075   (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 800-682-2289  OH | |
|      | Card # 8628 | |
| 8/21 | DBT CRD 1112 08/20/19 28500516 | 375.00- |
|      | SWAP A LEASE | |
|      | 800-682-2289  OH | |
|      | Card # 8628 | |
| 8/21 | DBT CRD 1112 08/20/19 25500516 | 187.50- |
|      | SWAP A LEASE | |
|      | BLUE ASH    OH | |
|      | Card # 3802 | |
| 8/21 | DBT CRD 1112 08/20/19 24500516 | 187.50- |
|      | SWAP A LEASE | |
|      | BLUE ASH    OH | |
|      | Card # 8628 | |
| 8/21 | DBT CRD 1113 08/21/19 20100646 | 53.90- |
|      | LOGMEIN*GOTOMEETIN | |
|      | LOGMEIN.COM   CA | |
|      | Card # 0613 | |
| 8/21 | USATAXPYMTIRS            CCD | 3,772.44- |
|      | 270963390005593061036010005359 | |
| 8/22 | Wire Transfer Debit | 16,573.50- |
|      | THE BANCORP BANK | |
|      | 031101114 | |
|      | 405231100 | |
|      | 409 SILVERSIDE ROAD WILMINGTON | |
|      | 19809 | |
|      | THE BANCORP BANK | |
|      | 409 SILVERSIDE ROAD WILMINGTON | |
|      | 19809 | |
|      | FOR FURTHER CREDIT TO 17774 AT | |
|      | LEASE PAYMENT STEEL CITY POPS | |
|      | B'HAM LLC DOUG MAGEE | |
|      | 20190822MMQFMPBY000258 | |
|      | 20190822L1LFBL8C000715 | |
|      | 08221307FT03 | |
| 8/27 | APC EFT   Alabama Power    PPD | 1,236.30- |
|      | 1630004250      062000017505850 | |

MEMBER FDIC

EQUAL HOUSING
LENDER



Servis1st Bank®

Date  8/30/19          Page     10
Primary Acct.     XXXXXXXXXXXX4075
Enclosures                        36

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075   (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/27 | APC EFT   Alabama Power   PPD<br>1630004250      062000017505849 | 1,116.34- |
| 8/28 | PAYABLE   ALABAMA GAS CORPWEB<br>1630022000      062000019373534 | 15.79- |
| 8/29 | ACH PMT   AMEX EPAYMENT   CCD<br>A4794         091000011505421 | 4,563.00- |
| 8/30 | Account Analysis Charge | 40.00- |
| 8/30 | DBT CRD 2012 08/29/19 28020035<br>GOOGLE*ADS99320470<br>INTERNET      CA<br>Card # 6370 | 500.00- |
| 8/30 | XFER FROM 4075 TO 26790;<br>JULY'S PAYMENT | 36,503.53- |

### CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/13 | 11476 | 2,265.00 | 8/05 | 11491 | 12,600.42 | 8/22 | 11505 | 585.00 |
| 8/05 | 11477 | 1,760.00 | 8/06 | 11492 | 1,870.00 | 8/23 | 11506 | 450.00 |
| 8/01 | 11479* | 225.00 | 8/16 | 11493 | 2,862.40 | 8/27 | 11507 | 900.00 |
| 8/01 | 11480 | 600.00 | 8/21 | 11495* | 500.00 | 8/21 | 11508 | 7,120.00 |
| 8/06 | 11483* | 2,500.00 | 8/20 | 11496 | 2,037.40 | 8/27 | 11509 | 13,504.00 |
| 8/07 | 11484 | 8,396.86 | 8/16 | 11497 | 5,000.00 | 8/30 | 11510 | 12,000.00 |
| 8/09 | 11485 | 617.18 | 8/16 | 11498 | 2,243.33 | 8/27 | 11511 | 4,519.00 |
| 8/07 | 11486 | 5,000.00 | 8/16 | 11499 | 1,698.06 | 8/27 | 11512 | 3,400.00 |
| 8/07 | 11487 | 1,800.00 | 8/16 | 11500 | 2,035.10 | 8/28 | 11514* | 109.25 |
| 8/12 | 11488 | 57.03 | 8/20 | 11501 | 2,265.93 | 8/30 | 11520* | 1,354.58 |
| 8/08 | 11489 | 120.00 | 8/16 | 11502 | 3,595.75 | 8/30 | 11521 | 15,894.26 |
| 8/06 | 11490 | 15,000.00 | 8/16 | 11504* | 7,500.00 | | | |

* Indicates Serial Number Out of Sequence

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 2,724.35 | 8/05 | 43,289.28 | 8/07 | 16,459.53 |
| 8/02 | 26,901.02 | 8/06 | 32,215.26 | 8/08 | 15,839.53 |

**MEMBER FDIC**





STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING            XXXXXXXXXXXX4075  (Continued)

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/09 | 15,102.12 | 8/19 | 28,741.05 | 8/27 | 26,953.09 |
| 8/12 | 14,732.91 | 8/20 | 22,363.15 | 8/28 | 26,837.46 |
| 8/13 | 12,243.57 | 8/21 | 9,080.05 | 8/29 | 62,287.08 |
| 8/14 | 12,262.16 | 8/22 | 11,921.55 | 8/30 | 36,164.28 |
| 8/15 | 12,265.78 | 8/23 | 51,471.55 |  |  |
| 8/16 | 269.73- | 8/26 | 51,589.96 |  |  |

**MEMBER FDIC**

EQUAL HOUSING LENDER



**Servis1st Bank**



Amount $47.65 Date 8/9/2019



Check 11476 Amount $2,265.00 Date 8/13/2019



Check 11477 Amount $1,760.00 Date 8/5/2019



Check 11479 Amount $225.00 Date 8/1/2019



Check 11480 Amount $600.00 Date 8/1/2019



Check 11483 Amount $2,500.00 Date 8/6/2019

Check 11484 Amount $8,396.86 Date 8/7/2019

Check 11485 Amount $617.18 Date 8/9/2019



Check 11486 Amount $5,000.00 Date 8/7/2019

Check 11487 Amount $1,800.00 Date 8/7/2019



Check 11488 Amount $57.03 Date 8/12/2019

Check 11489 Amount $120.00 Date 8/8/2019

**Servis**1st Bank®


Check 11490 Amount $15,000.00 Date 8/6/2019


Check 11491 Amount $12,600.42 Date 8/5/2019


Check 11492 Amount $1,870.00 Date 8/6/2019


Check 11493 Amount $2,862.40 Date 8/16/2019


Check 11495 Amount $500.00 Date 8/21/2019


Check 11496 Amount $2,037.40 Date 8/20/2019


Check 11497 Amount $5,000.00 Date 8/16/2019


Check 11498 Amount $2,243.33 Date 8/16/2019


Check 11499 Amount $1,698.06 Date 8/16/2019


Check 11500 Amount $2,035.10 Date 8/16/2019


Check 11501 Amount $2,265.93 Date 8/20/2019


Check 11502 Amount $3,595.75 Date 8/16/2019


Check 11504 Amount $7,500.00 Date 8/16/2019

Check 11505 Amount $585.00 Date 8/22/2019

Check 11506 Amount $450.00 Date 8/23/2019

Check 11507 Amount $900.00 Date 8/27/2019

Check 11508 Amount $7,120.00 Date 8/21/2019

Check 11509 Amount $13,504.00 Date 8/27/2019

Check 11510 Amount $12,000.00 Date 8/30/2019

Check 11511 Amount $4,519.00 Date 8/27/2019

Check 11512 Amount $3,400.00 Date 8/27/2019

Check 11514 Amount $109.25 Date 8/28/2019

Check 11520 Amount $1,354.58 Date 8/30/2019

Check 11521 Amount $15,894.26 Date 8/30/2019

IN CASE OF ERRORS OR QUESTION ABOUT YOUR ELECTRONIC TRANSFERS, WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT AS SOON AS YOU CAN.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1)  Tell us your name and account number.
    (2)  Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
    (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE SHOWN ON THIS STATEMENT

$_____

ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT

$_____

TOTAL

$_____

SUBTRACT – (IF ANY) CHECKS OUTSTANDING

$_____

BALANCE

$_____

SHOULD AGREE WITH CHECKBOOK BALANCE

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKBOOK BALANCE AT STATEMENT DATE

$_____

SUBTRACT – (IF ANY) ACTIVITY CHARGE

$_____

SUBTOTAL

$_____

SUBTRACT – (IF ANY) OTHER BANK CHARGES

$_____

BALANCE

$_____

SHOULD AGREE WITH STATEMENT BALANCE

IF YOUR ACCOUNT DOES NOT BALANCE
PLEASE CHECK THE FOLLOWING CAREFULLY

HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK ON YOUR CHECKBOOK REGISTER?

ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED ON CHECKBOOK REGISTER THE SAME AS IN YOUR STATEMENT?

HAVE ALL CHECKS BEEN DEDUCTED FROM YOUR REGISTER?

HAVE YOU DEDUCTED ALL BANK CHARGES FROM YOUR REGISTER?

HAVE YOU CARRIED THE CORRECT BALANCE FORWARD FROM ONE CHECKBOOK TO THE NEXT?

HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS ON YOUR CHECKBOOK REGISTER?

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us (on a separate sheet) at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
    ☐  Your name and account number.
    ☐  The dollar amount of the suspected error.
    ☐  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay the amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



P.O. Box 1508
Birmingham, AL 35209

---

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

## C H E C K I N G   A C C O U N T S

| BUSINESS CHECKING | | |
|---|---|---|
| Account Number | XXXXXXXXXXXX4075 | |
| Previous Balance | 36,164.28 | |
| 30 Deposits/Credits | 207,741.72 | |
| 93 Checks/Debits | 218,616.48 | |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Current Balance | 25,289.52 | |

| | | |
|---|---|---|
| Number of Enclosures | 19 | |
| Statement Dates | 9/03/19 thru  9/30/19 | |
| Days in the Statement Period | 28 | |
| Average Ledger | 18,641.30 | |
| Average Collected | 18,641.30 | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/03 | 0902 STORESquare Inc        PPD<br>9424300002        021000025437867 | 48.16 |
| 9/03 | 0902 STORESquare Inc        PPD<br>9424300002        021000025437866 | 23.97 |
| 9/04 | From DDA 1110181268,To DDA 111<br>0234075 | 35,000.00 |
| 9/04 | 0904 STORESquare Inc        PPD<br>9424300002        021000020188554 | 54.26 |
| 9/05 | Wire Transfer Credit<br>STEEL CITY POPS LKY, LLC<br>1021 BARDSTOWN RD<br>LOUISVILLE, KY 402041317 US<br>20190905B1QGC01C006397<br>20190905MMQFMPBY000070<br>09051026FT03 | 20,000.00 |
| 9/05 | Wire Transfer Credit<br>STEEL CITY POPS FWTX, LLC<br>908 CURRIE ST<br>FORT WORTH, TX 761072912 US<br>20190905B1QGC02C007244<br>20190905MMQFMPBY000071<br>09051026FT03 | 15,000.00 |
| 9/05 | Wire Transfer Credit<br>STEEL CITY POPS HTX, LLC | 10,000.00 |

---

**MEMBER FDIC**          **NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

