**Servis1st Bank®**

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING      XXXXXXXXXXXX4075 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---:|
| | 2821 CENTRAL AVE STE 109 | |
| | HOMEWOOD, AL 35209 US | |
| | 20190905B1QGC01C006423 | |
| | 20190905MMQFMPBY000074 | |
| | 09051027FT03 | |
| 9/05 | 0905 STORESquare Inc    PPD | 147.37 |
| | 9424300002     021000027726117 | |
| 9/06 | Wire Transfer Credit | 10,000.00 |
| | STEEL CITY POPS LKY, LLC | |
| | 1021 BARDSTOWN RD | |
| | LOUISVILLE, KY 402041317 US | |
| | 20190906B1QGC03C008888 | |
| | 20190906MMQFMPBY000231 | |
| | 09061414FT03 | |
| 9/06 | 0906 STORESquare Inc    PPD | 20.28 |
| | 9424300002     021000025392745 | |
| 9/09 | 0909 STORESquare Inc    PPD | 47.95 |
| | 9424300002     021000027271122 | |
| 9/09 | 0909 STORESquare Inc    PPD | 23.97 |
| | 9424300002     021000027271121 | |
| 9/10 | From DDA 1110181268,To DDA 111 | 15,000.00 |
| | 0234075 | |
| 9/11 | Wire Transfer Credit | 12,000.00 |
| | STEEL CITY POPS HTX, LLC | |
| | 2821 CENTRAL AVE STE 109 | |
| | HOMEWOOD, AL 35209 US | |
| | 20190911B1QGC03C011461 | |
| | 20190911MMQFMPBY000176 | |
| | 09111327FT03 | |
| 9/11 | Wire Transfer Credit | 10,000.00 |
| | STEEL CITY POPS ATX LLC | |
| | 3001 GUADALUPE ST | |
| | AUSTIN, TX 787052817 US | |
| | 20190911B1QGC03C011465 | |
| | 20190911MMQFMPBY000175 | |
| | 09111327FT03 | |
| 9/11 | 0911 STORESquare Inc    PPD | 9.41 |
| | 9424300002     021000026655446 | |



Date 9/30/19     Page 3
Primary Acct.   XXXXXXXXXXXX4075
Enclosures            19

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING           XXXXXXXXXXXX4075   (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---:|
| 9/12 | Wire Transfer Credit<br>STEEL CITY POPS FWTX, LLC<br>908 CURRIE ST<br>FORT WORTH, TX 761072912 US<br>20190912B1QGC02C006973<br>20190912MMQFMPBY000083<br>09121013FT03 | 15,000.00 |
| 9/12 | 0912 STORESquare Inc    PPD<br>9424300002      021000021009517 | 19.12 |
| 9/16 | 0916 STORESquare Inc    PPD<br>9424300002      021000020312446 | 76.77 |
| 9/16 | 0916 STORESquare Inc    PPD<br>9424300002      021000020312445 | 8.13 |
| 9/17 | Wire Transfer Credit<br>STEEL CITY POPS FWTX, LLC<br>908 CURRIE ST<br>FORT WORTH, TX 761072912 US<br>20190917B1QGC07C007861<br>20190917MMQFMPBY000078<br>09171056FT03 | 10,000.00 |
| 9/17 | Wire Transfer Credit<br>STEEL CITY POPS ATL, LLC<br>312 CHURCH ST<br>DECATUR, GA 300303331 US<br>20190917B1QGC08C004158<br>20190917MMQFMPBY000076<br>09171054FT03 | 5,000.00 |
| 9/17 | Wire Transfer Credit<br>STEEL CITY POPS HTX, LLC<br>2821 CENTRAL AVE STE 109<br>HOMEWOOD, AL 35209 US<br>20190917B1QGC07C007871<br>20190917MMQFMPBY000079<br>09171056FT03 | 5,000.00 |
| 9/17 | 0917 STORESquare Inc    PPD<br>9424300002      021000021249371 | 14.26 |
| 9/19 | Wire Transfer Credit<br>STEEL CITY POPS LKY, LLC | 20,000.00 |

MEMBER FDIC 
Case 19-04687-DSC11    Doc 65-3    Filed 12/13/19    Entered 12/13/19 16:57:06    Desc
Exhibit Exh 3    Page 2 of 12

Servis1st Bank®

Date 9/30/19 Page 4
Primary Acct. XXXXXXXXXXXX4075
Enclosures 19

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075  (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---:|
|  | 1021 BARDSTOWN RD | |
|  | LOUISVILLE, KY 402041317 US | |
|  | 20190919B1QGC01C007504 | |
|  | 20190919MMQFMPBY000098 | |
|  | 09191042FT03 | |
| 9/23 | 0923 STORESquare Inc    PPD | 87.35 |
|  | 9424300002    021000021700302 | |
| 9/25 | 0925 STORESquare Inc    PPD | 23.97 |
|  | 9424300002    021000027405736 | |
| 9/27 | Wire Transfer Credit | 25,000.00 |
|  | STEEL CITY POPS LKY, LLC | |
|  | 1021 BARDSTOWN RD | |
|  | LOUISVILLE KY 40204-1317 US | |
|  | 20190927B1QGC05C005032 | |
|  | 20190927MMQFMPBY000162 | |
|  | 09271114FT03 | |
| 9/30 | 0930 STORESquare Inc    PPD | 93.66 |
|  | 9424300002    021000028430499 | |
| 9/30 | 0930 STORESquare Inc    PPD | 43.09 |
|  | 9424300002    021000028430498 | |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---:|
| 8/30 | PAYROLL    PAYROLL    CCD | 7,500.29- |
|  | 4567090        111000026341421 | |
| 8/30 | PAYROLL    PAYROLL    CCD | 3,595.74- |
|  | 4567090        111000026341420 | |
| 8/30 | PAYROLL    PAYROLL    CCD | 2,265.93- |
|  | 4567090        111000026341419 | |
| 8/30 | PAYROLL    PAYROLL    CCD | 2,243.34- |
|  | 4567090        111000026341418 | |
| 8/30 | PAYROLL    PAYROLL    CCD | 2,035.09- |
|  | 4567090        111000026341417 | |
| 8/30 | PAYROLL    PAYROLL    CCD | 1,698.06- |
|  | 4567090        111000026341416 | |

Servis1st Bank®

Date    9/30/19          Page       5
Primary Acct.    XXXXXXXXXXXX4075
Enclosures                        19

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING              XXXXXXXXXXXX4075   (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 9/03 | DBT CRD 0536 08/30/19 27083007 AT&T*BILL PAYMENT 800-331-0500  TX Card # 1236 | 352.25- |
| 9/03 | DBT CRD 0028 09/02/19 21900015 FORMSTACK, LLC 800-8456697    IN Card # 0613 | 99.00- |
| 9/03 | DBT CRD 2249 09/01/19 24078848 Experian* Credit R 479-3436237    CA Card # 1236 | 24.99- |
| 9/03 | PAYMENT    STEARNS LEASING CCD 001-2121168-001091910451099334 | 4,200.14- |
| 9/03 | AUTH PAYMEUniFi Equipment CCD 187323-0001    072413730000669 | 818.12- |
| 9/04 | DBT CRD 0444 09/02/19 21010602 8X8, INC. 888-898- 888-8988733   CA Card # 0613 | 336.82- |
| 9/04 | DBT CRD 0356 09/03/19 23637506 WWW.GRALEHAUS.COM 5024547075    KY Card # 1236 | 152.34- |
| 9/04 | BMOACHPMT BMO HARRIS BANK CCD 00000000468544707100028353509 | 1,010.90- |
| 9/05 | DBT CRD 1211 09/04/19 23111052 LOVE S COUNTRY0000 COLUMBIA     TN Card # 1236 | 75.38- |
| 9/05 | DBT CRD 1047 09/05/19 20500620 TST* EL TACO LUCHA LOUISVILLE   KY Card # 1236 | 14.38- |
| 9/05 | DBT CRD 1211 09/04/19 29111052 LOVE S COUNTRY0000 | 2.11- |

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING           XXXXXXXXXXXX4075  (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---:|
|       | COLUMBIA     TN  Card # 1236 | |
| 9/05 | USATAXPYMTIRS              CCD  27096489011082206103601001 0915 | 5,030.17- |
| 9/06 | DBT CRD 2256 09/05/19 26855475 SQ *QUILLS COFFEE LOUISVILLE    KY Card # 1236 | 22.25- |
| 9/06 | DBT CRD 1324 09/05/19 27000685 MARATHON PETRO2120 UPTON        KY Card # 1236 | 2.11- |
| 9/06 | From DDA 1110234075,To DDA 111 0181268 | 10,000.00- |
| 9/06 | USATAXPYMTIRS              CCD  27096495460700106103601000 9113 | 7,673.71- |
| 9/06 | USATAXPYMTIRS              CCD  27096492580034306103601001 1652 | 6,242.54- |
| 9/06 | USATAXPYMTIRS              CCD  27096494124920306103601001 0349 | 5,601.26- |
| 9/06 | USATAXPYMTIRS              CCD  27096498293553606103601000 9942 | 5,413.93- |
| 9/06 | USATAXPYMTIRS              CCD  27096490347583906103601001 0780 | 5,308.10- |
| 9/06 | USATAXPYMTIRS              CCD  27096496120347606103601001 1199 | 5,308.08- |
| 9/06 | USATAXPYMTIRS              CCD  27096495015349306103601000 9056 | 1,653.25- |
| 9/06 | APPS_COMMEGOOGLE           WEB  F770493581     091000017382659 | 438.00- |
| 9/09 | DBT CRD 2011 09/05/19 24200193 THORNTONS  0039 VERSAILLES    KY Card # 1236 | 51.44- |
| 9/09 | DBT CRD 1835 09/08/19 29741897 FEDEX 489707821 | 24.71- |

Servis 1st Bank

Date 9/30/19  Page 7
Primary Acct. XXXXXXXXXXXX4075
Enclosures 19

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING                    XXXXXXXXXXXX4075  (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| | MEMPHIS       TN | |
| | Card # 0613 | |
| 9/09 | DBT CRD 2255 09/08/19 25894879 | 11.00- |
| | COMMERCIAL LINK | |
| | 8443333695    MI | |
| | Card # 3802 | |
| 9/09 | HealthEquiHEALTHEQUITY INCPPD | 175.00- |
| | 1522383166      091000016066632 | |
| 9/09 | PAYMENT   NEOPOST INC    WEB | 82.60- |
| | 1465106539      091000013534457 | |
| 9/11 | POS DEB 1231 09/11/19 82244200 | 24.49- |
| | PIGGLY WIG | |
| | 3000 MONTGOMERY HW | |
| | BIRMINGHAM    AL C#1236 | |
| 9/12 | DBT CRD 1756 09/10/19 28100762 | 537.96- |
| | SOUTHWES    526211 | |
| | 800-435-9792  TX | |
| | Card # 1236 | |
| 9/12 | DBT CRD 1756 09/10/19 26100762 | 40.00- |
| | SWA*EARLYBRD526984 | |
| | 800-435-9792  TX | |
| | Card # 1236 | |
| 9/13 | PAYROLL    PAYROLL    CCD | 7,500.29- |
| | 4567090         111000020168298 | |
| 9/13 | PAYROLL    PAYROLL    CCD | 3,595.75- |
| | 4567090         111000020168297 | |
| 9/13 | PAYROLL    PAYROLL    CCD | 2,265.93- |
| | 4567090         111000020168296 | |
| 9/13 | PAYROLL    PAYROLL    CCD | 2,243.33- |
| | 4567090         111000020168295 | |
| 9/13 | PAYROLL    PAYROLL    CCD | 2,035.10- |
| | 4567090         111000020168294 | |
| 9/13 | PAYROLL    PAYROLL    CCD | 1,964.53- |
| | 4567090         111000020168293 | |
| 9/13 | PAYROLL    PAYROLL    CCD | 1,698.05- |
| | 4567090         111000020168292 | |
| 9/13 | PAYROLL    PAYROLL    CCD | 1,689.43- |
| | 4567090         111000020168291 | |



Servis1st Bank®

Date 9/30/19　　　　　Page　　8
Primary Acct.　XXXXXXXXXXXX4075
Enclosures　　　　　　　19

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING　　　　　XXXXXXXXXXXX4075　(Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 9/13 | PAYROLL PAYROLL CCD 4567090　111000020168290 | 1,579.11- |
| 9/16 | DBT CRD 2111 09/14/19 11520900 543 Schedugram SkedSocialSouth Card # 1236 | 216.00- |
| 9/16 | DBT CRD 1902 09/15/19 26741903 FEDEX 490386394 MEMPHIS TN Card # 0613 | 65.80- |
| 9/16 | BILL-PMNTSBIRMINGHAMWTRBD WEB 0000000160　021000029309624 | 58.48- |
| 9/17 | DBT CRD 2308 09/16/19 26717687 SPROUT SOCIAL, INC 866-878-3231 IL Card # 1236 | 550.00- |
| 9/17 | DBT CRD 0327 09/16/19 20720203 PIGGLY WIGGLY 211 BIRMINGHAM AL Card # 8628 | 21.10- |
| 9/17 | DIRECT DBT AL-DEPT OF REVCCD 1362076032062001185995558 | 1,588.41- |
| 9/17 | HealthEquiHEALTHEQUITY INCPPD 1522383166　091000011741693 | 175.00- |
| 9/18 | Wire Transfer Debit THE BANCORP BANK 031101114 405231100 409 SILVERSIDE ROAD WILMINGTON 19809 THE BANCORP BANK 409 SILVERSIDE ROAD WILMINGTON 19809 FOR FURTHER CREDIT TO 17774 AT LEASE PAYMENT STELL CITY POP B LLC DOUG MAGEE | 15,829.79- |

Servis1st Bank®

Date 9/30/19  Page 9
Primary Acct. XXXXXXXXXXXX4075
Enclosures 19

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING                XXXXXXXXXXXX4075  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| | 20190918MMQFMPBY000422 20190918L1LFBL8C000835 09181606FT03 | |
| 9/18 | DBT CRD 1211 09/17/19 27000946 LAKEWOOD SMOKEHOUS DALLAS TX Card # 1236 | 148.32- |
| 9/18 | DBT CRD 2240 09/17/19 23855459 SQ *MUDSMITH GREEN DALLAS TX Card # 1236 | 38.32- |
| 9/18 | DBT CRD 1325 09/17/19 01192041 GOOGLE *Go GOOGLE *Google Sto Mountain View CA C#0613 | 9.99- |
| 9/18 | USATAXPYMTIRS           CCD 270966125595671061036010143075 | 6,612.93- |
| 9/18 | INVOICE # HITACHI CREDIT APPD 1330380629     028000084122393 | 908.44- |
| 9/19 | DBT CRD 0403 09/18/19 21826235 BUDGET RENT-A-CAR DALLAS TX Card # 1236 | 274.16- |
| 9/19 | DBT CRD 1532 09/18/19 18799402 CHEVRON/MOCKINGBIR DALLAS TX Card # 1236 | 39.42- |
| 9/19 | DBT CRD 0414 09/18/19 29837004 BHAM AIRPORT AUTH BIRMINGHAM AL Card # 1236 | 24.00- |
| 9/19 | DBT CRD 1930 09/17/19 26900012 HALCYON GREENVILLE DALLAS TX Card # 1236 | 19.07- |
| 9/19 | DBT CRD 1346 09/18/19 22200788 PEI WEI  0020 | 14.80- |


STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING              XXXXXXXXXXXX4075   (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
|  | IRVING     TX<br>Card # 1236 |  |
| 9/19 | POS DEB 2016 09/18/19 44679800<br>NEWS EAST<br>8008 CEDAR SPRINGS<br>DALLAS    TX C#1236 | 12.42- |
| 9/19 | DBT CRD 2250 09/18/19 27854299<br>SQ *CRAFTWORK COFF<br>FORT WORTH   TX<br>Card # 1236 | 10.50- |
| 9/23 | PAYABLE   ALABAMA GAS CORPWEB<br>1630022000    062000013860636 | 15.79- |
| 9/23 | PAYABLE   ALABAMA GAS CORPWEB<br>1630022000    062000013860802 | 15.79- |
| 9/26 | APC EFT   Alabama Power   PPD<br>1630004250    062000014670009 | 1,098.40- |
| 9/26 | APC EFT   Alabama Power   PPD<br>1630004250    062000014670008 | 1,089.10- |
| 9/27 | From DDA 1110234075,To DDA 111<br>0181268 | 10,000.00- |
| 9/30 | Account Analysis Charge | 20.00- |
| 9/30 | DBT CRD 2028 09/26/19 28200339<br>INTERNATIONAL PLAS<br>864-297-8000   SC<br>Card # 1236 | 53.73- |
| 9/30 | DBT CRD 1430 09/26/19 21900017<br>ETOLL BUDGET<br>800-4820159    NY<br>Card # 1236 | 20.89- |

### CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/04 | 11482 | 4,000.00 | 9/05 | 11517 | 11,338.46 | 9/05 | 11522* | 14,553.70 |
| 9/05 | 11515* | 266.87 | 9/04 | 11518 | 1,500.00 | 9/04 | 11523 | 300.00 |
| 9/16 | 11516 | 5,170.24 | 9/06 | 11519 | 2,862.40 | 9/05 | 11524 | 4,806.00 |

* Indicates Serial Number Out of Sequence





Servis1st Bank

Date 9/30/19  Page 11
Primary Acct. XXXXXXXXXXXX4075
Enclosures 19

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075   (Continued)

### CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/09 | 11525 | 1,870.00 | 9/10 | 11529 | 857.50 | 9/25 | 11534 | 260.00 |
| 9/20 | 11526 | 120.00 | 9/10 | 11530 | 5,000.00 | 9/24 | 11536* | 8,991.00 |
| 9/10 | 11527 | 8,040.04 | 9/11 | 11531 | 3,400.00 | | | |
| 9/12 | 11528 | 923.92 | 9/17 | 11533* | 788.70 | | | |

* Indicates Serial Number Out of Sequence

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/03 | 11,403.46 | 9/12 | 38,774.40 | 9/23 | 21,661.92 |
| 9/04 | 39,157.66 | 9/13 | 14,202.88 | 9/24 | 12,670.92 |
| 9/05 | 48,217.96 | 9/16 | 8,777.26 | 9/25 | 12,434.89 |
| 9/06 | 7,712.61 | 9/17 | 25,668.31 | 9/26 | 10,247.39 |
| 9/09 | 5,569.78 | 9/18 | 2,120.52 | 9/27 | 25,247.39 |
| 9/10 | 6,672.24 | 9/19 | 21,726.15 | 9/30 | 25,289.52 |
| 9/11 | 25,257.16 | 9/20 | 21,606.15 | | |



Check 11482 Amount $4,000.00 Date 9/4/2019

Check 11515 Amount $266.87 Date 9/5/2019

Check 11516 Amount $5,170.24 Date 9/16/2019

Check 11517 Amount $11,338.46 Date 9/5/2019

Check 11518 Amount $1,500.00 Date 9/4/2019

Check 11519 Amount $2,862.40 Date 9/6/2019

Check 11522 Amount $14,553.70 Date 9/5/2019

Check 11523 Amount $300.00 Date 9/4/2019

Check 11524 Amount $4,806.00 Date 9/5/2019

Check 11525 Amount $1,870.00 Date 9/9/2019

Check 11526 Amount $120.00 Date 9/20/2019

Check 11527 Amount $8,040.04 Date 9/10/2019





Check 11528 Amount $923.92 Date 9/12/2019



Check 11529 Amount $857.50 Date 9/10/2019



Check 11530 Amount $5,000.00 Date 9/10/2019



Check 11531 Amount $3,400.00 Date 9/11/2019



Check 11533 Amount $788.70 Date 9/17/2019



Check 11534 Amount $260.00 Date 9/25/2019



Check 11536 Amount $8,991.00 Date 9/24/2019