IN CASE OF ERRORS OR QUESTION ABOUT YOUR ELECTRONIC TRANSFERS, WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT AS SOON AS YOU CAN.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

| CHECKS OUTSTANDING ||
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE
SHOWN ON THIS STATEMENT

$_____

ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT

$_____

TOTAL

$_____

SUBTRACT – (IF ANY) CHECKS OUTSTANDING

$_____

BALANCE

$_____

SHOULD AGREE WITH CHECKBOOK BALANCE

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKBOOK BALANCE
AT STATEMENT DATE

$_____

SUBTRACT - (IF ANY) ACTIVITY CHARGE

$_____

SUBTOTAL

$_____

SUBTRACT – (IF ANY) OTHER BANK CHARGES

$_____

BALANCE

$_____

SHOULD AGREE WITH STATEMENT BALANCE

## IF YOUR ACCOUNT DOES NOT BALANCE
### PLEASE CHECK THE FOLLOWING CAREFULLY

HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK ON YOUR CHECKBOOK REGISTER?

ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED ON CHECKBOOK REGISTER THE SAME AS IN YOUR STATEMENT?

HAVE ALL CHECKS BEEN DEDUCTED FROM YOUR REGISTER?

HAVE YOU DEDUCTED ALL BANK CHARGES FROM YOUR REGISTER?

HAVE YOU CARRIED THE CORRECT BALANCE FORWARD FROM ONE CHECKBOOK TO THE NEXT?

HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS ON YOUR CHECKBOOK REGISTER?

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us (on a separate sheet) at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
☐ Your name and account number.
☐ The dollar amount of the suspected error.
☐ Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay the amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



Servis 1st Bank®

P.O. Box 1508
Birmingham, AL 35209

Date 10/31/19          Page      1
Primary Acct.    XXXXXXXXXXXX4075
Enclosures                        22

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

## CHECKING ACCOUNTS

| BUSINESS CHECKING | | Number of Enclosures | 22 |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX4075 | Statement Dates  10/01/19 thru 10/31/19 | |
| Previous Balance | 25,289.52 | Days in the Statement Period | 31 |
| 28 Deposits/Credits | 165,057.85 | Average Ledger | 18,790.95 |
| 55 Checks/Debits | 177,067.96 | Average Collected | 18,736.68 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 13,279.41 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/01 | Wire Transfer Credit STEEL CITY POPS FWTX, LLC 908 CURRIE ST FORT WORTH TX 76107-2912 US 20191001B1QGC07C023837 20191001MMQFMPBY000232 10011414FT03 | 15,000.00 |
| 10/02 | Wire Transfer Credit STEEL CITY POPS FWTX, LLC 908 CURRIE ST FORT WORTH TX 76107-2912 US 20191002B1QGC08C006253 20191002MMQFMPBY000106 10021152FT03 | 30,000.00 |
| 10/02 | From DDA 1110181268,To DDA 111 0234075 | 10,000.00 |
| 10/02 | Wire Transfer Credit STEEL CITY POPS DTX, LLC 2012 GREENVILLE AVE DALLAS TX 75206-7124 US 20191002B1QGC02C011547 20191002MMQFMPBY000104 10021152FT03 | 10,000.00 |
| 10/02 | Wire Transfer Credit STEEL CITY POPS HTX, LLC | 5,000.00 |





Servis 1st Bank®

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|  | 2821 CENTRAL AVE STE 109 | |
|  | HOMEWOOD AL 35209 US | |
|  | 20191002B1QGC08C006244 | |
|  | 20191002MMQFMPBY000105 | |
|  | 10021152FT03 | |
| 10/02 | 1002 STORESquare Inc        PPD | 34.84 |
|  | 9424300002      021000028376499 | |
| 10/03 | From DDA 1110181268,To DDA 111 | 10,000.00 |
|  | 0234075 | |
| 10/03 | Wire Transfer Credit | 10,000.00 |
|  | STEEL CITY POPS LKY, LLC | |
|  | 1021 BARDSTOWN RD | |
|  | LOUISVILLE KY 40204-1317 US | |
|  | 20191003B1QGC03C004483 | |
|  | 20191003MMQFMPBY000092 | |
|  | 10031103FT03 | |
| 10/07 | Wire Transfer Credit | 15,000.00 |
|  | STEEL CITY POPS LKY, LLC | |
|  | 1021 BARDSTOWN RD | |
|  | LOUISVILLE KY 40204-1317 US | |
|  | 20191007B1QGC02C007357 | |
|  | 20191007MMQFMPBY000144 | |
|  | 10071311FT03 | |
| 10/07 | 1007 STORESquare Inc        PPD | 47.17 |
|  | 9424300002      021000022965277 | |
| 10/07 | 1007 STORESquare Inc        PPD | 23.67 |
|  | 9424300002      021000022965278 | |
| 10/10 | Wire Transfer Credit | 15,000.00 |
|  | STEEL CITY POPS LKY, LLC | |
|  | 1021 BARDSTOWN RD | |
|  | LOUISVILLE KY 40204-1317 US | |
|  | 20191010B1QGC01C011771 | |
|  | 20191010MMQFMPBY000187 | |
|  | 10101357FT03 | |
| 10/10 | 1010 STORESquare Inc        PPD | 14.26 |
|  | 9424300002      021000021578915 | |
| 10/10 | DEPOSIT | 1,682.20 |

MEMBER FDIC

EQUAL HOUSING LENDER



Servis1st Bank®

Date 10/31/19          Page      3
Primary Acct.    XXXXXXXXXXXX4075
Enclosures                       22

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/15 | 1014 STORESquare Inc        PPD<br>9424300002      021000021949725 | 14.26 |
| 10/16 | 1016 STORESquare Inc        PPD<br>9424300002      021000026308819 | 44.55 |
| 10/17 | 1017 STORESquare Inc        PPD<br>9424300002      021000029819480 | 63.37 |
| 10/18 | 1018 STORESquare Inc        PPD<br>9424300002      021000024310825 | 52.50 |
| 10/21 | 1021 STORESquare Inc        PPD<br>9424300002      021000027275144 | 19.12 |
| 10/22 | Wire Transfer Credit<br>STEEL CITY POPS FWTX, LLC<br>908 CURRIE ST<br>FORT WORTH TX 76107-2912 US<br>20191022B1QGC08C002244<br>20191022MMQFMPBY000024<br>10220801FT03 | 25,000.00 |
| 10/22 | Wire Transfer Credit<br>STEEL CITY POPS ATX LLC<br>3001 GUADALUPE ST<br>AUSTIN TX 78705-2817 US<br>20191022B1QGC08C002245<br>20191022MMQFMPBY000023<br>10220801FT03 | 5,000.00 |
| 10/22 | From DDA 1110181268,To DDA 111<br>0234075 | 3,000.00 |
| 10/25 | 1025 STORESquare Inc        PPD<br>9424300002      021000024329475 | 19.12 |
| 10/28 | 1028 STORESquare Inc        PPD<br>9424300002      021000024832919 | 19.12 |
| 10/29 | 1029 STORESquare Inc        PPD<br>9424300002      021000026087796 | 14.26 |
| 10/30 | Wire Transfer Credit<br>STEEL CITY POPS LKY, LLC<br>1021 BARDSTOWN RD<br>LOUISVILLE KY 40204-1317 US | 5,000.00 |

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075   (Continued)

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|---|---|---|
| | 20191030B1QGC01C011161 | |
| | 20191030MMQFMPBY000327 | |
| | 10301552FT03 | |
| 10/30 | Wire Transfer Credit | 5,000.00 |
| | STEEL CITY POPS HTX, LLC | |
| | 2821 CENTRAL AVE STE 109 | |
| | HOMEWOOD AL 35209 US | |
| | 20191030B1QGC01C011195 | |
| | 20191030MMQFMPBY000328 | |
| | 10301552FT03 | |
| 10/31 | 1031 STORESquare Inc        PPD | 9.41 |
| | 9424300002       021000020350435 | |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 9/30 | ACH PMT    AMEX EPAYMENT   CCD | 4,563.00- |
| | A3238          091000015303936 | |
| 9/30 | PAYROLL    PAYROLL         CCD | 1,935.10- |
| | 4567090          11000027375066 | |
| 9/30 | PAYROLL    PAYROLL         CCD | 100.00- |
| | 4567090          11000027375065 | |
| 10/01 | PAYMENT    STEARNS LEASING CCD | 4,200.14- |
| | 001-2121168-001091910451157949 | |
| 10/01 | AUTH PAYMEUniFi Equipment  CCD | 818.12- |
| | 187323-0001     072413730000669 | |
| 10/01 | OCT GP INSTHE GUARDIAN     CCD | 472.60- |
| | 52536300CC20000021000021941939 | |
| 10/02 | DBT CRD 2234 10/01/19 21080417 | 24.99- |
| | Experian* Credit R | |
| | 479-3436237   CA | |
| | Card # 1236 | |
| 10/02 | BMOACHPMT BMO HARRIS BANK CCD | 1,010.90- |
| | 0000000047242320071000287640524 | |
| 10/04 | USATAXPYMTIRS            CCD | 3,049.37- |
| | 270967781271404061036010012072 | |


Servis1st Bank®

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/04 | USATAXPYMTIRS            CCD<br>27096770226186306103601001678 | 1,257.71- |
| 10/07 | APPS_COMMEGOOGLE         WEB<br>F770493581      091000010292442 | 438.00- |
| 10/08 | HealthEquiHEALTHEQUITY INCPPD<br>1522383166      091000012105914 | 175.00- |
| 10/09 | DBT CRD 0827 10/09/19 21263515<br>748 Schedugram Ske<br>dSocialSouth<br>Card # 1236 | 216.00- |
| 10/09 | DBT CRD 2306 10/08/19 29894131<br>COMMERCIAL LINK<br>8443333695      MI<br>Card # 3802 | 11.00- |
| 10/10 | PREMIUM   FLOOD INSURANCE CCD<br>0000           041036048086513 | 1,479.00- |
| 10/11 | DBT CRD 0118 10/10/19 26080944<br>ORC*Cooks Pest Web<br>800-2399898   AL<br>Card # 8628 | 170.00- |
| 10/15 | PAYROLL    PAYROLL       CCD<br>4567090      111000023793180 | 1,935.10- |
| 10/15 | PAYROLL    PAYROLL       CCD<br>4567090      111000023793179 | 100.00- |
| 10/17 | DBT CRD 2254 10/16/19 28719650<br>SPROUT SOCIAL, INC<br>866-878-3231  IL<br>Card # 1236 | 550.00- |
| 10/17 | BILL-PMNTSBIRMINGHAMWTRBD WEB<br>0000000160      021000020936678 | 49.10- |
| 10/18 | USATAXPYMTIRS            CCD<br>27096916048536206103601005950 | 5,200.80- |
| 10/18 | USATAXPYMTIRS            CCD<br>27096918133015106103601006859 | 4,936.66- |
| 10/18 | USATAXPYMTIRS            CCD<br>27096911077506006103601007063 | 3,049.39- |
| 10/18 | USATAXPYMTIRS            CCD<br>27096914261019806103601006566 | 1,517.80- |




STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING                XXXXXXXXXXXX4075   (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/18 | INVOICE # HITACHI CREDIT APPD 1330380629    028000080879946 | 908.44- |
| 10/21 | PAYABLE    ALABAMA GAS CORPWEB 1630022000    062000012628695 | 15.79- |
| 10/21 | PAYABLE    ALABAMA GAS CORPWEB 1630022000    062000012628924 | 15.79- |
| 10/21 | Overdraft-Paid Item Fee | 35.00- |
| 10/21 | Overdraft-Paid Item Fee | 35.00- |
| 10/28 | APC EFT   Alabama Power    PPD 1630004250    062000015674186 | 1,016.59- |
| 10/29 | ACH PMT   AMEX EPAYMENT    CCD A4100        091000017426000 | 4,563.00- |
| 10/30 | From DDA 1110234075,To DDA 111 0181268 | 5,000.00- |
| 10/30 | PAYROLL    PAYROLL        CCD 4567090        111000028703112 | 1,935.09- |
| 10/30 | PAYROLL    PAYROLL        CCD 4567090        111000028703111 | 100.00- |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 10/01 | 11537 | 3,595.75 | 10/04 | 11544 | 2,862.40 | 10/16 | 11551 | 120.00 |
| 10/01 | 11538 | 7,500.29 | 10/07 | 11545 | 1,870.00 | 10/21 | 11552 | 3,595.74 |
| 10/02 | 11539 | 5,139.90 | 10/03 | 11546 | 60,000.00 | 10/21 | 11553 | 7,500.29 |
| 10/03 | 11540 | 300.00 | 10/11 | 11547 | 1,486.70 | 10/24 | 11554 | 313.00 |
| 10/02 | 11541 | 1,487.00 | 10/11 | 11548 | 8,104.26 | 10/24 | 11555 | 8,333.33 |
| 10/03 | 11542 | 365.97 | 10/10 | 11549 | 11,363.00 | 10/30 | 11560* | 269.00 |
| 10/02 | 11543 | 90.00 | 10/10 | 11550 | 1,806.85 | 10/30 | 11563* | 80.00 |

* Indicates Serial Number Out of Sequence

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 17,104.52 | 10/03 | 23,720.60 | 10/07 | 29,313.96 |
| 10/02 | 64,386.57 | 10/04 | 16,551.12 | 10/08 | 29,138.96 |

**MEMBER FDIC**





STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING                XXXXXXXXXXXX4075   (Continued)

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/09 | 28,911.96 | 10/17 | 18,566.59 | 10/25 | 16,200.30 |
| 10/10 | 30,959.57 | 10/18 | 3,006.00 | 10/28 | 15,202.83 |
| 10/11 | 21,198.61 | 10/21 | 8,172.49- | 10/29 | 10,654.09 |
| 10/15 | 19,177.77 | 10/22 | 24,827.51 | 10/30 | 13,270.00 |
| 10/16 | 19,102.32 | 10/24 | 16,181.18 | 10/31 | 13,279.41 |

**MEMBER FDIC**


Servis1st Bank®

---



Amount $1,682.20 Date 10/10/2019

Check 11537 Amount $3,595.75 Date 10/1/2019

Check 11538 Amount $7,500.29 Date 10/1/2019


Check 11539 Amount $5,139.90 Date 10/2/2019

Check 11540 Amount $300.00 Date 10/3/2019

Check 11541 Amount $1,487.00 Date 10/2/2019

Check 11542 Amount $365.97 Date 10/3/2019

Check 11543 Amount $90.00 Date 10/2/2019


Check 11544 Amount $2,862.40 Date 10/4/2019

Check 11545 Amount $1,870.00 Date 10/7/2019


Check 11546 Amount $60,000.00 Date 10/3/2019

Check 11547 Amount $1,486.70 Date 10/11/2019


Servis1st Bank®



Check 11548 Amount $8,104.26 Date 10/11/2019

Check 11549 Amount $11,363.00 Date 10/10/2019



Check 11550 Amount $1,806.85 Date 10/10/2019

Check 11551 Amount $120.00 Date 10/16/2019





Check 11552 Amount $3,595.74 Date 10/21/2019

Check 11553 Amount $7,500.29 Date 10/21/2019





Check 11554 Amount $313.00 Date 10/24/2019

Check 11555 Amount $8,333.33 Date 10/24/2019



Check 11560 Amount $269.00 Date 10/30/2019

Check 11563 Amount $80.00 Date 10/30/2019

IN CASE OF ERRORS OR QUESTION ABOUT YOUR ELECTRONIC TRANSFERS, WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT AS SOON AS YOU CAN.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1)  Tell us your name and account number.
    (2)  Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
    (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

| | CHECKS OUTSTANDING | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE
SHOWN ON THIS STATEMENT

$_____

ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT

$_____

TOTAL

$_____

SUBTRACT – (IF ANY) CHECKS OUTSTANDING

$_____

BALANCE

$_____

SHOULD AGREE WITH CHECKBOOK BALANCE

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKBOOK BALANCE
AT STATEMENT DATE

$_____

SUBTRACT - (IF ANY) ACTIVITY CHARGE

$_____

SUBTOTAL

$_____

SUBTRACT – (IF ANY) OTHER BANK CHARGES

$_____

BALANCE

$_____

SHOULD AGREE WITH STATEMENT BALANCE

## IF YOUR ACCOUNT DOES NOT BALANCE
PLEASE CHECK THE FOLLOWING CAREFULLY

HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK ON YOUR CHECKBOOK REGISTER?

ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED ON CHECKBOOK REGISTER THE SAME AS IN YOUR STATEMENT?

HAVE ALL CHECKS BEEN DEDUCTED FROM YOUR REGISTER?

HAVE YOU DEDUCTED ALL BANK CHARGES FROM YOUR REGISTER?

HAVE YOU CARRIED THE CORRECT BALANCE FORWARD FROM ONE CHECKBOOK TO THE NEXT?

HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS ON YOUR CHECKBOOK REGISTER?

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us (on a separate sheet) at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
    ☐  Your name and account number.
    ☐  The dollar amount of the suspected error.
    ☐  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay the amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



Servis1st Bank®

P.O. Box 1508
Birmingham, AL 35209

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

## C H E C K I N G   A C C O U N T S

| BUSINESS CHECKING | | | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX4075 | Number of Enclosures | 15 |
| Previous Balance | 13,279.41 | Statement Dates  11/01/19 thru 12/01/19 | |
| 17 Deposits/Credits | 73,113.07 | Days in the Statement Period | 31 |
| 45 Checks/Debits | 58,386.67 | Average Ledger | 18,706.77 |
| Service Charge | .00 | Average Collected | 18,706.77 |
| Interest Paid | .00 | | |
| Current Balance | 28,005.81 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/05 | From DDA 1110181268,To DDA 111 0234075 | 12,000.00 |
| 11/05 | Wire Transfer Credit<br>STEEL CITY POPS ATX LLC<br>3001 GUADALUPE ST<br>AUSTIN TX 78705-2817 US<br>20191105B1QGC05C007988<br>20191105MMQFMPBY000115<br>11051152FT03 | 2,000.00 |
| 11/05 | Wire Transfer Credit<br>STEEL CITY POPS ATX LLC<br>3001 GUADALUPE ST<br>AUSTIN TX 78705-2817 US<br>20191105B1QGC07C011150<br>20191105MMQFMPBY000117<br>11051152FT03 | 2,000.00 |
| 11/05 | Wire Transfer Credit<br>STEEL CITY POPS ATL, LLC<br>312 CHURCH ST<br>DECATUR GA 30030-3331 US<br>20191105B1QGC05C008009<br>20191105MMQFMPBY000116<br>11051152FT03 | 1,000.00 |
| 11/05 | 1105 STORESquare Inc      PPD<br>9424300002      021000027096358 | 44.55 |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION


EQUAL HOUSING LENDER