
Servis1st Bank

Date 11/29/19　　Page　　2
Primary Acct.　XXXXXXXXXXXX4075
Enclosures　　　　　　　　15

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING　　　　　　XXXXXXXXXXXX4075　(Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---:|
| 11/07 | Wire Transfer Credit<br>STEEL CITY POPS LKY, LLC<br>1021 BARDSTOWN RD<br>LOUISVILLE KY 40204-1317 US<br>20191107B1QGC02C004452<br>20191107MMQFMPBY000142<br>11071233FT03 | 5,000.00 |
| 11/07 | 1107 STORESquare Inc　　PPD<br>9424300002　　021000029601420 | 25.43 |
| 11/15 | Wire Transfer Credit<br>STEEL CITY POPS ATL, LLC<br>312 CHURCH ST<br>DECATUR GA 30030-3331 US<br>20191115B1QGC03C015934<br>20191115MMQFMPBY000331<br>11151607FT03 | 11,000.00 |
| 11/15 | Wire Transfer Credit<br>STEEL CITY POPS LKY, LLC<br>1021 BARDSTOWN RD<br>LOUISVILLE KY 40204-1317 US<br>20191115B1QGC07C009642<br>20191115MMQFMPBY000333<br>11151609FT03 | 4,000.00 |
| 11/15 | Wire Transfer Credit<br>STEEL CITY POPS SATX, LLC<br>2821 CENTRAL AVE STE 109<br>HOMEWOOD AL 35209-2503 US<br>20191115B1QGC03C016007<br>20191115MMQFMPBY000335<br>11151610FT03 | 4,000.00 |
| 11/20 | Wire Transfer Credit<br>STEEL CITY POPS DTX, LLC<br>2012 GREENVILLE AVE<br>DALLAS TX 75206-7124 US<br>20191120B1QGC05C016219<br>20191120MMQFMPBY000135<br>11201252FT03 | 17,000.00 |



Servis 1st Bank®

Date 11/29/19    Page 3
Primary Acct.   XXXXXXXXXXXX4075
Enclosures           15

STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING      XXXXXXXXXXXX4075 (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/21 | 1121 STORESquare Inc    PPD 9424300002    021000026717386 | 23.97 |
| 11/25 | Wire Transfer Credit STEEL CITY POPS LKY, LLC 1021 BARDSTOWN RD LOUISVILLE KY 40204-1317 US 20191125B1QGC08C005001 20191125MMQFMPBY000040 11250856FT03 | 2,000.00 |
| 11/25 | Wire Transfer Credit STEEL CITY POPS FWTX, LLC 908 CURRIE ST FORT WORTH TX 76107-2912 US 20191125B1QGC05C003023 20191125MMQFMPBY000039 11250856FT03 | 1,500.00 |
| 11/25 | Wire Transfer Credit STEEL CITY POPS DTX, LLC 2012 GREENVILLE AVE DALLAS TX 75206-7124 US 20191125B1QGC08C005005 20191125MMQFMPBY000041 11250856FT03 | 1,500.00 |
| 11/25 | 1125 STORESquare Inc    PPD 9424300002    021000022179169 | 19.12 |
| 11/27 | Telephone transfer credit from Acct No. XXXXXXXXXXXX1268-D | 10,000.00 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 11/01 | PAYMENT    STEARNS LEASING CCD 001-2121168-001091910451223558 | 4,200.14- |
| 11/01 | AUTH PAYMEUniFi Equipment CCD 187323-0001    072413730000426 | 818.12- |
| 11/04 | DBT CRD 0647 11/01/19 24366545 Experian* C | 24.99- |

MEMBER FDIC


EQUAL HOUSING LENDER

Servis1st Bank®  
Date 11/29/19     Page 4  
Primary Acct.    XXXXXXXXXXXX4075  
Enclosures          15

STEEL CITY POPS HOLDING LLC  
2821 CENTRAL AVENUE SUITE 109  
BIRMINGHAM AL 35209

BUSINESS CHECKING          XXXXXXXXXXXX4075   (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| | 479-3436237    CA C#1236 | |
| 11/04 | DBT CRD 1141 11/01/19 00941919<br>USPS CHANGE<br>800-238-3150   TN C#3802 | 1.05- |
| 11/04 | DBT CRD 1148 11/01/19 05083551<br>USPS CHANGE<br>800-238-3150   TN C#3802 | 1.05- |
| 11/04 | DIRECT DBT   AL-DEPT OF REV CCD<br>     19642576640620011814296 10 | 2,541.19- |
| 11/04 | BMOACHPMT BMO HARRIS BANK CCD<br>00000000476345907100028644 1686 | 1,010.90- |
| 11/04 | 1104 STORESquare Inc      WEB<br>9424300002      021000020752891 | 14.26- |
| 11/05 | 8X8 INC   8X8 INC      PPD<br>3770142404      091000010049641 | 349.43- |
| 11/05 | HealthEquiHEALTHEQUITY INCPPD<br>1522383166      091000014945861 | 175.00- |
| 11/06 | USATAXPYMTIRS          CCD<br>27097107543075406103601001 2530 | 3,049.39- |
| 11/06 | APPS_COMMEGOOGLE      WEB<br>F770493581      091000014651040 | 438.00- |
| 11/06 | PAYMENT   NEOPOST INC    WEB<br>1465106539      091000014724093 | 82.60- |
| 11/08 | DBT CRD 1447 11/07/19 48321088<br>USPS CHANGE<br>800-238-3150   TN C#3802 | 1.05- |
| 11/08 | DBT CRD 1453 11/07/19 52381942<br>USPS CHANGE<br>800-238-3150   TN C#3802 | 1.05- |
| 11/08 | DBT CRD 1456 11/07/19 53860738<br>USPS CHANGE<br>800-238-3150   TN C#3802 | 1.05- |
| 11/12 | DBT CRD 1527 11/09/19 72241150<br>319 Schedug<br>dSocialSouth   AU C#1236 | 216.00- |
| 11/12 | DBT CRD 0922 11/08/19 53687101<br>COMMERCIAL | 11.00- |

MEMBER FDIC     EQUAL HOUSING LENDER  
Case 19-04687-DSC11    Doc 65-5    Filed 12/13/19    Entered 12/13/19 16:57:06    Desc  
Exhibit Exh 5    Page 3 of 12



STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING                XXXXXXXXXXXX4075   (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| | 844-333-3695  MI C#3802 | |
| 11/15 | BILL-PMNTSBIRMINGHAMWTRBD WEB<br>0000000160      021000022756617 | 59.42- |
| 11/18 | DBT CRD 1022 11/16/19 89239425<br>SPROUT SOCI<br>866-878-3231  IL C#1236 | 550.00- |
| 11/19 | INVOICE # HITACHI CREDIT APPD<br>1330380629      028000081618815 | 908.44- |
| 11/20 | CHECK CHGSMAIN STREET CHKSPPD<br>1631201384      062006500000794 | 101.60- |
| 11/21 | USATAXPYMTIRS                CCD<br>270972594580252061036010014184 | 3,049.37- |
| 11/22 | DIRECT DBT  AL-DEPT OF REVCCD<br>         222015872062001186708468 | 1,621.38- |
| 11/25 | DBT CRD 1457 11/25/19 54597307<br>SPIRE BILL<br>800-292-4008  AL C#8628 | 21.37- |
| 11/25 | DBT CRD 1459 11/25/19 55534487<br>SPIRE BILL<br>800-292-4008  AL C#8628 | 15.80- |
| 11/25 | APC EFT   Alabama Power    PPD<br>1630004250      062000019308414 | 900.08- |
| 11/25 | APC EFT   Alabama Power    PPD<br>1630004250      062000019308413 | 686.43- |
| 11/26 | DBT CRD 1005 11/25/19 79242983<br>EIG*BLUEHOS<br>888-4014678   UT C#3802 | 17.99- |
| 11/27 | USATAXPYMTIRS                CCD<br>270973152312587061036010002543 | 507.36- |

### CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/01 | 11557 | 600.00 | 11/04 | 11561* | 100.00 | 11/18 | 11565 | 3,595.79 |
| 11/04 | 11558 | 88.00 | 11/05 | 11562 | 443.56 | 11/08 | 11566 | 6,236.33 |
| 11/01 | 11559 | 581.17 | 11/18 | 11564* | 7,500.29 | 11/14 | 11567 | 656.14 |

* Indicates Serial Number Out of Sequence

MEMBER FDIC

EQUAL HOUSING LENDER



STEEL CITY POPS HOLDING LLC
2821 CENTRAL AVENUE SUITE 109
BIRMINGHAM AL 35209

BUSINESS CHECKING　　　　　　XXXXXXXXXXXX4075　(Continued)

### CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/18 | 11568 | 2,862.40 | 11/18 | 11572* | 2,035.10 | 11/18 | 11574 | 3,739.84 |
| 11/25 | 11570* | 4,896.02 | 11/18 | 11573 | 3,595.75 | 11/26 | 11577* | 80.77 |

* Indicates Serial Number Out of Sequence

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 7,079.98 | 11/12 | 14,364.06 | 11/21 | 21,733.89 |
| 11/04 | 3,298.54 | 11/14 | 13,707.92 | 11/22 | 20,112.51 |
| 11/05 | 19,375.10 | 11/15 | 32,648.50 | 11/25 | 18,611.93 |
| 11/06 | 15,805.11 | 11/18 | 8,769.33 | 11/26 | 18,513.17 |
| 11/07 | 20,830.54 | 11/19 | 7,860.89 | 11/27 | 28,005.81 |
| 11/08 | 14,591.06 | 11/20 | 24,759.29 | | |

Servis1st Bank

Check 11557 Amount $600.00 Date 11/1/2019
Check 11558 Amount $88.00 Date 11/4/2019
Check 11559 Amount $581.17 Date 11/1/2019
Check 11561 Amount $100.00 Date 11/4/2019
Check 11562 Amount $443.56 Date 11/5/2019
Check 11564 Amount $7,500.29 Date 11/18/2019
Check 11565 Amount $3,595.79 Date 11/18/2019
Check 11566 Amount $6,236.33 Date 11/8/2019
Check 11567 Amount $656.14 Date 11/14/2019
Check 11568 Amount $2,862.40 Date 11/18/2019
Check 11570 Amount $4,896.02 Date 11/25/2019
Check 11572 Amount $2,035.10 Date 11/18/2019



Check 11573 Amount $3,595.75 Date 11/18/2019

Check 11574 Amount $3,739.84 Date 11/18/2019

Check 11577 Amount $80.77 Date 11/26/2019

IN CASE OF ERRORS OR QUESTION ABOUT YOUR ELECTRONIC TRANSFERS, WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT AS SOON AS YOU CAN.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1)   Tell us your name and account number.
    (2)   Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
    (3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if the transfer involved a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

| THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT | CHECKS OUTSTANDING || THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT |
| --- | --- | --- | --- |
| | NO. | AMOUNT | |
| BANK BALANCE SHOWN ON THIS STATEMENT $_____ | | | CHECKBOOK BALANCE AT STATEMENT DATE $_____ |
| ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT $_____ | | | SUBTRACT - (IF ANY) ACTIVITY CHARGE $_____ |
| TOTAL $_____ | | | SUBTOTAL $_____ |
| SUBTRACT – (IF ANY) CHECKS OUTSTANDING $_____ | | | SUBTRACT – (IF ANY) OTHER BANK CHARGES $_____ |
| BALANCE $_____ SHOULD AGREE WITH CHECKBOOK BALANCE | | | BALANCE $_____ SHOULD AGREE WITH STATEMENT BALANCE |
| | TOTAL | | |

## IF YOUR ACCOUNT DOES NOT BALANCE
### PLEASE CHECK THE FOLLOWING CAREFULLY

HAVE YOU CORRECTLY ENTERED THE AMOUNT OF EACH CHECK ON YOUR CHECKBOOK REGISTER?

ARE THE AMOUNTS OF YOUR DEPOSITS ENTERED ON CHECKBOOK REGISTER THE SAME AS IN YOUR STATEMENT?

HAVE ALL CHECKS BEEN DEDUCTED FROM YOUR REGISTER?

HAVE YOU DEDUCTED ALL BANK CHARGES FROM YOUR REGISTER?

HAVE YOU CARRIED THE CORRECT BALANCE FORWARD FROM ONE CHECKBOOK TO THE NEXT?

HAVE YOU CHECKED ALL ADDITIONS AND SUBTRACTIONS ON YOUR CHECKBOOK REGISTER?

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us (on a separate sheet) at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay the amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# STATEMENT OF FINANCIAL AFFAIRS

# ITEM 4

## PAYMENTS OR OTHER TRANSFERS OF PROPERTY MADE WITHIN 1 YEAR BEFORE FILING THIS CASE THAT BENEFITED ANY INSIDER

# STATEMENT OF FINANCIAL AFFAIRS

# ITEM 30

# PAYMENTS, DISTRIBUTIONS, OR WITHDRAWALS CREDITED OF GIVEN TO INSIDERS

**Steel City Pops Holding LLC**

**James Watkins**

**Nov 14, 2018 - Nov 14, 2019**

| | TOTAL AMOUNT | Nov 15 2018 | Nov 30 2018 | Dec 14 2018 | Dec 28 2018 | Jan 15 2019 | Jan 30 2019 | Feb 15 2019 | Feb 28 2019 | Mar 15 2019 | Mar 29 2019 | Apr 15 2019 | Apr 30 2019 | May 15 2019 | May 30 2019 | Jun 14 2019 | Jun 28 2019 | Jun 28 2019 | Jul 15 2019 | Jul 30 2019 | Aug 30 2019 | Sep 13 2019 | Sep 16 2019 | Sep 30 2019 | Oct 15 2019 | Oct 30 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EMPLOYEES WAGES, TAXES & ADJUSTMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gross Pay | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sal | $120,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Reimbursement Distribution | $127,625.20 | $2,062.50 | $2,062.50 | $2,062.50 | $7,062.50 | | $7,062.50 | $7,062.50 | $7,062.50 | $7,062.50 | $7,062.50 | $7,062.50 | $2,062.50 | $12,062.50 | $7,062.50 | $7,062.50 | | $7,062.50 | $7,062.50 | $7,062.50 | $3,760.45 | $3,760.45 | $3,760.45 | $3,760.45 | $3,760.45 | $3,760.45 |
| Total Gross Pay | $247,625.20 | $7,062.50 | $7,062.50 | $7,062.50 | $12,062.50 | $5,000.00 | $12,062.50 | $12,062.50 | $12,062.50 | $12,062.50 | $12,062.50 | $12,062.50 | $7,062.50 | $17,062.50 | $12,062.50 | $12,062.50 | $5,000.00 | $7,062.50 | $12,062.50 | $12,062.50 | $8,760.45 | $8,760.45 | $8,760.45 | $8,760.45 | $8,760.45 | $8,760.45 |
| Deductions from Gross Pay | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Deductions from Gross Pay | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Adjusted Gross Pay | $247,625.20 | $7,062.50 | $7,062.50 | $7,062.50 | $12,062.50 | $5,000.00 | $12,062.50 | $12,062.50 | $12,062.50 | $12,062.50 | $12,062.50 | $12,062.50 | $7,062.50 | $17,062.50 | $12,062.50 | $12,062.50 | $5,000.00 | $7,062.50 | $12,062.50 | $12,062.50 | $8,760.45 | $8,760.45 | $8,760.45 | $8,760.45 | $8,760.45 | $8,760.45 |
| Taxes Withheld | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FIT | ($2,956.26) | | | | | | | | | | | | | | | | | | | | ($492.71) | ($492.71) | ($492.71) | ($492.71) | ($492.71) | ($492.71) |
| SS | ($7,440.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) |
| Med | ($1,740.00) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) |
| AL PIT | ($5,549.70) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | ($180.00) | | ($180.00) | ($180.00) | ($384.95) | ($384.95) | ($384.95) | ($384.95) | ($384.95) | ($384.95) |
| Total Taxes Withheld | ($17,685.96) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | ($562.50) | | ($562.50) | ($562.50) | ($1,260.16) | ($1,260.16) | ($1,260.16) | ($1,260.16) | ($1,260.16) | ($1,260.16) |
| Deductions from Net Pay | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Deductions from Net Pay | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NET PAY | $229,939.24 | $6,500.00 | $6,500.00 | $6,500.00 | $11,500.00 | $4,437.50 | $11,500.00 | $11,500.00 | $11,500.00 | $11,500.00 | $11,500.00 | $11,500.00 | $6,500.00 | $16,500.00 | $11,500.00 | $11,500.00 | $4,437.50 | $7,062.50 | $11,500.00 | $11,500.00 | $7,500.29 | $7,500.29 | $7,500.29 | $7,500.29 | $7,500.29 | $7,500.29 |
| **EMPLOYER TAXES & CONTRIBUTIONS** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FUTA | ($42.00) | | | | | ($30.00) | ($12.00) | | | | | | | | | | | | | | | | | | | |
| SS | ($7,440.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) | ($310.00) |
| Med | ($1,740.00) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) | ($72.50) |
| AL SUI | ($47.20) | | | | | ($29.50) | ($17.70) | | | | | | | | | | | | | | | | | | | |
| AL Emp Sec | ($4.80) | | | | | ($3.00) | ($1.80) | | | | | | | | | | | | | | | | | | | |
| Total Employer Taxes and Contributions | ($9,274.00) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($445.00) | ($414.00) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($382.50) | ($382.50) |

# Steel City Pops Holding LLC
## Transaction Report
### November 14, 2018 - November 14, 2019

**Distributions**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | |
| 11/16/2018 | Expense | | Alabama | COSTCO WHSE 0362 POS DEB 1430 11/15/18 15488157 | 3005 Distributions | 1001 Servis Checking | -163.39 |
| 11/20/2018 | Expense | | | ATM W/D 1448 11/19/18 04475615 Wells Farg | 3005 Distributions | 1001 Servis Checking | -103.00 |
| 11/21/2018 | Check | 11250 | Noblebank & Trust | | 3005 Distributions | 1001 Servis Checking | -4,723.31 |
| 11/21/2018 | Journal Entry | cash request | | cash from deposit | 3005 Distributions | -Split- | -1,617.00 |
| 11/21/2018 | Expense | | | ATM W/D 1451 11/20/18 04413791 Wells Farg | 3005 Distributions | 1001 Servis Checking | -303.00 |
| 11/27/2018 | Expense | | | TAX COLL. JEFFERSON COUNTYWEB 92329005AP 242071755929186 | 3005 Distributions | 1001 Servis Checking | -946.95 |
| 11/28/2018 | Expense | | | TENNIS WAREHOUSE, DBT CRD 0449 11/27/18 26207388 | 3005 Distributions | 1001 Servis Checking | -201.59 |
| 11/28/2018 | Expense | | | ARTIFACTUPRISING.C DBT CRD 0013 11/27/18 25719138 | 3005 Distributions | 1001 Servis Checking | -87.99 |
| 11/28/2018 | Expense | | | UNCOMMONGOODS DBT CRD 0119 11/27/18 20200174 | 3005 Distributions | 1001 Servis Checking | -59.33 |
| 11/28/2018 | Expense | | | ARTIFACTUPRISING.C DBT CRD 0441 11/28/18 26715151 | 3005 Distributions | 1001 Servis Checking | -32.99 |
| 11/29/2018 | Expense | | | SUGARBOO & CO SBC DBT CRD 0106 11/28/18 22207260 | 3005 Distributions | 1001 Servis Checking | -218.00 |
| 11/29/2018 | Expense | | | 2CO.COM*M4VGEAR.CO DBT CRD 2337 11/28/18 75847578 | 3005 Distributions | 1001 Servis Checking | -48.55 |
| 11/30/2018 | Journal Entry | 3nd qtr interest paym | | Distribution paid through payroll | 3005 Distributions | -Split- | -2,062.50 |
| 11/30/2018 | Journal Entry | 4nd qtr interest paym | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 11/30/2018 | Expense | | | AT&T*BILL PAYMENT DBT CRD 0357 11/29/18 21083002 | 3005 Distributions | 1001 Servis Checking | -331.78 |
| 12/03/2018 | Expense | | | ARTIFACTUPRISING.C DBT CRD 0009 11/30/18 27719291 | 3005 Distributions | 1001 Servis Checking | -32.99 |
| 12/06/2018 | Expense | | | WHITE S MERCANTILE DBT CRD 0235 12/05/18 20900013 | 3005 Distributions | 1001 Servis Checking | -244.00 |
| 12/10/2018 | Expense | | | REI.COM DBT CRD 0949 12/10/18 24100729 | 3005 Distributions | 1001 Servis Checking | -675.99 |
| 12/10/2018 | Expense | | | army navy travel BHAM AIRPORT AUTH DBT CRD 0425 12/09/18 28837001 | 3005 Distributions | 1001 Servis Checking | -29.00 |
| 12/11/2018 | Expense | | | BESTBUYCOM80559529 DBT CRD 0319 12/10/18 27503782 | 3005 Distributions | 1001 Servis Checking | -164.99 |
| 12/11/2018 | Expense | | ETSY | Etsy.com DBT CRD 1711 12/10/18 28305894 | 3005 Distributions | 1001 Servis Checking | -54.66 |
| 12/11/2018 | Expense | | | PAYPAL *SHEREADSTR DBT CRD 0329 12/10/18 28894548 | 3005 Distributions | 1001 Servis Checking | -50.00 |
| 12/11/2018 | Expense | | | NIKIS WEST DBT CRD 0947 12/10/18 29500785 | 3005 Distributions | 1001 Servis Checking | -22.88 |
| 12/11/2018 | Expense | | | PAYPAL *RIFLE PAPE DBT CRD 0329 12/10/18 26894548 | 3005 Distributions | 1001 Servis Checking | -7.00 |
| 12/12/2018 | Expense | | | MATS N MORE DBT CRD 0325 12/11/18 22894594 | 3005 Distributions | 1001 Servis Checking | -133.13 |
| 12/12/2018 | Expense | | | ARTIFACTUPRISING.C DBT CRD 2241 12/11/18 24715983 | 3005 Distributions | 1001 Servis Checking | -110.99 |
| 12/12/2018 | Expense | | Publix | PUBLIX POS DEB 1729 12/11/18 0047773 | 3005 Distributions | 1001 Servis Checking | -88.28 |
| 12/12/2018 | Expense | | | BESTBUYCOM80559519 DBT CRD 0323 12/11/18 28503791 | 3005 Distributions | 1001 Servis Checking | -41.99 |
| 12/12/2018 | Expense | | | HELENA FAMILY PHAR DBT CRD 1341 12/11/18 20001620 | 3005 Distributions | 1001 Servis Checking | -25.00 |
| 12/12/2018 | Expense | | ETSY | Etsy.com - TheKits DBT CRD 2259 12/12/18 20000399 | 3005 Distributions | 1001 Servis Checking | -12.00 |
| 12/13/2018 | Bill | | Noblebank & Trust | jim's nov and dec heloc payment | 3005 Distributions | 2000 Accounts Payable | -10,124.29 |
| 12/13/2018 | Expense | | | SP * MAGNOLIA MARK DBT CRD 0441 12/11/18 22637523 | 3005 Distributions | 1001 Servis Checking | -100.44 |
| 12/13/2018 | Expense | | | JOHNNY S DBT CRD 0433 12/12/18 27091709 | 3005 Distributions | 1001 Servis Checking | -14.28 |
| 12/13/2018 | Expense | | | BIRMINGHAM - SWEET DBT CRD 0453 12/12/18 23105002 | 3005 Distributions | 1001 Servis Checking | -6.70 |
| 12/14/2018 | Expense | | | CAVEAT COFFEE LLC DBT CRD 2309 12/12/18 25643473 | 3005 Distributions | 1001 Servis Checking | -6.40 |