| Date | Type | Num | Name | Memo | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 12/15/2018 | Journal Entry | 9nd qtr interest paym | | Distribution reclass | 3005 Distributions | -Split- | -2,062.50 |
| 12/17/2018 | Expense | | UPS | THE UPS ST POS DEB 1741 12/14/18 17195233 | 3005 Distributions | 1001 Servis Checking | -322.63 |
| 12/17/2018 | Expense | | Little Donkey | LITTLE DONKEY 001 DBT CRD 0325 12/14/18 23001982 | 3005 Distributions | 1001 Servis Checking | -18.40 |
| 12/17/2018 | Expense | | | BIRMINGHAM - SWEET DBT CRD 0425 12/14/18 22105003 | 3005 Distributions | 1001 Servis Checking | -6.70 |
| 12/18/2018 | Expense | | Publix | PUBLIX POS DEB 1657 12/17/18 0076401 | 3005 Distributions | 1001 Servis Checking | -158.96 |
| 12/18/2018 | Expense | | | SLICE STONE PIZZA DBT CRD 0939 12/17/18 25500746 | 3005 Distributions | 1001 Servis Checking | -119.05 |
| 12/18/2018 | Expense | | | NIKIS WEST DBT CRD 0503 12/17/18 26001514 | 3005 Distributions | 1001 Servis Checking | -38.98 |
| 12/21/2018 | Expense | | | ATM W/D 0810 12/21/18 22376755 Wells Farg | 3005 Distributions | 1001 Servis Checking | -303.00 |
| 12/21/2018 | Expense | | | BIRMINGHAM - SWEET DBT CRD 0429 12/20/18 26105003 | 3005 Distributions | 1001 Servis Checking | -9.67 |
| 12/24/2018 | Expense | | Publix | PUBLIX POS DEB 0841 12/23/18 0021214 | 3005 Distributions | 1001 Servis Checking | -176.56 |
| 12/24/2018 | Expense | | | WAL-MART POS DEB 1022 12/24/18 24101400 | 3005 Distributions | 1001 Servis Checking | -104.70 |
| 12/24/2018 | Expense | | | WINN-DIXIE GROCE 5 POS DEB 0903 12/23/18 15552386 | 3005 Distributions | 1001 Servis Checking | -89.70 |
| 12/24/2018 | Expense | | | WAL Wal-Ma POS DEB 2227 12/23/18 81509475 | 3005 Distributions | 1001 Servis Checking | -57.81 |
| 12/24/2018 | Expense | | | ZAXBY S 37802 DBT CRD 0933 12/23/18 23100087 | 3005 Distributions | 1001 Servis Checking | -40.41 |
| 12/24/2018 | Expense | | McDonalds | MCDONALD S F15280 DBT CRD 0339 12/22/18 21720034 | 3005 Distributions | 1001 Servis Checking | -21.97 |
| 12/24/2018 | Expense | | | 51759 - 1829 4TH A DBT CRD 1317 12/24/18 29003324 | 3005 Distributions | 1001 Servis Checking | -10.35 |
| 12/24/2018 | Expense | | | CAHABA FALLS CAR W DBT CRD 2009 12/22/18 27102020 | 3005 Distributions | 1001 Servis Checking | -9.75 |
| 12/24/2018 | Expense | | | BIRMINGHAM - SWEET DBT CRD 0509 12/21/18 28105003 | 3005 Distributions | 1001 Servis Checking | -3.00 |
| 12/26/2018 | Expense | | | CHUY S THE SUMMIT DBT CRD 2355 12/23/18 23300535 | 3005 Distributions | 1001 Servis Checking | -111.09 |
| 12/27/2018 | Expense | | Hotels.com | HOTELS.COM15442997 DBT CRD 2249 12/26/18 21100187 | 3005 Distributions | 1001 Servis Checking | -437.46 |
| 12/27/2018 | Expense | | | NAT L WWII WEB TIC DBT CRD 0134 12/27/18 26100266 | 3005 Distributions | 1001 Servis Checking | -133.70 |
| 12/27/2018 | Expense | | | NEW YORK PIZZA DBT CRD 2336 12/26/18 28900010 | 3005 Distributions | 1001 Servis Checking | -111.03 |
| 12/28/2018 | Expense | | | DTB SOCIAL HOUSE DBT CRD 1337 12/27/18 21003766 | 3005 Distributions | 1001 Servis Checking | -335.81 |
| 12/28/2018 | Expense | | | AUDUBON DBT CRD 1135 12/27/18 21500764 | 3005 Distributions | 1001 Servis Checking | -168.60 |
| 12/28/2018 | Expense | | | ARBY S 619 DBT CRD 0133 12/27/18 29100864 | 3005 Distributions | 1001 Servis Checking | -35.75 |
| 12/28/2018 | Expense | | | AUDUBON - FOOD & B DBT CRD 1231 12/27/18 28100242 | 3005 Distributions | 1001 Servis Checking | -10.50 |
| 12/31/2018 | Journal Entry | 3 | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 12/31/2018 | Expense | | | AT&T*BILL PAYMENT DBT CRD 0345 12/30/18 24083016 | 3005 Distributions | 1001 Servis Checking | -525.47 |
| 12/31/2018 | Expense | | | PALACE CAFE DBT CRD 1315 12/28/18 29100301 | 3005 Distributions | 1001 Servis Checking | -439.21 |
| 12/31/2018 | Expense | | | TST* THE RUBY SLIP DBT CRD 1915 12/29/18 24200111 | 3005 Distributions | 1001 Servis Checking | -121.30 |
| 12/31/2018 | Expense | | | AMERICAN SECTOR CA DBT CRD 0045 12/28/18 24003832 | 3005 Distributions | 1001 Servis Checking | -99.11 |
| 12/31/2018 | Expense | | | HAMPTON INNS DBT CRD 0921 12/29/18 29153641 | 3005 Distributions | 1001 Servis Checking | -87.72 |
| 12/31/2018 | Expense | | | NEWK S - INVERNESS DBT CRD 0109 12/30/18 20104006 | 3005 Distributions | 1001 Servis Checking | -83.13 |
| 12/31/2018 | Expense | | | MILOS - TUSCALOOSA DBT CRD 0407 12/29/18 28001047 | 3005 Distributions | 1001 Servis Checking | -52.24 |
| 12/31/2018 | Expense | | | NATIONAL WWII MUSE DBT CRD 2139 12/28/18 28016019 | 3005 Distributions | 1001 Servis Checking | -43.86 |
| 12/31/2018 | Expense | | | CHICK-FIL-A 00684 DBT CRD 2115 12/27/18 21710006 | 3005 Distributions | 1001 Servis Checking | -33.65 |
| 12/31/2018 | Expense | | | PARK FIRST BADINE DBT CRD 2055 12/27/18 22016029 | 3005 Distributions | 1001 Servis Checking | -23.00 |
| 12/31/2018 | Expense | | | CHICK-FIL-A 02086 DBT CRD 2147 12/27/18 21710014 | 3005 Distributions | 1001 Servis Checking | -8.15 |
| 12/31/2018 | Expense | | | CHICK-FIL-A 00684 DBT CRD 2115 12/27/18 29710006 | 3005 Distributions | 1001 Servis Checking | -2.06 |
| 01/02/2019 | Expense | | | WM SUPERCE POS DEB 1454 12/31/18 00556133 | 3005 Distributions | 1001 Servis Checking | -129.67 |
| 01/02/2019 | Expense | | | TST* HATTIE B S- B DBT CRD 0951 01/01/19 20500551 | 3005 Distributions | 1001 Servis Checking | -89.04 |
| 01/02/2019 | Expense | | | BIRMINGHAM - SWEET DBT CRD 0425 12/31/18 22105004 | 3005 Distributions | 1001 Servis Checking | -10.66 |
| 01/14/2019 | Expense | | | WM SUPERCE POS DEB 1325 01/12/19 00037488 | 3005 Distributions | 1001 Servis Checking | -301.33 |

| Date | Type | Num | Name | Memo | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 01/14/2019 | Expense | | | ATM W/D 1336 01/12/19 13969520 Cardtronic | 3005 Distributions | 1001 Servis Checking | -200.00 |
| 01/14/2019 | Expense | | | NEWK S - INVERNESS DBT CRD 0109 01/13/19 20104005 | 3005 Distributions | 1001 Servis Checking | -59.95 |
| 01/15/2019 | Expense | | | CAVEAT COFFEE LLC DBT CRD 2302 01/13/19 25640141 | 3005 Distributions | 1001 Servis Checking | -9.35 |
| 01/17/2019 | Expense | | | BIRMINGHAM - SWEET DBT CRD 0414 01/16/19 23105002 | 3005 Distributions | 1001 Servis Checking | -5.30 |
| 01/18/2019 | Journal Entry | cash for distribution | | cash from BHAM for Jim's distribution allowance | 3005 Distributions | -Split- | -2,000.00 |
| 01/22/2019 | Expense | | | Wire Transfer Debit James Watkins | 3005 Distributions | 1001 Servis Checking | -5,062.50 |
| 01/31/2019 | Journal Entry | Noble w/ Servis Tranc | | Quarterly Personal 200k loan payment made with Servis tranche 1 | 3005 Distributions | -Split- | -3,750.00 |
| 01/31/2019 | Journal Entry | 12 | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 02/01/2019 | Expense | | | AT&T*BILL PAYMENT DBT CRD 0049 01/30/19 23083017 | 3005 Distributions | 1001 Servis Checking | -728.05 |
| 02/25/2019 | Check | 11330 | | Jim check to replace payroll not through REGULAR CHECK 11330 | 3005 Distributions | 1001 Servis Checking | -5,000.00 |
| 02/25/2019 | Journal Entry | distribution | | personal item paid by louisville | 3005 Distributions | -Split- | -194.00 |
| 02/26/2019 | Expense | | | payroll replacement from nsf Wire Transfer Debit Jim Watkins | 3005 Distributions | 1001 Servis Checking | -6,500.00 |
| 02/28/2019 | Check | 11345 | Noblebank & Trust | heloc | 3005 Distributions | 1001 Servis Checking | -4,749.40 |
| 02/28/2019 | Check | 11345 | Noblebank & Trust | personal interest payment on 200k loan | 3005 Distributions | 1001 Servis Checking | -1,291.67 |
| 02/28/2019 | Journal Entry | 21 | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 02/28/2019 | Expense | | | AT&T*BILL PAYMENT DBT CRD 0350 02/27/19 22083028 | 3005 Distributions | 1001 Servis Checking | -411.02 |
| 03/12/2019 | Bill | 1506000680 | Noblebank & Trust | interest on 200k personal loan | 3005 Distributions | 2000 Accounts Payable | -1,166.67 |
| 03/13/2019 | Bill | 1306000033 | Noblebank & Trust | heloc payment | 3005 Distributions | 2000 Accounts Payable | -4,697.12 |
| 03/15/2019 | Expense | | | SP * VICSCRAPPYVID DBT CRD 0406 03/14/19 20637619 | 3005 Distributions | 1001 Servis Checking | -32.00 |
| 03/20/2019 | Expense | | | DELTA AIR 006734 DBT CRD 1634 03/18/19 25870784 | 3005 Distributions | 1001 Servis Checking | -563.61 |
| 03/25/2019 | Expense | | | PAYPAL *FISHERWATK POS DEB 1425 03/25/19 07561456 | 3005 Distributions | 1001 Servis Checking | -257.55 |
| 03/31/2019 | Journal Entry | 32 | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 04/01/2019 | Expense | | | AT&T*BILL PAYMENT DBT CRD 0403 03/30/19 21083010 | 3005 Distributions | 1001 Servis Checking | -318.16 |
| 04/05/2019 | Expense | | | development, per Jim SPROUTS FA POS DEB 1939 04/04/19 42108500 | 3005 Distributions | 1001 Servis Checking | -6.71 |
| 04/16/2019 | Expense | | | ANTHROPOLOGIE 4 2 POS DEB 1657 04/15/19 21441990 | 3005 Distributions | 1001 Servis Checking | -228.80 |
| 04/17/2019 | Check | 11384 | Amy Watkins | | 3005 Distributions | 1001 Servis Checking | -4,722.76 |
| 04/24/2019 | Expense | | | MOUNTAIN HIGH OUTF POS DEB 1407 04/24/19 46941602 | 3005 Distributions | 1001 Servis Checking | -174.18 |
| 04/28/2019 | Bill | | Noblebank & Trust | | 3005 Distributions | 2000 Accounts Payable | -4,645.27 |
| 04/30/2019 | Journal Entry | 44 | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 04/30/2019 | Expense | | | NCOURT *TXFortWort DBT CRD 0122 04/29/19 21072257 | 3005 Distributions | 1001 Servis Checking | -564.00 |
| 04/30/2019 | Expense | | | NCOURT *TXFortWort DBT CRD 0122 04/29/19 23072257 | 3005 Distributions | 1001 Servis Checking | -564.00 |
| 05/28/2019 | Bill | | Noblebank & Trust | | 3005 Distributions | 2000 Accounts Payable | -4,645.27 |
| 05/31/2019 | Journal Entry | | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 05/31/2019 | Bill | May 2019 | | AT&T | 3005 Distributions | 2000 Accounts Payable | -40.33 |
| 06/17/2019 | Expense | | | BIRMINGHAM FAST RE DBT CRD 0139 06/15/19 26637518 | 3005 Distributions | 1001 Servis Checking | -385.00 |
| 06/17/2019 | Expense | | | CANVA* PRO MONTHLY DBT CRD 0419 06/14/19 24637497 | 3005 Distributions | 1001 Servis Checking | -12.95 |
| 06/28/2019 | Bill | | Noblebank & Trust | | 3005 Distributions | 2000 Accounts Payable | -4,645.27 |
| 06/30/2019 | Journal Entry | | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 07/09/2019 | Expense | | | PAYPAL *QAHWAHTRAD DBT CRD 2253 07/08/19 26894430 | 3005 Distributions | 1001 Servis Checking | -29.99 |
| 07/28/2019 | Bill | | Noblebank & Trust | | 3005 Distributions | 2000 Accounts Payable | -4,645.27 |
| 07/31/2019 | Journal Entry | 946 penalty - FWTX | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 08/09/2019 | Expense | | | 362 Schedugram Ske DBT CRD 0727 08/09/19 21611145 | 3005 Distributions | 1001 Servis Checking | -216.00 |
| 08/13/2019 | Expense | | Sam's Club | SAMS CLUB DBT CRD 1405 08/13/19 00071397 | 3005 Distributions | 1001 Servis Checking | -120.89 |

| Date | Type | Num | Name | Memo | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 08/15/2019 | Check | 11504 | James A. Watkins | | 3005 Distributions | 1001 Servis Checking | -7,500.00 |
| 08/15/2019 | Journal Entry | Watkins 8.15 Payroll | | Record 08.15 Watkins Net Payroll | 3005 Distributions | -Split- | -3,760.45 |
| 08/28/2019 | Bill | | Noblebank & Trust | | 3005 Distributions | 2000 Accounts Payable | -4,645.27 |
| 08/28/2019 | Bill | | Noblebank & Trust | Loan 033 | 3005 Distributions | 2000 Accounts Payable | -4,595.25 |
| 08/31/2019 | Journal Entry | Bancorp lease | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 09/09/2019 | Bill | | Noblebank & Trust | Loan 033 (2,379.45 prin; 1,927.59 int) | 3005 Distributions | 2000 Accounts Payable | -4,595.25 |
| 09/30/2019 | Journal Entry | ATX - 724 sales tax | | bancorp lease | 3005 Distributions | -Split- | -950.31 |
| 10/15/2019 | Bill | | Internal Revenue Service Center | Jude Form 8879 | 3005 Distributions | 2000 Accounts Payable | -304.00 |
| 10/15/2019 | Bill | | Internal Revenue Service Center | Jude Form 8453 | 3005 Distributions | 2000 Accounts Payable | -9.00 |
| 10/28/2019 | Bill | | Noblebank & Trust | | 3005 Distributions | 2000 Accounts Payable | -4,645.27 |
| 10/31/2019 | Journal Entry | 2Q2019 946 ATX | | bancorp lease | 3005 Distributions | -Split- | -950.31 |

Wednesday, Dec 11, 2019 10:23:32 AM GMT-8 - Accrual Basis

2812068983

-133,893.32