# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# (SOUTHERN DIVISION)

| | |
|---|---|
| STEEL CITY POPS HOLDING, LLC, et al <br><br> Debtors. | Chapter 11 <br> Case No. 19-04687 DSC 11 <br> (Jointly Adminsitered) |
| MARK HICKS, PETER BURKE, DAVID HICKS, and MARK HELM, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES ALLEN WATKINS, d/b/a STEEL CITY POPS, <br><br> Defendant. | Adv. Proc. No. _____ -DSC <br><br> *Removed from the Circuit Court of Jefferson County, Alabama Case No. CV-2019-905127.00* |

## NOTICE OF REMOVAL

Comes now James A. Watkins (the "Defendant") and hereby removes and gives notice of removal of the above-styled action (the "Action") to the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, a unit of the United States District Court for the Northern District of Alabama, pursuant to 28 U.S.C. §§ 1344 and 1452, and Rule 9027 of the Federal Rule of Bankruptcy Procedure.

## Background and Statement of Grounds for Removal

The Action was initially brought in the Circuit Court of Jefferson County, Alabama (the "State Court") namely, Civil Case No. CV-2019-905127.00 as commenced in the names of Mark Hicks, Peter Burke, David Hicks, and Mark Helm (collectively, the "Plaintiffs"). The Action is

related to that certain bankruptcy case styled *In re Steel City Pops Holding, LLC*, currently pending in the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court") as case no. 19-04687-DSC-11.

1. The Plaintiffs commenced the Action on November 21, 2019, by filing that certain Complaint in the State Court.

2. In the Complaint the Plaintiffs assert various causes of action related to certain loans the Plaintiffs made to the entity "Steel City Pops" *See* Complaint, Exhibits A-C. The funds advanced by each of the Plaintiffs, and upon which the Action is based, were advanced to the one or more of the Debtor entities and were used in the operation of the business of the debtors.

3. The Plaintiffs are creditors of Steel City Pops Holding, LLC and/or its related debtors (collectively, the "Debtors").

4. The Debtors are currently debtors pursuant to chapter 11, title 11, United States Code, 11 U.S.C. § 101, *et seq*. (the "Bankruptcy Code"), having filed voluntary petitions on November 14, 2019 (the "Petition Date").

5. The Action relates to and is based upon the manner in which the Debtors conducted their business affairs, and the Action further asserts derivate claims that belong to the Debtors' estates for which the Plaintiffs lack standing to pursue.

6. Accordingly, the Defendant removes this Action to this Court pursuant to 28 U.S.C. § 1452(a), which provides that "[a] party may remove any claim or cause of action in a civil action . . . to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title." 28 U.S.C. § 1452(a).

The Bankruptcy Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1334(b), which confers jurisdiction over all civil proceedings "arising under title 11, or arising in or related to a case under title 11", and pursuant to the General Order of Reference entered July 16, 1984 as amended July 17, 1984 by the United States District Court for the Northern District of Alabama.

7. Each claim in the Action is "related to a case under title 11" because such claims are property of the bankruptcy estate and/or are claims against the bankruptcy estate, the prosecution of which could conceivably have an effect on the bankruptcy estate, either by enlarging the estate through a recovery or by diminishing the estate through the expenditure of legal fees. *See, e.g., Matter of Lemco Gypsum, Inc.*, 910 F.2d 784, 789 (11th Cir. 1990) (observing that a civil proceeding is related to a case under title 11 if it "could conceivably have an effect on the estate being administered in bankruptcy").

8. Removal is timely in that the Defendant has 30 days after receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim or cause of action sought to be removed, to file a notice of removal. Fed. R. Bankr. P. 9027(a)(3). The Defendant has not yet been served with process.

9. Upon removal Defendant consents to entry of final orders or judgment by the Bankruptcy Court.

10. A copy of all process and pleadings in the Action is attached hereto as collective Exhibit A.

WHEREFORE, the Court and parties will please take notice that *Mark Hicks, Peter Burke, David Hicks, and Mark Helm v. James Allen Watkins*, Civil Case No. CV-2019-905127.00, is removed to this Court.

                                                   */s/ Daniel D. Sparks*
                                                   Daniel D. Sparks
                                                   Bill D. Bensinger
                                                 Attorneys for James A. Watkins

OF COUNSEL:

CHRISTIAN & SMALL, LLP
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Tel: 205-250-6670
Email: ddsparks@csattorneys.com
           bdbensinger@csattorneys.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on December 18, 2019, he electronically filed the Notice of Removal with the Clerk of the Court, using the ECF system, which will send an electronic copy of same to all registered parties. The undersigned further certifies and affirms that a copy of the foregoing notice will be served on counsel for the Plaintiff and counsel for the Debtors.

Lee R. Benton
Samuel C. Stephens
Benton & Centeno LLP
2019 Third Ave. North
Birmingham, AL 35203
lbenton@bcsattys.com
sstephens@bcattys.com

*/s/ Daniel D. Sparks*
Daniel D. Sparks

[021021-00001/1510029/1]