UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STEEL CITY POPS HOLDING, LLC, *et al.*[1], | Case No. 19-04687-11 |
| Debtors. | (Jointly Administered) |

## MOTION TO EXTEND DEADLINE TO FILE SALE MOTION AND RELATED DEADLINES

COME NOW the Debtors, Steel City Pops Holding, LLC and its Debtor affiliates Steel City Pops B'ham, LLC; Steel City Pops DTX, LLC; Steel City Pops FWTX, LLC; and Steel City Pops, LKY, LLC, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), and move this Court to enter an Order modifying its Second Interim Dip Order [Doc. 64], by extending the deadlines in Paragraph 29 related to the filing and approval of Debtor's § 363 Motion. As cause therefore, the Debtors state as follows:

1. Debtors filed these cases on November 14, 2019.
2. Debtors previously agreed in consultation with the DIP Lenders and their Counsel, to the deadlines in Paragraph 29. However, Debtors' stalking horse bidder is still developing its proposed Asset Purchase Agreement, and has not presented that offer to the Debtors.
3. Additionally, the intervening holidays and the lack of availability of critical decision makers has hampered the Debtors' ability to complete the § 363 Motion by the current deadlines.
4. Accordingly, Debtors move the Court to extend the deadlines in Paragraph 29 by approximately 10 days as follows:

    Deadline to file § 363 and bidding procedures motion – January 6, 2020

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209. The Debtors have filed a motion for joint administration with the Court.

Deadline for Court approval of bid procedures – January 24, 2020

Deadline for an Order approving sale of assts – February 11, 2020

WHEREFORE, premises considered, Debtors request the Court extend the deadlines noted herein. Debtors seek such other and further relief as may be appropriate.

Submitted this the 23rd day of December, 2019.

/s/ Samuel C. Stephens
Lee R. Benton (ASB-8421-E63L)
Samuel C. Stephens (ASB-0400-X11T)
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 278.8000
lbenton@bcattys.com
sstephens@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed with the Court via the Court's ECF system on this 23rd day of December 2019. Additionally, copies of the foregoing have been served on the Master Service List.

/s/Samuel C. Stephens
Of Counsel