exteUNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>STEEL CITY POPS HOLDING, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 19-04687-11<br><br>(Jointly Administered) |

## DEBTORS' EMERGENCY MOTION TO SET
## EXPEDITED HEARING ON DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE
## SALE MOTION AND RELATED DEADLINES

Steel City Pops Holding, LLC and its Debtor affiliates Steel City Pops B'ham, LLC; Steel City Pops DTX, LLC; Steel City Pops FWTX, LLC; and Steel City Pops, LKY, LLC, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), respectfully state the following in support of this motion (this "Motion"):

### Relief Requested

1. The Debtors seek entry of an order (the "Order"), substantially in the form attached hereto as **Exhibit A** setting the following motion for an expedited hearing:

   a. *Motion to Extend Deadline to File Sale Motion and Related Deadlines* [Doc. 74] (the "Extension Motion")

### Basis for Relief

2. Bankruptcy Rule 9006(c) provides that the Court, for cause shown, may in its discretion with or without notice reduce the notice period normally required for motions. Bankruptcy Rule 4001(b) provides that the Court may conduct preliminary hearings on requests

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209. The Debtors have filed a motion for joint administration with the Court.

1

to use cash collateral at which the Court may grant the use of cash collateral only to the extent necessary to avoid immediate and irreparable harm to the Debtors' estates.

3. The Debtors seek to extend deadlines set forth in this Court's prior Second Interim Dip Order [Doc. 64], one of which is set to expire on December 26, 2019.

4. The Debtors note that other related matters in this Case have already been set for hearing in these cases on Thursday, January 2, 2020 at 9:30, and suggest setting the Motion on that date.

### Notice

5. The Debtors will provide notice of this Motion to: (a) the Office of the Bankruptcy Administrator for the Northern District of Alabama; (b) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel for secured creditors; (d) equipment and real property lessors; (e) the United States Attorney's Office for the Northern District of Alabama; (f) the United States Internal Revenue Service; (g) relevant state taxing authorities; (h) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given

### No Prior Request

6. No prior request for the relief sought in this Motion has been made to this or any other court.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, the Debtors respectfully request that the Court enter the Order, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Birmingham, Alabama
Dated: December 23, 2019

*/s/ Samuel C. Stephens*
Lee R. Benton
Samuel C. Stephens
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Phone   205.278.8000
Fax      205.278.8005
Email: lbenton@bcattys.com
          sstephens@bcattys.com

*Proposed Counsel to the Debtors*

**Exhibit A**

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STEEL CITY POPS HOLDING, LLC, *et al.*[1], | Case No. 19-04687-11 |
| Debtors. | (Jointly Administered) |

## ORDER SETTING MOTION FOR HEARING

Upon the Motion[2] of the above-captioned Debtors for entry of an order (this "Order"), setting the Second DIP Motion for expedited hearing and granting them such other and further relief as the Court deems just and proper, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *General Order of Reference* from the United States District Court for the Northern District of Alabama, dated July 16, 1984, as amended on July 17, 1984; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209. The Debtors have filed a motion for joint administration with the Court.

[2] Capitalized terms shall have the same meanings as defined in the Motion unless otherwise defined herein.

that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtor's *Motion to Extend Deadline to File Sale Motion and Related Deadlines* is hereby set for hearing at the United States Bankruptcy Court for the Northern District of Alabama, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203 on Thursday, January 2, 2020 at 9:30 AM (prevailing Central Time) and the notice periods for the hearings on the foregoing motion is reduced accordingly.

3. The Debtors, proposed counsel for the Debtors, or any other agent for the Debtors, shall provide notice of such hearings by serving a copy of this Order on the service lists identified in the Extension Motion.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2019  _____
Birmingham, Alabama           UNITED STATES BANKRUPTCY JUDGE