IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No.: 19-04687-DSC11** |
| **STEEL CITY POPS HOLDING, LLC, ET AL.[1],** ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |

## ORDER AUTHORIZING THE EMPLOYMENT OF BENTON & CENTENO, LLP AS ATTORNEY FOR THE DEBTOR-IN-POSSESSION

This matter came before the Court on January 2, 2020, on the Application for Approval of Professional Person (the "Application," doc. 60) to employ Benton & Centeno, LLP, as attorney for the debtor-in-possession, Steel City Pops Holding, LLC, et al. (the "Debtor"). Based upon the Verified Statement of Person to Be Employed of Benton & Centeno, LLP attached to the Application, the pleadings of record, the representations of counsel and for good cause shown; and it appearing that the Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334 and the General Order of Reference from the United States District Court for the Northern District of Alabama, as amended; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that adequate and proper notice of the Application has been given, the Court has determined that the Application is due to be granted. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Application is granted and approved to the petition date of November 14, 2019 (the "Petition Date"), as to employment only; and it is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209.

further

**ORDERED, ADJUDGED**, and **DECREED** that, in accordance with §§ 327(a), 329 and 1107 of title 11 of United States Code, 11 U.S.C. §§ 101, *et. seq*. and Rule 2014 of the Federal Rules of Bankruptcy Procedure, the Debtor is authorized to employ Benton & Centeno, LLP to represent it in this chapter 11 case, effective as of the Petition Date; and it is further

**ORDERED, ADJUDGED**, and **DECREED** that the compensation of Benton & Centeno, LLP, for services performed are the regularly hourly rates set forth in the Application, subject to the approval of the Court. The Debtor shall be permitted to make monthly payments to Benton & Centeno, LLP, and Benton & Centeno, LLP shall be allowed to draw down on the retainer equal to eighty (80%) percent of fees charged and one hundred (100%) of expenses incurred each month. Benton & Centeno, LLP shall file, not more than once every 120 days, interim fee applications detailing the work performed and fees paid in accordance with Local Rule 2016-1. Upon approval of such quarterly interim fee applications, Benton & Centeno, LLP may be paid the remaining twenty (20%) of fees charged or such other amount approved by the Court; and it is further

**ORDERED, ADJUDGED,** and **DECREED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: January 2, 2020  /s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge