# Notice Recipients

District/Off: 1126–2         User: admin              Date Created: 1/2/2020
Case: 19–04687–DSC11         Form ID: pdf000          Total: 93

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ba  | Jon A Dudeck         | jon_dudeck@alnba.uscourts.gov |
| aty | Bill D Bensinger     | bdbensinger@csattorneys.com |
| aty | Brian R Walding      | bwalding@waldinglaw.com |
| aty | Daniel D Sparks      | ddsparks@csattorneys.com |
| aty | David Schoel         | david@gallowayscott.com |
| aty | David S. Maxey       | dmaxey@spain–gillon.com |
| aty | Eric L. Pruitt       | epruitt@bakerdonelson.com |
| aty | Harry P Long         | hlonglegal8@gmail.com |
| aty | Heather A Jamison    | hlee@burr.com |
| aty | Jesse S Vogtle, Jr   | jvogtle@balch.com |
| aty | John P. Dillman      | houston_bankruptcy@publicans.com |
| aty | Jonathan E Raulston  | jraulston@ehjlaw.com |
| aty | Lee R. Benton        | lbenton@bcattys.com |
| aty | Michael A Hensley    | Hensleylegal@aol.com |
| aty | Michelle Elaine Shriro | mshriro@singerlevick.com |
| aty | Paul Greenwood       | pgreenwood@balch.com |
| aty | Paul Joseph Spina, III | pspina@spinalavelle.com |
| aty | Regan Loper          | rloper@burr.com |
| aty | Rita L Hullett       | rhullett@bakerdonelson.com |
| aty | Samuel Stephens      | sstephens@bcattys.com |

TOTAL: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db  | Steel City Pops Holding, LLC, et al., 2821 Central Avenue, Ste. 109    Birmingham, AL 35209 | |
| ba  | J. Thomas Corbett    Bankruptcy Administrator    1800 5th Avenue North    Birmingham, AL 35203 | |
| cr  | ServisFirst Bank    c/o Brian R. Walding, Esq.    Walding LLC    2227 1st Ave S, Ste 100    Birmingham, AL 35233 | |
| cr  | NobleBank &Trust    c/o Baker Donelson    420 20th St. N.    Suite 1400    Birmingham, AL 35203 | |
| cr  | Fritz Farm Retail Company, LLC    c/o Heather Jamison, Esq.    Burr & Forman LLP    420 N 20th Street    Suite 3400    Birmingham, AL 35203 | |
| cr  | Bayer Development Company, L.L.C.    c/o Heather Jamison, Esq.    Burr & Forman LLP    420 N 20th St.    Ste 3400    Birmingham, AL 35203 | |
| cr  | IMI Huntsville, LLC    c/o Heather Jamison, Esq.    Burr & Forman LLP    420 N 20th Street    Suite 3400    Birmingham, AL 35203 | |
| cr  | James Allen Watkins    % D. Sparks, B. Bensinger    1800 Financial Center    505 N. 20th St.    Birmingham, AL 35203 | |
| cr  | Redmont Private Debt Fund III, L.P.    c/o Jesse S. Vogtle, Jr.    Balch & Bingham LLP    PO Box 306    Birmingham, AL 35201 | |
| cr  | Paula Preston    c/o David D. Schoel    Galloway, Scott & Hancock, LLC    2200 Woodcrest Place, Ste. 310    Birmingham, AL 35209 | |
| cr  | Jefferson County Board of Health/Jefferson County Department of Health    c/o David S. Maxey, Esq.    505 20th Street North, Suite 1200    Birmingham, AL 35203 | |
| cr  | Tarrant County    Linebarger, Goggan, Blair & Sampson, LLP    c/o Elizabeth Weller    2777 N. Stemmons Frwy Suite 1000    Dallas, TX 75207 | |
| cr  | Dallas County    Linebarger Goggan Blair & Sampson LLP    c/o Elizabeth Weller    2777 N. Stemmons Frwy Suite 1000    Dallas, TX 75207 | |
| cr  | Fort Bend County    Linebarger Goggan Blair & Sampson LLP    c/o John P. Dillman    Post Office Box 3064    Houston, TX 77253–3064 | |
| cr  | Harris County    Linebarger Goggan Blair & Sampson LLP    c/o John P. Dillman    Post Office Box 3064    Houston, TX 77253–3064 | |
| cr  | Kenneth A Williams    Property on Central LLC    15670 Highway 42    Shelby, AL 35143–7124 | |
| smg | Thomas Corbett    BA Birmingham    1800 5th Avenue North    Birmingham, AL 35203 | |
| 10286135 | Alabama Power    P.O. Box 242    Birmingham, AL 35292 | |
| 10286136 | American Express    NEED ADDRESS | |
| 10286137 | Andan    7107 Gadsden Hwy, Unit 101A    Trussville, AL 35173 | |
| 10308058 | BMO Harris Bank N.A.    3925 Fountains Blvd.    Cedar Rapids, IA 52411 | |
| 10286198 | Birmingham District Tax Office    P O Box 13156    Birmingham, AL 35202–3156 | |
| 10286138 | Bluegrace Logistics    P.O. Box 4964, Dept. 108    Houston, TX 77210–4964 | |
| 10315476 | CITY OF GARLAND    LINDA D. REECE    PERDUE BRANDON FIELDER ET AL    1919 S SHILOH ROAD, SUITE 310, LB 40    GARLAND, TX 75042 | |
| 10319125 | City of Fort Worth    200 Texas Street    Fort Worth, TX 76102 | |
| 10286139 | Clark Law Firm    2100 First Avenue North, Ste. 600    Birmingham, AL 35203 | |
| 10286140 | Clearfork Construction, Inc.    6630 Corporation Parkway, 220    Fort Worth, TX 76126 | |
| 10286141 | Cook's Pest Control    P.O. Box 59214    Birmingham, AL 35259–9214 | |
| 10286142 | Coyote    P.O. Box 742636    Atlanta, GA 30374 | |
| 10292282 | Credibly    25200 Telegraph Rd    STE 350    Southfield, MI 48033 | |
| 10286199 | Department of Revenue    Jefferson County Courthouse    Birmingham, AL 35263 | |

| | | | | |
|---|---|---|---|---|
| 10286143 | Desired Temp Service Contractors, Inc. | P.O. Box 268 | Bessemer, AL 35021 | |
| 10308841 | Fort Bend County | c/o John P. Dillman | Linebarger Goggan Blair & Sampson LLP | P.O. Box 3064     Houston, Tx 77253–3064 |
| 10315482 | GARLAND INDEPENDENT SCHOOL DISTRICT | LINDA D REECE | C/O PERDUE BRANDON FIELDER ET AL | 1919 S SHILOH ROAD, SUITE 310, LB 40     GARLAND, TX 75042 |
| 10286196 | General Counsel | State Department of | Industrial Relations | Montgomery, AL 36102 |
| 10308840 | Harris County et al. | c/o John P. Dillman | Linebarger Goggan Blair & Sampson LLP | P.O. Box 3064     Houston, Tx 77253–3064 |
| 10286200 | Internal Revenue Service | 801 Tom Martin Dr. | Birmingham, AL 35211 | |
| 10286201 | Internal Revenue Service | P. O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 10286133 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 10286144 | Jefferson County Dept. of Health | 1400 6th Avenue South | Birmingham, AL 35233 | |
| 10286145 | Johnathan I Veazey | NEED ADDRESS | | |
| 10286146 | Kemco | P.O. Box 130609 | Birmingham, AL 35213 | |
| 10286147 | Kenneth A. Williams | 15670 Highway 42 | Shelby, AL 35143–7124 | |
| 10286148 | Ko Capital, LLC | 126 Mount Vista Ave | Greenville, SC 29605 | |
| 10286149 | Magic City Printing | 112 Walter Davis Drive, Ste. D | Birmingham, AL 35209 | |
| 10286150 | Maynard, Cooper & Gale, P.C. | 1901 Six Avenue North | 240 Regions/Harbert Plaza | Birmingham, AL 35203–2602 |
| 10286151 | NeoPost | P.O. Box 6813 | Carol Stream, IL 60197–6813 | |
| 10286130 | Noble Bank | c/o Eric Pruitt, Esq. | 420 20th Street North, Ste. 1400 | Birmingham, AL 35203 |
| 10286152 | Noblebank & Trust | P.O. Box 998 | Anniston, AL 36202 | |
| 10286153 | Paula Preston | 15 The Falls Drive | Birmingham, AL 35216 | |
| 10286154 | Petra RMS | 2140 11th Avenue South, Ste. 400 | Birmingham, AL 35205 | |
| 10286155 | Redmont Advisory Group, LLC | 820 Shades Creek Parkway, Ste. 1200 | Birmingham, AL 35209 | |
| 10286131 | Redmont Bank | c/o Jesse Vogtle | P.O. Box 306 | Birmingham, AL 35201 |
| 10286156 | Redmont Private Debt Fund III | 820 Shades Creek Parkway, Ste. 1200 | Birmingham, AL 35209 | |
| 10286157 | Schaum Shieh Architecture Corporation | 4916 Kelvin Drive, Ste. 12 | Houston, TX 77005 | |
| 10286202 | Secretary of the Treasury | 1500 Pennsylvania Ave. NW | Washington, DC 20220 | |
| 10286158 | Selective Insurance | P.O. Box 782747 | Philadelphia, PA 19178–2747 | |
| 10286132 | ServisFirst Bank | c/o Brian Walding, Esq. | 2227 1st Avenue South, #100 | Birmingham, AL 35233 |
| 10312025 | Simon Property Group (Texas), L.P. | 225 West Washington Street | Indianapolis, IN 46204 | |
| 10286159 | Sirote & Permutt, P.C. | 2311 Highland Avenue South | Birmingham, AL 35205 | |
| 10286134 | State Of Alabama | Department Of Revenue/Legal Division | P.O. Box 320001 | Montgomery, AL 36132–0001 |
| 10286197 | State of Alabama Dept. of Revenue | P O Box 320001 | Montgomery, AL 36132 | |
| 10286160 | Stone Avant & Daniels, P.C. | 1801 Oxmoor Road, Ste. 200 | Birmingham, AL 35209 | |
| 10286161 | Sysco | 1000 Sysco Drive | Calera, AL 35040 | |
| 10286162 | The Bancorp Bank | Lease Payment Center | P.O. Box 140733 | Orlando, FL 32814–0733 |
| 10286163 | Travelers | P.O. Box 660317 | Dallas, TX 75266–0317 | |
| 10325446 | Tricorbraun Flex formerly Pacific Bag | 15300 Wood–Red Rd NE #A | Woodinville, WA 98072 | |
| 10286204 | US Securities and Exchange Commission | Regional Dir. Branch of Reorganization | Atlanta Regional Office Suite 900 | 950 East Paces Ferry Road     Atlanta, GA 30326 |
| 10286164 | Uline | ATTN: Accounts Receivable | P.O. Box 88741 | Chicago, IL 60680–1741 |
| 10296867 | UniFi Equipment Finance, Inc. | 3893 Research Park Drive | Ann Arbor, MI 48108 | |
| 10286203 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 |
| 10306811 | Warre, Averett, Kimbrough & Marino, LLC | % Amsher Collection Service | 4524 Southlake Pkwy #15 | Birmingham, AL 35244 |
| 10286165 | Warren Averett, LLC | 2500 Acton Road | Birmingham, AL 35243 | |

TOTAL: 73