## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STEEL CITY POPS HOLDING, LLC, *et al.*[1], | Case No. 19-04687-DSC11 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING DEBTORS' MOTION TO EXTEND DEADLINE TO FILE SALE MOTION AND RELATED DEADLINES**

This matter came before the Court for a hearing on January 2, 2020, on the *Debtors' Motion to Extend Deadline to File Sale Motions and Related Deadlines* [Doc. 74]. Based on statements of counsel at the hearing, and there being no objections from any interested party, the Court FINDS that the Motion is due to be GRANTED. Therefore, the deadlines found in Paragraph 29 of this Court's prior Second Interim DIP Order [Doc. 64] are hereby modified and extended as follows:

Deadline to file a Bid Procedures and Sale Motion under § 363 – January 6, 2020

Deadline for Court approval of Bid Procedures – January 24, 2020

Deadline for an Order approving sale of assets – February 11, 2020

Dated: January 6, 2020　　　　　　　/s/ D. Sims Crawford
Birmingham, Alabama　　　　　　　D. SIMS CRAWFORD
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209.