UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STEEL CITY POPS HOLDING, LLC, *et al.*[1], | Case No. 19-04687-11 |
| Debtors. | (Jointly Administered) |

## SUPPLEMENT TO APPLICATION TO EMPLOY HARRY P. LONG, TO RENDER SUCH EMPLOYMENT *NUNC PRO TUNC*

Come now the Debtors, separately and severally, and supplement(s) or amend(s) its Application to Employ Harry P. Long by adopting and incorporating herein everything by reference as if fully set forth therein, but requesting that the Application [Doc 71] and Order Approving such Appointment be treated *nunc pro tunc* to the date of the filing of the original Application on December 17, 2019.

/s/ Lee R. Benton
Lee R. Benton (ASB-8421E63L)
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 278.8000
lbenton@bcattys.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed with the Court via the Court's ECF system on this _10_ day of January 2020. Additionally, copies of the foregoing have been served on the Master Service List.

/s/Lee R. Benton
Of Counsel