UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STEEL CITY POPS HOLDING, LLC, *et al.*[1], | Case No. 19-04687-11 |
| Debtors. | (Jointly Administered) |

## MOTION TO REQUEST ESTABLISHMENT OF CLAIM BAR DATE

Come now the Debtors, separately and severally, and move unto this Court for entry of an Order Establishing a Bar Date or deadline by which all Proofs of Claim must be filed in each of the respective cases. Such Bar Date should have an extended time by which any Governmental entity could file its Proof of Claim.

WHEREFORE PREMISES CONSIDERED, Debtor(s) respectfully request entry of an Order Establishing a Bar Date by which Proofs of Claim and appropriate related materials must be filed. Debtor(s) seek such other, different and further relief as to which they may be entitled.

/s/ Lee R. Benton
Lee R. Benton (ASB-8421E63L)
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 278.8000
lbenton@bcattys.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed with the Court via the Court's ECF system on this __10__ day of January 2020. Additionally, copies of the foregoing have been served on the Master Service List.

/s/Lee R. Benton
Of Counsel