# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 11 |
| | ) | |
| STEEL CITY POPS HOLDING, LLC, *et al*,[1] | ) ) ) | Case No. 19-04687-DSC11 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## CONSENT ORDER REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY THE BANCORP BANK

This matter came before the Court on the motion filed by The Bancorp Bank ("Bancorp"), to terminate the automatic stay as it pertains to twenty-nine (29) motor vehicles leased pursuant to the Master Lease Agreement, Open-End Lease ("Master Lease") between Bancorp and Steel City Pops B'ham, LLC ("the Debtor"). The parties, through counsel, have reached an agreement as to the resolution of this matter. Based upon the agreement of the parties, it is ORDERED, AJUDGED and DECREED as follows:

1. The Motion for relief from the automatic stay filed by Bancorp is GRANTED as to the vehicles subject to the Master Lease which are being surrendered by the Debtor ("the Surrendered Vehicles"). The Surrendered Vehicles are described as follows:

| | |
|---|---|
| 2018 GMC Yukon XL 1500 Denali 4D Utility | 1GKS1HKJ7JR238049 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN8J1200278 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN9J1200435 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN7J1202913 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN6J1201378 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN5J1204367 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN5J1202554 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN0J1200047 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209.

| | |
|---|---|
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN1J1263612 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN4J1264513 |
| 2018 Ram ProMaster | ZFBERFAB4J6K77332 |
| 2018 Ram ProMaster | ZFBERFAB6J6K37379 |

Bancorp is granted relief from the automatic stay to repossess and liquidate the Surrendered Vehicles in accordance with the Master Lease between the parties. Bancorp shall be allowed to file a Proof of Claim for the lease termination or deficiency charges resulting from the surrender and liquidation of the Surrendered Vehicles.

2. The Motion for relief from the automatic stay filed by Bancorp is DENIED as to the vehicles subject to the Master Lease which are being retained by the Debtor ("the Retained Vehicles"). The Retained Vehicles are described as follows:

| | |
|---|---|
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN8J1202662 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN9J1204436 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN7J1204712 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN7J1204368 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN7J1201194 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN6J1200330 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BENXJ1202775 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN1J1202504 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN0J1200646 |
| 2018 Ram ProMaster | ZFBERFAB7J6K42459 |
| 2018 Ram ProMaster | ZFBERFAB0J6K57451 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN5J1261801 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN2J1263666 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN6J1262312 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN4J1262924 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN3J1264146 |
| 2018 GMC Canyon Base Crew Cab 2WD SWB | 1GTG5BEN7J1265557 |

3. The denial of the Bancorp motion as to the Retained Vehicles is conditioned upon the approval by the Court of the Motion for an Order Authorizing (I) Partial Assumption and Partial Rejection of Certain Automobile Leases and (II) Approving Cure Amounts in Respect Thereof filed by the Debtor and payment by the Debtor to Bancorp of the amount of $28,2462.29 cure payment within ten (10) days of the entry of the order approving the Debtor's Motion to

Assume the Master Lease. In the event that the Debtor fails to pay the cure amount described above, within the time required by the Court, then, after ten (10) additional days after notice of default, the stay is terminated as to the Retained Vehicles and Bancorp shall be allowed to repossess and liquidate those Retained Vehicles in accordance with the terms of the Master Lease Agreement. After any such repossession, Bancorp shall be allowed to file a Proof of Claim for the lease termination or deficiency charges resulting from the repossession and liquidation of the Retained Vehicles.

4. In order to provide Bancorp sufficient assurance of the Debtor's future performance under the Master Lease, beginning with the March lease payment due, in the event that the Debtor fails to pay any monthly lease payment within the time and amount required under the Master Lease, as modified by this Court, then Bancorp may file with the Court a Notice of Default giving the Debtor twenty (20) days to cure any missed lease payments. A copy of the Notice of Default shall also be mailed to the Debtor. If the default is not cured within twenty (20) days from the date the notice is issued, then Bancorp may file a Notice of Termination of Stay with the Court and mail a copy to the Debtor. Upon filing the Notice of Termination of Stay, the stay shall lift without further Order from the Court. Further, upon termination of the automatic stay under this provision, Bancorp shall be allowed to repossess and liquidate those vehicles in accordance with the Master Lease Agreement. After any such repossession, Bancorp shall be allowed to file a Proof of Claim for the lease termination or deficiency charges resulting from the repossession and liquidation of the Retained Vehicles.

**DONE AND ORDERED** this the 24th day of January, 2020.

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge

This order is reviewed and approved by:


*/s/ Paul J. Spina, III*_____
Paul J. Spina, III
Attorney for The Bancorp Bank
Spina & Lavelle, PC.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800
pspina@spinalavelle.com


*/s/ Lee R. Benton*_____
Lee R. Benton
Attorney for Steel City Pops B'ham, LLC
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203
(205) 278-8000
lbento@bcattys.com