# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA

IN RE: Steel City Pops DTX, LLC § CHAPTER 11
§
§
§
§
DEBTOR(S) § CASE NO.: 19-04692-11

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Dallas County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. Dallas County filed its secured claim on or about January 15, 2020, in the amount of $8,134.45, which claim is designated as claim number 2 on the claims register. That claim is no longer owed by the Debtor(s). Therefore, Dallas County hereby withdraws its claim 2.

## CERTIFICATE OF SERVICE

I hereby certify that on 13th day of February, 2020, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

By: /s/ E. Weller
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie A. Spindler, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900