# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In re: <br><br> **STEEL CITY POPS HOLDING, LLC,** *et al.*[1], <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-04687-11 <br><br> (Jointly Administered) |

## NOTICE OF DEBTOR'S INTENT TO ASSUME AND ASSIGN
## CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES

**UNLESS AN OBJECTION TO THIS NOTICE IS FILED WITH THE COURT, WITHIN 7 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE, YOUR LEASE MAY BE DEEMED ASSUMED AND ASSIGNED AS PROVIDED HEREIN WITHOUT FURTHER NOTICE OR HEARING.**

Please take notice that on January 6, 2020, Steel City Pops Holding, LLC and its debtor affiliates (the "Debtors") filed their motion for an order (A) authorizing the procedure for the sale of substantially all of the Debtors' assets pursuant to 11 U.S.C. § 363; (B) authorizing the procedure of the assumption and assignment of certain executory contracts and unexpired leases pursuant to 11 U.S.C. § 365; and (C) for related relief. [Doc. 89] (the "Bid Procedures Motion").

Please take further notice that on February 7, 2020, the Debtors filed their Motion for an Order Authorizing the Assumption and Assignment of Certain Leases and Executory Contracts (the "Lease Assumption Motion").

Please take further notice that the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court") issued an order granting the Bid Procedure Motion in part on January 24, 2020, approving bid and other sale procedures related to the sale of substantially all of the Debtors' assets to the highest bidder (the "Transferee") which sale contemplates the assumption and assignment of certain executory contracts and unexpired leases (the "Assumed & Assigned Contracts"), subject to the terms of the Order. [Doc. 124] (the "Order").

Please take further notice that SCP Coldworks, LLC (the "Buyer") has been identified as the Buyer of certain of the Debtors' assets.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209. The Debtors have filed a motion for joint administration with the Court which has been granted.

Please take further notice that in accordance with the Court's direction provided at the hearing on February 12, 2020, further notice of the Debtors' intent to assume certain unexpired leases and the proposed cure amount of those leases are being provided herein and are as follows:

| Lessor | Property Name | Stated Cure Amount |
|---|---|---|
| Taco Partners, LLC | Homewood | $12,339.66 |
| District Lofts | Tuscaloosa | $0.00 |
| Kenneth A. Williams (Corporate Office) | Homewood | $0.00 |
| Celtic & Partners | Currie Street | $4,050.00 |
| Elmore Levon Properties, LLC | Bardstown Road | $5,892.95 |
| The Bancorp Bank | 17 Commercial Vehicle Leases | $0.00 |
| Stearns Bank | Equipment Leases | $8,400.00 |
| Crestmark Equipment Finance | Equipment Leases | $0.00 |
| BMO Harris Bank | Equipment Lease | $2,022.00 |

Unless a written objection to the proposed assumption and assignment of an unexpired lease including objection to the stated cure amount is filed with the Court within seven (7) calendar days from service of this Notice, the Debtors shall be authorized to assume the said leases and assign them to the Buyer with the amount listed above as being the cure amount as required by 11 U.S.C. § 365.

Please take further notice that until the Closing, assumption and assignment of any contract or lease is subject to the right to exclude any contract or lease.

Please take further notice that this notice and the terms set forth herein are subject in all respects to the terms and conditions set forth in the Bid Procedures Motion and the Bankruptcy Court's orders.

Dated: February 13, 2020

8420773.2

/s/ Jeremy L. Retherford
Jeremy L. Retherford
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

*Attorney for SCP Coldworks, LLC*

## CERTIFICATE OF SERVICE

I certify that on the 13th day of February, 2020 a copy of the foregoing has been sent via FedEx, U.S. Mail and, where indicated, e-mail to the Lessors identified below:

**Taco Partners, LLC**
**Lease Notice Address**:
3755 Corporate Woods Dr.
Birmingham, AL 35242

**U.S. Mail Address**:
P.O. Box 43581
Birmingham, AL 35243

**District Lofts**
919 Greensboro Ave, Suite B
Tuscaloosa, AL 35401

**Kenneth A. Williams**
**Lease Notice Address**:
15670 Highway 42
Shelby, AL 35143

**Second Address**:
840 Heatherwood Place
Hoover, AL 35244

**Celtic & Partners**
**Mailing Address**:
Kevin Buchanan
Kevin Buchanan & Associates, PLLC
2030 Main Street, Suite 700
Dallas, TX 75201

**Email**:
courtfilings@kevinbuchananlaw.com

**Elmore Levon Properties, LLC**
**Lease Notice Address**:
1811 Princeton Dr.
Louisville, KY 40205

**Second Address**:
S&H Louisville, LLC
400 W. Market Street, Suite 1800
Louisville, KY 40202

**The Bancorp Bank**
C/O Paul J. Spina, III
Spina & Lavelle, P.C.
One Perimeter Park South,
Suite 400N
Birmingham, Alabama 35243

**Stearns Bank**
500 13th Street
Albany, MN 56307

**Crestmark Equipment Finance**
**Mailing Address**:
C/O Paul R. Hage
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Rd., Suite 2500
Southfield, MI 48034

**Email**:
phage@jaffelaw.com

**BMO Harris Bank**
Attn: Karen Smith
300 E. John Carpenter Freeway
# 504
Irving, TX 75062

/s/ Harry P. Long
Of Counsel