**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

In re:

| | | |
|---|---|---|
| **Steel City Pops Holding, LLC, et al.,** | § | |
| | § | Case Number:  **19-04687-DSC-11** |
| | § | |
| Debtor(s). | § | |

## NOTICE TO FILE CLAIMS

Notice is hereby given that there may be assets from which a dividend could be paid in this case.  Any creditor wishing to participate if there are proceeds from assets available for distribution must, pursuant to Rule 3002 (c)(5) of the Federal Rules of Bankruptcy Procedure, file a proof of claim on or before **May 15, 2020.**  For governmental units, a proof of claim must be filed on or before **July 13, 2020.**

Notice is further given that should you fail to file a claim within the time fixed, your claim may be barred.  **If you have previously filed a claim, you need not file again**.  A proof of claim can be obtained at any bankruptcy clerk's office or by visiting **www.uscourts.gov/FormsAndFees**.

Dated: February 20, 2020

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

By:  /s/ Leigh Tumlin
Deputy Clerk

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209.